| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON<br>JOHN A. POLITO<br>NITIN JINDAL<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>nitin.jindal@morganlewis.com<br>*(will comply with LR IA 10-2 within 45 days)* |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN<br>KIERAN P. RINGGENBERG<br>BEKO O. REBLITZ-RICHARDSON<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br>brichardson@bsfllp.com<br>*(will comply with LR IA 10-2 within 45 days)* | DORIAN DALEY<br>DEBORAH K. MILLER<br>JAMES C. MAROULIS<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br>*(will comply with LR IA 10-2 within 45 days)* |
| Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Defendant. | Case No  2:14-cv-01699 LDG VCF<br><br>**ORDER GRANTING DEFENDANT'S AND COUNTERCLAIMANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF COUNTERCLAIMS, ANSWER, AND JURY DEMAND** |
| ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Counterdefendants. | |

[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO FILE UNDER SEAL

# **ORDER**

Pending before this Court is Defendant's and Counterclaimants' (together, "Oracle") Motion for Leave to File Under Seal Portions of Oracle's Counterclaims, Answer, and Jury Demand. To date, no opposition has been filed. Under Local Rule 7-2(d), [t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion. The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Here, it would seem that Plaintiff has consented to granting this motion. Having considered Oracle's Motion to Seal:

IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED. Oracle's Counterclaims, Answer, and Jury Demand (#22) may remain sealed.

DATED this 9th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE