1  W. WEST ALLEN (Nevada Bar No. 5566)
   LEWIS ROCA ROTHGERBER LLP
2  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169
3  Tel: (702) 949-8200
4  Fax: (702) 949-8398 WAllen@LRRLaw.com

5  SHOOK, HARDY & BACON LLP
   B. Trent Webb (Admitted *pro hac vice*)
6  bwebb@shb.com
   Ryan D. Dykal (Admitted *pro hac vice*)
7  rdykal@shb.com
   Peter Strand (Admitted *pro hac vice*)
8  pstrand@shb.com
9  2555 Grand Boulevard
   Kansas City, Missouri 64108-2613
10 Telephone: (816) 474-6550
11 Facsimile: (816) 421-5547

12 Robert H. Reckers (Admitted *pro hac vice*)
   600 Travis Street, Suite 3400
13 rreckers@shb.com
   Houston, Texas 77002
14 Telephone: (713) 227-8008
15 Facsimile: (713) 227-9508
   *Attorneys for Plaintiffs*
16 *Rimini Street, Inc., a Nevada corporation*

   BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568) 300
   South Fourth Street, Suite 800
   Las Vegas, NV 89101
   Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
   rpocker@bsfllp.com

   BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (Admitted *pro hac vice*)
   KIERAN P. RINGGENBERG (Admitted *pro hac vice*)
   BEKO O. REBLITZ-RICHARDSON (Admitted *pro hac vice*)
   1999 Harrison Street, Suite 900
   Oakland, CA 94612
   Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
   sholtzman@bsfllp.com
   kringgenberg@bsfllp.com
   brichardson@bsfllp.com

   MORGAN, LEWIS & BOCKIUS LLP
   THOMAS S. HIXSON (Admitted *pro hac vice*)
   JOHN A. POLITO (Admitted *pro hac vice*)
   NITIN JINDAL (Admitted *pro hac vice*)
   Three Embarcadero Center
   San Francisco, CA 94111-4067
   Telephone: 415.393.2000
   Facsimile: 415.393.2286
   thomas.hixson@morganlewis.com
   john.polito@morganlewis.com
   nitin.jindal@morganlewis.com

21 DORIAN DALEY (Admitted *pro hac vice*)
   DEBORAH K. MILLER (Admitted *pro hac vice*)
22 JAMES C. MAROULIS (Admitted *pro hac vice*)
23 ORACLE CORPORATION
   500 Oracle Parkway. M/S 5op7
24 Redwood City, CA 94070
   Telephone: 650.506.4846
25 Facsimile: 650.506.7114
   dorian.daley@oracle.com
26 deborah.miller@oracle.com
   jim.maroulis@oracle.com
27 *Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle*
28 *International Corp.*

1

5821310_1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Defendant.<br><br>ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, SETH RAVIN, an individual,<br><br>Counterdefendants. | Case No. 2:14-cv-01699-LDG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MOTION BRIEFING** |

In order to accommodate scheduling conflicts and allow the completion of briefing, IT IS HEREBY STIPULATED, by and among Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin ("Rimini") and Defendant and Counterclaimant Oracle International Corp. and Counterclaimant Oracle America, Inc. ("Oracle"), that the parties' remaining briefing dates relating to Oracle's pending Motion to Strike Affirmative Defenses are each extended by one week, as follows:

    1. Rimini Street shall have up to and including May 18, 2015 to file its Opposition.

///

///

///

      2.  Oracle shall have up to and including June 1, 2015 to file its related Reply.

Dated:  May 8, 2015.

Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By:   */s/ Thomas S. Hixson*<br>Thomas S. Hixson (Admitted *pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br><br>*Attorneys for Counterclaimant ORACLE AMERICA, INC. and Defendant and Counterclaimant ORACLE INTERNATIONAL CORP.* | By:   */s/ W. West Allen*<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada  89169<br><br>SHOOK, HARDY & BACON LLP<br>By:   */s/Robert H. Reckers*<br>Robert H. Reckers (Admitted *pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas 77002<br><br>*Attorneys for Plaintiff and Counterdefendant RIMINI STREET, INC. and Counterdefendant SETH RAVIN* |

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the CM/ECF registrants.

                         /s/ *Judy Estrada*
                         An Employee of Lewis Roca Rothgerber