| | |
|---|---|
| LEWIS ROCA ROTHGERBER LLP<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com<br><br>SHOOK, HARDY & BACON LLP<br>B. Trent Webb (Admitted *pro hac vice*)<br>bwebb@shb.com<br>John D. Garretson (Admitted *pro hac vice*)<br>jgarretson@shb.com<br>Ryan D. Dykal (Admitted *pro hac vice*)<br>rdykal@shb.com<br>Peter Strand (Admitted *pro hac vice*)<br>pstrand@shb.com<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 | Robert H. Reckers (Admitted *pro hac vice*)<br>600 Travis Street, Suite 3400<br>rreckers@shb.com<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>Daniel M. Hinkle (Admitted *pro hac vice*)<br>dhinkle@shb.com<br>Thomas Dammrich (Admitted *pro hac vice*)<br>tdammrich@shb.com<br>111 South Wacker Drive, 51st Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 704-7700<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (Admitted *pro hac vice*)<br>dwinslow@riministreet.com<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, California 94566<br>Telephone: (925-264-7736 |

***Attorneys for Plaintiff and Counter Defendant Rimini Street, Inc., and Counter Defendant Seth Ravin***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Defendant,<br><br>    v.<br><br>ORACLE INTERNATIONAL CORPORATION, and Oracle America, Inc.<br><br>            Counter Claimants,<br><br>    v.<br><br>RIMINI STREET, INC., and SETH RAVIN<br><br>            Counter Defendants. | Case No. 2:14-cv-01699-LRH-PAL<br><br>**NOTICE OF FILING** |

1

NOTICE OF FILING

COMES NOW, Counterdefendants Rimini Street, Inc. and Seth Ravin (collectively "Rimini") and notifies the Court that the attached document *Rimini Street and Seth Ravin's Reply Brief in Support of Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c), or, in the Alternative, to Consolidate* (see Exhibit 1) has been filed and served in Civil Action No. 10-CV-106 ("*Rimini I*"). This Reply should be incorporated in the present case as well.

DATED:   July 6, 2015

SHOOK, HARDY & BACON LLP
By:   */s/ Robert H. Reckers*
Robert H. Reckers (Admitted *pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas  77002

*Attorneys for Plaintiff and Counterdefendant RIMINI STREET, INC., and Counterdefendant SETH RAVIN.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed, on July 6, 2015, with the Court's CM/ECF system which will send notice, via email, to registered attorneys as indicated below.

| | |
|---|---|
| BOEIS, SCHILLER & Flexner LLP<br>Beko O. Reblitz-Richardson *(pro hac vice)*<br>Kieran Ringgenberg *(pro hac vice)*<br>Steven Holtzman *(pro hac vice)*<br>Richard J. Pocker<br>1999 Harrison Street, Ste. 900<br>Oakland, CA  94612<br>Telephone: 510-874-1000<br>kringgenberg@bsfllp.com<br>sholtzman@bsfllp.com<br>rpocker@bsfllp.com | Deborah K. Miller *(pro hac vice)*<br>Dorian E. Daley *(pro hac vice)*<br>James C. Maroulis *(pro hac vice)*<br>Oracle Corporation<br>500 Oracle Parkway<br>Redwood City, CA 94070<br>Telephone: 650-506-4846<br>deborah.miller@oracle.com<br>dorian.daley@oracle.com<br>james.maroulis@oracle.com |
| MORGAN LEWIS & BOCKIUS LLP<br>John A. Polito *(pro hac vice)*<br>Kristen A. Palumbo *(pro hac vice)*<br>Nitin Jindal *(pro hac vice)*<br>Thomas S. Hixson *(pro hac vice)*<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone: 415-442-1001<br>john.polito@morganlewis.com<br>Kristen.palumbo@morganlewis.com<br>nitin.jindal@morganlewis.com<br>thomas.hixson@morganlewis.com<br><br>***Attorneys for Defendants Oracle International Corporation and Counter-Claimants Oracle International Corporation et al.*** | |

By: _/s/ Robert H. Reckers_____
    Robert H. Reckers, Esq.

*Attorney for Rimini Street, Inc.*
*and Seth Ravin*