| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | LEWIS ROCA ROTHGERBER LLP<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398<br>WAllen@LRRLaw.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>(*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br>brichardson@bsfllp.com | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*)<br>JOHN D. GARRETSON (*pro hac vice*)<br>RYAN D. DYKAL (*pro hac vice*)<br>PETER STRAND (*pro hac vice*)<br>LYNN C. HERNDON (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>jgarretson@shb.com<br>rdykal@shb.com<br>pstrand@shb.com<br>lherndon@shb.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>NITIN JINDAL (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>nitin.jindal@morganlewis.com | SHOOK, HARDY & BACON LLP<br>ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com |
| DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | SHOOK, HARDY & BACON LLP<br>DANIEL M. HINKLE (*pro hac vice*)<br>THOMAS DAMMRICH (*pro hac vice*)<br>111 South Wacker Drive, 51st Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 704-7700<br>Facsimile: (312) 558-1195<br>dhinkle@shb.com<br>tdammrich@shb.com |
| Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. | DEBEVOISE & PLIMPTON LLP<br>JAMES J. PASTORE (*pro hac vice*)<br>JOHN S. KIERNAN (*pro hac vice*)<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>jjpastore@debevoise.com<br>jskiernan@debevoise.com |

JOINT STATUS REPORT


| | |
|---|---|
| 1 | |
| 2 | DEBEVOISE & PLIMPTON LLP<br>JEFFREY P. CUNARD (*pro hac vice*) |
| 3 | 555 13th Street, N.W.<br>Washington, DC  20004 |
| 4 | Telephone: (202) 383-8000<br>Facsimile: (202) 383-9237 |
| 5 | jpcunard@debevoise.com |
| 6 | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*) |
| 7 | JOHN P. REILLY (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300 |
| 8 | Pleasanton, California 94566<br>Telephone: (925-264-7736 |
| 9 | dwinslow@riministreet.com<br>jreilly@riministreet.com |
| 10 | Attorneys for Plaintiff and Counter |
| 11 | Defendant Rimini Street, Inc., and Counter Defendant Seth Ravin |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Defendant. | Case No  2:14-cv-01699 LRH PAL<br><br>**JOINT STATUS REPORT** |
| ORACLE AMERICA, INC., a Delaware corporation, *et al.*,<br><br>Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>Counterdefendants. | |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin (together, "Rimini") and Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. (together, "Oracle"; all parties collectively, "Parties," any party, "Party") submit the following joint status report to update the Court regarding the Parties' retention of a third-party e-discovery neutral.

## I.  JOINT RETENTION OF THIRD PARTY E-DISCOVERY NEUTRAL

At the August 25, 2015 status conference, the Court directed the Parties to meet and confer within two weeks to make arrangements with a third-party e-discovery neutral to facilitate the Parties' development of an electronically stored information ("ESI") protocol that calls for both Rimini and Oracle to utilize technology-assisted review to efficiently identify and produce responsive custodial documents in this matter. D.I. 99. As of the date of this filing, the Parties have executed a joint engagement with Jonathan Redgrave of Redgrave LLP as the third-party e-discovery neutral.

The Parties are working with Mr. Redgrave to review and finalize the preliminary ESI protocol that the Parties submitted as Exhibit A to their August 21, 2015 Joint Status Report. The Parties have agreed that any decisions that Mr. Redgrave makes in his capacity as a third-party e-discovery neutral regarding the parties' ESI protocol will be binding, but subject to appeal by either Party and *de novo* review by the Court. In the event that either Party appeals any decisions by Mr. Redgrave, the Parties will brief the issue for the Court using the standard status-conference filing mechanism that the Court has implemented for discovery-related disputes in this matter.

Dated: September 8, 2015

| SHOOK, HARDY & BACON LLP | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By:   /s/ John Garretson<br>John Garretson<br>Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin | By:   /s/ W. West Allen<br>W. West Allen<br>Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. |

## ATTESTATION OF FILER

The signatories to this document are Thomas Hixson and West Allen, and I have obtained Mr. Hixson's concurrence to file this document on his behalf.

Dated: September 8, 2015

SHOOK, HARDY & BACON LLP

By: _____
Daniel M. Hinkle

Attorneys for Plaintiff and Counterdefendant
Rimini Street, Inc. and Counterdefendant
Seth Ravin.