UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RIMINI STREET, INC., | Case No. 2:14-cv-01699-LRH-PAL |
| Plaintiff, | ORDER |
| v. | |
| ORACLE INTERNATIONAL CORPORATION, | |
| Defendant. | |

The court conducted a status conference on August 25, 2015, to discuss the parties' competing proposed discovery plans and ESI protocol. West Allen and John Garretson were present on behalf of the Plaintiff. Richard Pocker, Thomas Hixson, and John Polito appeared in person, and James Maroulis appeared telephonically for Defendants. The court addressed the disputes outlined in the parties' Joint Status Report (Dkt. #98), proposed ESI protocols and proposed discovery plans. After hearing from counsel the court indicated Plaintiff Rimini's proposed discovery plan and scheduling order deadlines would be approved. Accordingly,

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:

    a. Last date to amend pleadings and add parties: **March 15, 2016.**

    b. Last date to file interim status report: **March 24, 2016.**

    c. Close of fact discovery: **May 24, 2016.**

    d. Last date to file motions to compel related to fact discovery: **June 21, 2016**.

    e. Last date for affirmative expert disclosures: **July 5, 2016.**

    f. Last date to disclose rebuttal experts: **August 23, 2016.**

1

        g.      Close of expert discovery: **October 4, 2016.**

        h.      Last date to file dispositive motions: **November 15, 2016.**

        i.      Last date to file joint pretrial order: **December 13, 2016.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3.    Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., May 3, 2016,** and shall fully comply with the requirements of LR 26-4.

DATED this 21st day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2