| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | LEWIS ROCA ROTHGERBER LLP<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398<br>WAllen@LRRLaw.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN *(pro hac vice)*<br>KIERAN P. RINGGENBERG *(pro hac vice)*<br>BEKO O. REBLITZ-RICHARDSON *(pro hac vice)*<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br>brichardson@bsfllp.com | SHOOK, HARDY & BACON LLP<br>B. Trent Webb *(pro hac vice)*<br>Ryan D. Dykal *(pro hac vice)*<br>Peter Strand *(pro hac vice)*<br>John Garretson *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>rdykal@shb.com<br>pstrand@shb.com<br>jgarretson@shb.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS J. HIXSON *(pro hac vice)*<br>JOHN A. POLITO *(pro hac vice)*<br>NITIN JINDAL *(pro hac vice)*<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>nitin.jindal@morganlewis.com | SHOOK, HARDY & BACON LLP<br>Robert H. Reckers (Admitted *pro hac vice*)<br>600 Travis Street, Suite 3400<br>rreckers@shb.com<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508 |
| DORIAN DALEY *(pro hac vice)*<br>DEBORAH K. MILLER *(pro hac vice)*<br>JAMES C. MAROULIS *(pro hac vice)*<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA  94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114 | *Attorneys for Plaintiff and Counter<br>Defendant Rimini Street, Inc., and<br>Counter Defendant Seth Ravin* |

*Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp.*

7235428 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Defendant,<br><br>v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Counter-Claimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Counter-Defendants. | Case No. 2:14-cv-01699-LDG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO UNSEAL DKT. NO. 106** |

Plaintiffs Rimini Street, Inc., and Counterdefendant Seth Ravin (collectively, "Rimini") and Defendants Oracle America, Inc. and Oracle International Corporation (collectively "Oracle"), by and through their respective counsel of record, hereby stipulate that the Pleading filed under seal as Docket No. 106 in this matter may be unsealed.

Dated: October 26, 2015

| SHOOK, HARDY & BACON LLP | MORGAN, LEWIS & BOKIUS LLP |
|---|---|
| By: */s/ John Garretson* | By: */s/ Thomas S. Hixson* |
| John Garretson<br>Attorneys for Plaintiff and Counter-Defendant Rimini Street, Inc. and Counter-Defendant Seth Ravin | Thomas S. Hixson<br>Attorneys for Counter-Claimant Oracle America, Inc., and Defendant and Counter-Claimant Oracle International Corp. |

- 2 -

7235428 v1

**ATTESTATION OF FILER**

The signatories to this document are Thomas S. Hixson and me, and I have obtained Mr. Hixson's concurrence to file this document on his behalf

Dated: October 26, 2015

By: _____/s/ John Garretson_____
John Garretson.
*Attorney for Plaintiff and Counter-Defendant*
*Rimini Street, Inc. and Counter-Defefendant*
*Seth Ravin*

- 3 -

7235428 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Defendant,<br><br>  v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Counter Claimants,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>        Counter Defendants. | Case No. 2:14-cv-01699-LDG-VCF<br><br>**ORDER GRANTING STIPULATION TO UNSEAL DOCUMENT NO. 106** |

**ORDER**

Pending before this Court is the parties' Stipulation to Unseal Document No. 106. Having considered said Stipulation and for good cause existing:

IT IS HEREBY ORDERED THAT: The Stipulation to Unseal is GRANTED. The Clerk of the Court shall UNSEAL the above-referenced Stipulation No. 106.

IT IS SO ORDERED.

DATED:  November 2, 2015

By: _____
Magistrate Judge Peggy A. Leen

- 4 -

7235428 v1