UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RIMINI STREET, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE INTERNATIONAL CORPORATION, <br><br> Defendant. | Case No. 2:14-cv-01699-LRH-PAL <br><br> ORDER |

Before he court is Plaintiff's Notice of Change in Counsel (Dkt. #115) filed December 8, 2015. The notice advises that Daniel M. Hinkle, an attorney for Plaintiff is no longer affiliated with the law firm of Shook, Hardy & Bacon, LLP. The notice requests that Mr. Hinkle be removed from the service list. Plaintiff will continue to be represented by other counsel who have already made appearances in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Notice of Change in Counsel (Dkt. #115) is **GRANTED**, and attorney Daniel M. Hinkle for Plaintiff shall be removed as counsel for Plaintiff and from the CMECF service list.

DATED this 8th day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1