UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RIMINI STREET, INC., a Nevada corporation,

Plaintiffs,

v.

ORACLE INTERNATIONAL CORPORATION, a California corporation,

Defendant,

v.

ORACLE INTERNATIONAL CORPORATION, and Oracle America, Inc.

Counter Claimants,

v.

RIMINI STREET, INC., and SETH RAVIN

Counter Defendants.

Case No. 2:14-cv-01699-LDG-VCF

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JOINT STATUS REPORT**

**ORDER**

Pending before this Court is Plaintiffs' Motion for Leave to File Under Seal Portions of the Joint Status Report. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of the above-referenced Joint Status Report.

IT IS SO ORDERED.

DATED: December 21, 2015

By: _____
Magistrate Judge Peggy A. Leen