UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RIMINI STREET, INC., a Nevada corporation,

Plaintiffs,

v.

ORACLE INTERNATIONAL CORPORATION, a California corporation,

Defendant,

v.

ORACLE INTERNATIONAL CORPORATION, and Oracle America, Inc.

Counter Claimants,

v.

RIMINI STREET, INC., and SETH RAVIN

Counter Defendants.

Case No. 2:14-cv-01699-LDG-VCF

**PROPOSED ORDER GRANTING RIMINI'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL REPORT ON THE TECHNICAL ISSUES INVOLVED IN COLLECTING DATA ON CLIENT ENVIRONMENTS AND EXHIBITS 1-5 TO THE ACCOMPANYING DYKAL DECLARATION**

**ORDER**

Pending before this Court is Rimini Street, Inc.'s and Seth Ravin's (collectively "Rimini") Motion for Leave to File Under Seal Portions of its Supplemental Report on the Technical Issues Involved in Collecting Data on Client Environments ("Supplemental Report") and Exhibits 1-5 to the accompanying Dykal declaration. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and for good cause existing:

IT IS HEREBY ORDERED THAT: Rimini's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of the above-referenced Supplemental Report and Exhibits 1-5.

Dated this 4th day of January, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

7332659 v1