UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RIMINI STREET, INC. | Case No. 2:14-cv-01699-LRH-PAL |
| Plaintiff, | ORDER |
| v. | |
| ORACLE INTERNATIONAL CORPORATION, | |
| Defendant. | |

Before the court is Defendant Oracle International Corporation's Notice of Withdrawal of Counsel ((Dkt. #146).  The notice advises the court that Kieran P. Ringgenberg is no longer a partner with Boies, Schiller & Flexner LLP and will no longer represent Defendant Oracle in this matter.  Oracle will continue to be represented by those attorneys at Boeis, Schiller & Flexner, LLP who have made appearances in this matter.  Accordingly,

**IT IS ORDERED** that Kieran P Ringgenberg is removed as counsel for Defendant Oracle and shall no longer receive CMECF notification in this matter.

DATED this 19th day of January, 2016.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE