BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
(*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
NITIN JINDAL (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Counterclaimant Oracle
America, Inc. and Defendant and
Counterclaimant Oracle International Corp.*

HOWARD & HOWARD PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
wwa@h2law.com
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
Facsimilie: (702) 567-1568

SHOOK, HARDY & BACON LLP
B. TRENT WEBB (*pro hac vice*)
JOHN D. GARRETSON (*pro hac vice*)
RYAN D. DYKAL (*pro hac vice*)
PETER STRAND (*pro hac vice*)
LYNN C. HERNDON (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
jgarretson@shb.com
rdykal@shb.com
pstrand@shb.com
lherndon@shb.com

SHOOK, HARDY & BACON LLP
ROBERT H. RECKERS (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

SHOOK, HARDY & BACON LLP
THOMAS DAMMRICH (*pro hac vice*)
111 South Wacker Drive, 51st Floor
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
tdammrich@shb.com

DEBEVOISE & PLIMPTON LLP
JAMES J. PASTORE (*pro hac vice*)
JOHN S. KIERNAN (*pro hac vice*)
919 Third Avenue
New York, New York  10022
Telephone: (212) 909-6000
Facsimile: (212)  909-6836
jjpastore@debevoise.com
jskiernan@debevoise.com

[PROPOSED] STIPULATED SUPPLEMENTAL PROTECTIVE ORDER

DB3/ 200781540.1

DEBEVOISE & PLIMPTON LLP
JEFFREY P. CUNARD (*pro hac vice*)
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-9237
jpcunard@debevoise.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, California 94566
Telephone: (925-264-7736
dwinslow@riministreet.com
jreilly@riministreet.com

JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336-402-4068)

*Attorneys for Plaintiff and Counter Defendant Rimini Street, Inc., and Counter Defendant Seth Ravin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Defendant. | Case No 2:14-cv-01699 LRH PAL<br><br>**STIPULATED SUPPLEMENTAL PROTECTIVE ORDER CONCERNING DOCUMENTS PRODUCED PURSUANT TO THE PARTIES' TECHNOLOGY-ASSISTED REVIEW PROTOCOL** |
| ORACLE AMERICA, INC., a Delaware corporation, *et al.*,<br><br>Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>Counterdefendants. | |

**WHEREAS,** the Court entered a Stipulated Protective Order on May 18, 2015 (Dkt. 58);

**WHEREAS,** Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin (together, "Rimini") and Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. (together, "Oracle"; all parties collectively, "Parties," any party, "Party") have agreed that the Stipulated Protective Order (Dkt. 58) should be amended to add the following provisions to better effectuate the Parties' proposed technology-assisted review protocol, Dkt. 106, Ex. A (the "TAR Protocol");

**WHEREAS,** the Parties have agreed that all paragraph references and defined terms below refer to the paragraphs and definitions of the Stipulated Protective Order unless otherwise stated;

**NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:**

24. All documents and other materials produced pursuant to the TAR Protocol or any subsequent version thereof agreed to by the Parties ("TAR Documents") shall be produced with a metadata field that identifies them as TAR Documents.

25. All TAR Documents shall be designated and treated by all Parties as "Highly Confidential Information – Attorneys' Eyes Only" at the time of production.

26. Notwithstanding any provisions in Paragraph 16 to the contrary, any challenge to a Designating Party's confidentiality designation of any TAR Documents may be initiated either in writing or via voice-to-voice dialogue. Any such challenge must identify the challenged confidentiality designations by the Bates number(s) of the corresponding TAR Documents. The Designating Party shall respond in writing to any such challenge within ten (10) days. If the Parties are unable to resolve any dispute regarding a challenge to a Designating Party's confidentiality designation of TAR Documents, the Parties will submit their dispute(s) to the Court in the manner approved by the Court for raising discovery disputes in this case. For the avoidance of doubt, Paragraph 16 otherwise remains in full force and effect.

27. For the avoidance of doubt, the ten-day deadline set forth in Paragraph 26 will be calculated pursuant to Federal Rule of Civil Procedure 6(a)(1). Federal Rule of Civil Procedure

1  6(d)'s three-day extension for documents served electronically does not apply to the ten-day
2  deadline.
3      28.     The Parties may modify this procedure, including but not limited to the deadline set
4  forth in Paragraph 26, for any set of TAR Documents through written agreement without further
5  order of the Court.

Dated: March 24, 2016

| SHOOK, HARDY & BACON LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By:        /s/ Peter E. Strand<br>Peter E. Strand<br>Attorneys for Plaintiff and Counterdefendant<br>Rimini Street, Inc. and Counterdefendant<br>Seth Ravin | By:        /s/ Thomas S. Hixson<br>Thomas S. Hixson<br>Attorneys for Counterclaimant Oracle<br>America, Inc. and Defendant and<br>Counterclaimant Oracle International Corp. |

IS IT SO ORDERED:

DATED: _March 25____, 2016        By: _____
                                    United States Magistrate Judge

## **ATTESTATION OF FILER**

The signatories to this document are Peter E. Strand and me, and I have obtained Mr. Strand's concurrence to file this document on his behalf.

Dated: March 24, 2016                    MORGAN, LEWIS & BOCKIUS LLP

By:      /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Counterclaimant Oracle
America, Inc. and Defendant and
Counterclaimant Oracle International Corp.