| | |
|---|---|
| LEWIS ROCA ROTHGERBER LLP | SHOOK, HARDY & BACON LLP |
| W. WEST ALLEN (Nevada Bar No. 5566) | Thomas Dammrich (Admitted *pro hac vice*) |
| 3993 Howard Hughes Parkway, Suite 600 | tdammrich@shb.com |
| Las Vegas, Nevada 89169 | 111 South Wacker Drive, 51st Floor |
| Telephone: (702) 949-8200 | Chicago, Illinois 60606 |
| Facsimile: (702) 949-8398 | Telephone: (312) 704-7700 |
| WAllen@LRRLaw.com | Facsimile: (312) 558-1195 |

SHOOK, HARDY & BACON LLP
B. Trent Webb (Admitted *pro hac vice*)
bwebb@shb.com
John D. Garretson (Admitted *pro hac vice*)
jgarretson@shb.com
Ryan D. Dykal (Admitted *pro hac vice*)
rdykal@shb.com
Peter Strand (Admitted *pro hac vice*)
pstrand@shb.com
Lynn C. Herndon (Admitted *pro hac vice*)
lherndon@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

SHOOK, HARDY & BACON LLP
Robert H. Reckers (Admitted *pro hac vice*)
600 Travis Street, Suite 3400
rreckers@shb.com
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

DEBEVOISE & PLIMPTON LLP
James J. Pastore (Admitted *pro hac vice*)
jjpastore@debevoise.com
John S. Kiernan (Admitted *pro hac vice*)
jskiernan@debevoise.com
919 Third Avenue
New York, New York  10022
Telephone: (212) 909-6000
Facsimile: (212)  909-6836

DEBEVOISE & PLIMPTON LLP
Jeffrey P. Cunard (Admitted *pro hac vice*)
jpcunard@debevoise.com
555 13th Street, N.W.
Washington, DC  20004
Telephone: (202) 383-8000
Facsimile: (202) 383-9237

RIMINI STREET, INC.
Daniel B. Winslow (Admitted *pro hac vice*)
dwinslow@riministreet.com
John P. Reilly (Admitted *pro hac vice*)
jreilly@riministreet.com
6601 Koll Center Parkway, Suite 300
Pleasanton, California 94566
Telephone: (925-264-7736

***Attorneys for Plaintiff and Counter Defendant
Rimini Street, Inc., and Counter Defendant
Seth Ravin***

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation, | |
| Plaintiffs, | |
| v. | |
| ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2:14-cv-01699-LDG-VCF |
| Defendant, | |
| v. | **PLAINTIFF'S UNOPPOSED MOTION REGARDING THE CONFIDENTIALITY OF NON-PUBLIC RIMINI CLIENT NAMES IN DKT. 157-1** |
| ORACLE INTERNATIONAL CORPORATION, and Oracle America, Inc. | |
| Counter Claimants, | |
| v. | |
| RIMINI STREET, INC., and SETH RAVIN | |
| Counter Defendants. | |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 18, 2015 (*See* Dkt. 58, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Rimini Street, Inc. and Counter-Defendant Seth Ravin (collectively "Rimini") respectfully request that the Court enter an Order directing that the identities of undisclosed Rimini clients contained within Exhibit 7 of the Declaration of Ryan Dykal (Dkt. 157-1) be filed under seal.[1]

On April 16, 2016, Oracle filed a "Declaration of Nitin Jindal in Support of Oracle's Memorandum of Points and Authorities in Response to Court Order (Dkt. 201) and in Support of

---

[1]The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as "Confidential Information" and as "Highly Confidential Information-Attorneys' Eyes Only" under the terms of the Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as "Confidential Information" or "Highly Confidential Information- Attorneys' Eyes Only" shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation". Protective Order at Paragraph 2.

Motion to Seal (Dkt. 155)."  Dkt. 205.  Exhibit A to Mr. Jindal's declaration (Dkt. 205-1) is a redacted copy of Exhibit 7 to the Declaration of Ryan Dykal (Dkt. 157-1).  Exhibit A "remove[s] only the Oracle employee names from Oracle's Initial Disclosure" and "*five Rimini customer names that . . . were not relevant to Rimini's use of the exhibit and that . . . Rimini considers to be confidential*."  Dkt. 205 (emphasis added).

It is undisputed that the five Rimini clients redacted by Oracle in Exhibit A to Mr. Jindal's declaration have not been disclosed to the public.

On April 19, the Court entered an Order stating, "No later than April 27, 2016, Oracle SHALL FILE A REDACTED VERSION OF EXHIBIT 7, which obscures only the *employee names* on its FRCP 26(s) disclosures."  (Dkt. 208).  The Court's Order does not expressly address the five non-public Rimini client names.

The identities of non-public Rimini clients are highly confidential and proprietary competitive business information.  Rimini, therefore, requests that the names of the five Rimini Clients removed in Exhibit A to Mr. Jindal's declaration be redacted when Oracle publicly files Exhibit 7 pursuant to the Court's April 19 Order.[2]

Oracle does not oppose this motion.

For the foregoing reasons, Rimini respectfully requests that the Court enter an Order as follows:

1.    The unredacted Exhibit 7 (Dkt. #157-1), attached to the Declaration of Ryan Dykal (Dkt. #157) as an exhibit to the parties' Joint Status Report (Dkt. #156), shall remain under seal.

---

[2] The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).**  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information –Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

2.     No later than April 27, 2016, Oracle SHALL FILE A REDACTED VERSION OF EXHIBIT 7, which obscures (1) the employee names on its FRCP 26(s) disclosures, and (2) the five non-public Rimini client names identified in Exhibit A to the Declaration of Nitin Jindal (Dkt. 205-1).  Oracle shall also link these new filings in CM/ECF to the Joint Status Report (Dkt. #156) and the Declaration of Ryan Dykal (Dkt. #157).

DATED:     April 21, 2016                    SHOOK, HARDY & BACON


                                             By:  /s/ Ryan D. Dykal
                                             Ryan Dykal
                                             rdykal@shb.com
                                             John Garretson
                                             jgarretson@shb.com
                                             Robert H. Reckers
                                             rreckers@shb.com
                                             B. Trent Webb
                                             bwebb@shb.com
                                             Peter  Strand
                                             pstrand@shb.com
                                             SHOOK, HARDY & BACON L.L.P.
                                             2555 Grand Blvd.
                                             Kansas City, MO 64108-2613
                                             816-474-6550 Telephone
                                             816-421-5547 Facsimile

                                             *Attorney for Plaintiff/Counter-Defendants*
                                             *Rimini Street, Inc., and Seth Ravin*

7526463

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: ___/s/ Ryan D. Dykal_____
Ryan D. Dykal.
*Attorney for Plaintiff/Counter-Defendants*
*Rimini Street, Inc., and Seth Ravin*

7526463

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RIMINI STREET, INC., a Nevada corporation,

Plaintiffs,

v.

ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Defendant,

v.

ORACLE INTERNATIONAL
CORPORATION, and Oracle America, Inc.

Counter Claimants,

v.

RIMINI STREET, INC., and SETH RAVIN

Counter Defendants.

Case No. 2:14-cv-01699-LDG-VCF

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION REGARDING THE CONFIDENTIALITY OF NON-PUBLIC RIMINI CLIENT NAMES IN DKT. 157-1**

### [PROPOSED] ORDER

Pending before this Court is Plaintiff Rimini's Unopposed Motion Regarding the Confidentiality of Non-Public Rimini Client Names in Dkt. 157-1. Having considered Rimini's Motion:

IT IS HEREBY ORDERED THAT:

3. The unredacted Exhibit 7 (Dkt. #157-1), attached to the Declaration of Ryan Dykal (Dkt. #157) as an exhibit to the parties' Joint Status Report (Dkt. #156), shall remain under seal.

4. No later than April 27, 2016, Oracle SHALL FILE A REDACTED VERSION OF EXHIBIT 7, which obscures (1) the employee names on its FRCP 26(s) disclosures, and (2) the five non-public Rimini client names identified in Exhibit A to the Declaration of Nitin Jindal (Dkt. 205-1). Oracle shall also link these new filings in

///
///

CM/ECF to the Joint Status Report (Dkt. #156) and the Declaration of Ryan Dykal (Dkt. #157).

IT IS SO ORDERED.

DATED: April 25, 2016          By: _____

Magistrate Judge Peggy A. Leen