BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
(*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
NITIN JINDAL (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp.*

HOWARD & HOWARD PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
wwa@h2law.com
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568

SHOOK, HARDY & BACON LLP
B. TRENT WEBB (pro hac vice)
RYAN D. DYKAL (pro hac vice)
PETER STRAND (pro hac vice)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
jgarretson@shb.com
rdykal@shb.com
pstrand@shb.com
lherndon@shb.com

SHOOK, HARDY & BACON LLP
ROBERT H. RECKERS (pro hac vice)
600 Travis Street, Suite 3400
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

DEBEVOISE & PLIMPTON LLP
JAMES J. PASTORE (pro hac vice)
JOHN S. KIERNAN (pro hac vice)
919 Third Avenue
New York, New York   10022
Telephone: (212) 909-6000
Facsimile: (212)  909-6836
jjpastore@debevoise.com
jskiernan@debevoise.com

DEBEVOISE & PLIMPTON LLP
JEFFREY P. CUNARD (pro hac vice)
555 13th Street, N.W.
Washington, DC   20004
Telephone: (202) 383-8000
Facsimile: (202) 383-9237
jpcunard@debevoise.com

7556353

RIMINI STREET, INC.
DANIEL B. WINSLOW (pro hac vice)
6601 Koll Center Parkway, Suite 300
Pleasanton, California 94566
Telephone: (925-264-7736
dwinslow@riministreet.com
jreilly@riministreet.com

JOHN P. REILLY (pro hac vice)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336-402-4068)

*Attorneys for Plaintiff and Counter Defendant Rimini Street, Inc., and Counter Defendant Seth Ravin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation; <br><br> Plaintiff, <br><br> v. <br><br> ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Defendant. | Case No  2:14-cv-01699 LRH PAL |
| ORACLE AMERICA, INC., a Delaware corporation, *et al.*, <br><br> Counterclaimants, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation, *et al.*, <br><br> Counterdefendants. | **JOINT MOTION REQUESTING ADDITIONAL TIME TO CONSIDER REMITTAL OF DISQUALIFICATION** |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin (together, "Rimini") and Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. (together, "Oracle"; all parties collectively, "Parties"), have conferred regarding the Court's May 5, 2016 Order (Dkt. 217) and state:

1.  On May 5, 2016, the Court entered an Order notifying the Parties that the Court was

7556353

considering remittal of disqualification under Canon 3D of the Code of Conduct for United States Judges. Dkt. 217, May 5, 2016.

2. The Court's Order disclosed that counsel for Rimini, W. West Allen, is the Chairperson of the panel considering the Court's reappointment. *Id.* at 2.

3. An additional four (4) days is needed for the Parties to consider remittal of disqualification before the May 10, 2016 hearing.

4. Accordingly, the parties request the Court enter an Order:

   i   Vacating the May 10, 2016 hearing, and

   ii  Directing the parties to file a brief notice of compliance and statement of whether or not all parties agree to remittal on or before **Friday, May 13, 2016**.

Dated: May 9, 2016

| SHOOK, HARDY & BACON LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Peter E. Strand | By: /s/ Thomas S. Hixson |
| Peter E. Strand<br>Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin | Thomas S. Hixson<br>Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. |

7556353

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: __/s/ Peter E. Strand_____
Peter E. Strand
*Attorney for Plaintiff/Counter-Defendants*
*Rimini Street, Inc., and Seth Ravin*

7556353

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Defendant,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, and Oracle America, Inc.<br><br>Counter Claimants,<br><br>v.<br><br>RIMINI STREET, INC., and SETH RAVIN<br><br>Counter Defendants. | Case No. 2:14-cv-01699-LDG-VCF<br><br>**[PROPOSED] ORDER VACATING MAY 10, 2016 CASE MANAGEMENT CONFERENCE AND GRANTING EXTENSION OF TIME TO CONSIDER REMITTAL OF DISQUALIFICATION** |

**ORDER**

1. On May 9, 2016, the Parties filed a Joint Motion for Extension of time to Consider Remittal of Disqualification.

2. A Case Management Conference is currently scheduled for May 10, 2016.

Having considered the Parties' Joint Motion:

IT IS HEREBY ORDERED THAT:

A. The May 10, 2016 Case Management Conference is vacated to avoid unnecessary expenditure of resources.

B. The parties shall have until **Friday, May 13, 2016** to file a brief notice of compliance and statement of whether or not all parties agree to remittal in accordance with Dkt. 217.

IT IS SO ORDERED.

DATED: May 9, 2016

By: _____
Magistrate Judge Peggy A. Leen

7557229