UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIMINI STREET, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ORACLE INTERNATIONAL CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:14-cv-01699-LRH-PAL<br><br>**ORDER**<br><br>(Mot. to Seal – Dkt. #196) |
| ORACLE AMERICA INC., et al.,<br><br>　　　　　Counter-Claimants,<br><br>　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　Counter-Defendants. | |

This matter is before the Court on the Motion for Leave to File Under Seal (Dkt. #196) filed by Defendant / Counter-Claimant Oracle International Corporation and Oracle America, Inc. (jointly, "Oracle") on March 31, 2016. The Court has considered the Motion. Plaintiff / Counter-Defendant Rimini Street, Inc. ("Rimini") did not file an opposition to the Motion and the deadline for doing so has now passed.

This is a copyright action and the Court has entered a Stipulated Protective Order (Dkt. #58) governing documentation and testimony that is confidential to the parties' internal business strategies, research and development, and other sensitive information of a proprietary business or technical nature. *See also* Protective Order Concerning Documents Produced Pursuant to Technology-Assisted Protocol (Dkt. #189). Having reviewed and considered the Motion in accordance with the Ninth Circuit's directives set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that Oracle has met its burden of establishing good cause for these documents to remain sealed.

1  Accordingly,

2  **IT IS ORDERED:** Oracle's Motion to Seal (Dkt. #196) is GRANTED. The unredacted
3  Joint Status Report (Dkt. #194) and Declaration of Thomas S. Hixon (Dkt. #195) referenced in
4  the Motion shall remain under seal.

5  Dated this 11th day of May, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE