# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RIMINI STREET, INC., | ) | Case No. 2:14-cv-01699-LRH-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| ORACLE INTERNATIONAL CORPORATION, | ) | **ORDER** |
| Defendant. | ) | |

Presently before the Court is Plaintiff Rimini Street's motion for leave to file under seal (ECF No. 231), filed on July 14, 2016. Defendant Oracle filed a memorandum in support (ECF No. 239) on July 25, 2016. Both parties request that the Court seal Exhibit M of Rimini's motion to compel (ECF No. 232), as it contains what the parties represent are trade secrets. Rimini further requests that Exhibits E-1, E-2, and E-3 (ECF No. 232) be sealed on behalf of Oracle. However, Oracle does not request that these documents be sealed.

The Ninth Circuit recently and comprehensively examined the presumption of public access to judicial files and records in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The *Kamakana* decision reiterated that a protective order issued under Fed. R. Civ. P. 26(c) may be issued once a particularized showing of good cause exists for preserving the secrecy of discovery materials. "Rule 26(c) gives the district court much flexibility in balancing and protecting the interests of private parties." *Kamakana* at 1180. In *Kamakana*, the Court found that a "good cause" showing is sufficient to seal documents produced in discovery. *Id.* Here, Rimini shows good cause to seal Exhibit M, but not for Exhibits E-1, E-2, or E-3 of ECF No. 232.

//

//

//

IT IS THEREFORE ORDERED that the Plaintiff's motion is GRANTED in part and DENIED in part. The Clerk of Court must SEAL Exhibit M in ECF No. 232.

DATED: July 28, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge