BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:     702.382.2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:    510.874.1000
Facsimile:     510.874.1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:     415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>   Plaintiff,<br><br>  v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Defendant. | Case No  2:14-cv-01699 LRH CWH<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO COMPEL, PORTIONS OF THE DECLARATION OF ELLEN EDER, AND EXHIBITS TO THE DECLARATIONS OF ELLEN EDER AND FRANK KENNAMER** |
| ORACLE AMERICA, INC., a Delaware corporation, *et al.*,<br><br>   Counterclaimants,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>   Counterdefendants. | |

**[PROPOSED] ORDER**

Pending before this Court is Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation's (collectively "Oracle") Motion for Leave to File Under Seal Portions of Oracle's Opposition to Rimini's Motion to Compel, Portions of the Declaration of Ellen Eder, and Exhibits to the Declarations of Ellen Eder and Frank Kennamer ("Motion for Leave to File Under Seal"). ECF No. 249. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion for Leave to File Under Seal and for good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion for Leave to File Under Seal is GRANTED. The Clerk of the Court shall file under seal portions of Oracle's Opposition to Rimini's Motion to Compel, Portions of the Declaration of Ellen Eder, Exhibits A and B to the Declaration of Ellen Eder, , and Exhibits 3 and 8 to the Declaration of Frank Kennamer.

DATED:   August 30, 2016          By: _____
                                      Hon. Carl W. Hoffman
                                      United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2016, I electronically transmitted the foregoing [PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO COMPEL, PORTIONS OF THE DECLARATION OF ELLEN EDER, AND EXHIBITS TO THE DECLARATIONS OF FRANK KENNAMER AND ELLEN EDER to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: August 1, 2016

Morgan, Lewis & Bockius LLP

By:  /s/ Thomas S. Hixson
           Thomas S. Hixson

Attorneys for Counterclaimant
Oracle America, Inc. and
Defendant and Counterclaimant
Oracle International Corporation