UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Defendant. | Case No  2:14-cv-01699 LRH CWH<br><br>**[PROPOSED] ORDER** |
| ORACLE AMERICA, INC., a Delaware corporation, *et al.*,<br><br>    Counterclaimants,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>    Counterdefendants. | |

## [PROPOSED] ORDER

Pending before this Court is Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation (collectively "Oracle")'s Motion for Leave to File Under Seal Portions of Oracle's Motion to Compel, Memorandum of Points and Authorities, and Accompanying Declaration, Appendix, and Exhibits (collectively "Motion to Compel"). Having considered Oracle's Motion for Leave to File Under Seal and for good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion for Leave to File Under Seal is GRANTED. The Clerk of the Court shall file under seal portions of Oracle's Motion to Compel.

IT IS SO ORDERED.

DATED:  August 30, 2016        By: _____
                                   Hon. Carl W. Hoffman
                                   United States Magistrate Judge