1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone:     702.382.7300
    Facsimile:     702.382.2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    WILLIAM ISAACSON (*pro hac vice*)
6   KAREN DUNN (*pro hac vice*)
    5301 Wisconsin Ave, NW
7   Washington, DC 20015
    Telephone: (202) 237-2727
8   Facsimile: (202) 237-6131
    wisaacson@bsfllp.com
9   kdunn@bsfllp.com

10  BOIES, SCHILLER & FLEXNER LLP
    STEVEN C. HOLTZMAN (*pro hac vice*)
11  BEKO O. REBLITZ-RICHARDSON
      (*pro hac vice*)
12  1999 Harrison Street, Suite 900
    Oakland, CA 94612
13  Telephone:     510.874.1000
    Facsimile:     510.874.1460
14  sholtzman@bsfllp.com
    brichardson@bsfllp.com
15

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
NITIN JINDAL (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:     415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

16  *Attorneys for Counterclaimant Oracle America, Inc. and*
    *Defendant and Counterclaimant Oracle International Corp.*

17                          UNITED STATES DISTRICT COURT

18                              DISTRICT OF NEVADA

19

20  RIMINI STREET, INC., a Nevada corporation;      | Case No  2:14-cv-01699 LRH PAL

            Plaintiff,                              | **ORACLE'S MOTION TO SEAL**
21                                                  | **PORTIONS OF ORACLE'S MOTION**
        v.                                          | **TO COMPEL AND SUPPORTING**
22  ORACLE INTERNATIONAL CORPORATION,               | **DOCUMENTS**
    a California corporation,
23
            Defendant.
    ORACLE AMERICA, INC., a Delaware
24  corporation, *et al.*,

25          Counterclaimants,

26      v.

    RIMINI STREET, INC., a Nevada corporation, *et*
27  *al.*,

            Counterdefendants.
28

1          Pursuant to the Stipulated Protective Order governing confidentiality of documents

2    entered by the Court on May 18, 2015, ECF No. 58 ("Protective Order"), Local Rules 10-5(b),

3    and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendant and Counterclaimant

4    Oracle International Corporation and Counterclaimant Oracle America Inc. (together "Oracle")

5    respectfully requests that the Court grant leave to file under seal certain portions of Oracle's

6    Motion to Compel Production of Documents ("Motion to Compel") and exhibits 12, 13, 14, 17,

7    18 and 19 of the Hixson Declaration.  A public, redacted version of each document was filed on

8    November 3, 2016.  *See* ECF Nos. 318 (Motion to Compel), 318-13 (Hixson Decl., Ex. 12), 318-

9    14 (*id*., Ex. 13), 318-15 (*id*., Decl., Ex. 14), 318-18 (*id*., Decl., Ex. 17), 318-19 (*id*., Decl., Ex.

10    18), and 318-20 (*id*., Decl., Ex. 19).  An unredacted version of each document will be

11    subsequently filed under seal with the Court and linked to the filing of this Motion.  *See* ECF No.

12    221 (Order re: sealing procedures).

13          Oracle requests that the Court seal portions of Oracle's Motion to Compel and supporting

14    documents because these documents contain information that Rimini has designated as "Highly

15    Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order.

16          The Protective Order states, "Counsel for any Designating Party may designate any

17    Discovery Material as 'Confidential Information' or 'Highly Confidential Information –

18    Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good**

19    **faith believes that such Discovery Material contains such information and is subject to**

20    **protection under Federal Rule of Civil Procedure 26(c).**  The designation by any Designating

21    Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential

22    Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the

23    Designating Party reasonably believes there is a valid basis for such designation." Protective

24    Order ¶ 2 (emphasis supplied).

25          Rimini has designated Exhibits 12, 13, 14, 17, 18 and 19 to the Hixson Declaration as

26    "Highly Confidential - Attorneys' Eyes Only," and portions of Oracle's Motion to Compel quote

27    from or paraphrase information contained in these exhibits.  Oracle submits these documents and

28    information under seal pursuant to the Protective Order based on Rimini's representation that it

1 reasonably believes there is a valid basis under the Protective Order for its confidentiality

2 designations. Because the documents were designated by Rimini, Oracle is not in a position to

3 provide further justification for why filing them publicly would cause Rimini harm sufficient to

4 show good cause. Oracle does not independently contend that these documents are subject to

5 such protection, but makes this request pursuant to ¶ 14 of the Protective Order.

6      Oracle has submitted all other portions of Oracle's Motion to Compel and supporting

7 papers to the Court's public files, which allow public access to all materials except for the items

8 discussed above. Accordingly, the request to seal is narrowly tailored. For the foregoing reasons,

9 Oracle respectfully requests that the Court grant leave to file under seal the documents discussed

10 above.

11

12 DATED: November 3, 2016          MORGAN, LEWIS & BOCKIUS LLP

13

14                              By: _____ /s/ Thomas S. Hixson _____

15                                  Thomas S. Hixson
                        Attorneys for Counterclaimant Oracle America,

16                      Inc. and Defendant and Counterclaimant Oracle
                             International Corporation

17

18

19 IT IS SO ORDERED.

20 DATED:   November 22,
            2016

21

22

23 _____

24 C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

25

26

27

28

ORACLE'S MOTION TO SEAL

1

## CERTIFICATE OF SERVICE

2

I certify that on November 3, 2016, I electronically transmitted the foregoing

3

**ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO COMPEL**

4

**AND SUPPORTING DOCUMENTS** to the Clerk's Office using the CM/ECF System for

5

filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are

6

CM/ECF registrants.

7

8  Dated: November 3, 2016                    Morgan, Lewis & Bockius LLP

9

10                                            By:  _____/s/ Thomas S. Hixson_____
                                                          Thomas S. Hixson

11
                                              Attorneys for Counterclaimant
12                                            Oracle America, Inc. and
                                              Defendant and Counterclaimant
13                                            Oracle International Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28