**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMINI STREET, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>ORACLE INTERNATIONAL CORPORATION,<br><br>      Defendant. | Case No. 2:14-cv-01699-LRH-CWH<br><br><br><br>**ORDER** |

    Presently before the court is Defendant's notice of request for a status conference (ECF No. 342), filed on December 2, 2016. Plaintiff filed a response on December 4, 2016 (ECF No. 343).

    The parties both request that a status conference be held on December 16, 2016, concurrent to the parties' hearing already scheduled for that day. The parties agree that in preparation for the status conference, the parties will file a joint status report by December 12, 2016.

    The joint status report will identify and summarize the parties' positions on case management issues, including proposed adjustments to the case schedule, the number of depositions per side, the number of document custodians per side, potential limits on the number of requests for production per side, and changing the current weekly meet and confer schedule to a bi-weekly one.

    IT IS THEREFORE ORDERED that the parties will file a joint status report no later than December 12, 2016.

    IT IS FURTHER ORDERED that the parties will appear before the court for a joint status conference on December 16, 2016, to be held concurrently with the hearing scheduled for 1:00 p.m.

    DATED: December 5, 2016.

                                                          _____

                                                         C.W. Hoffman, Jr.<br>
                                                         United States Magistrate Judge