BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (pro hac vice)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
      (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
NITIN JINDAL (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation*

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
MICHELE L. MARYOTT (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
jtthomas@gibsondunn.com
mmaryott@gibsondunn.com
jgorman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

HOWARD & HOWARD ATTORNEYS
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568
wwa@h2law.com

DEBEVOISE & PLIMPTON LLP
JAMES J. PASTORE (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone:  (212) 909-6000
jjpastore@debevoise.com

DEBEVOISE & PLIMPTON LLP
JEFFREY P. CUNARD (*pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, DC  20004
Telephone:  (202) 383-8000
jpcunard@debevoise.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
JOHN P. REILLY (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA  94566
Telephone: (925) 264-7736
dwinslow@riministreet.com
jreilly@riministreet.com

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

STIPULATION AND [PROPOSED] ORDER ENTERING A REVISED CASE SCHEDULE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>            Plaintiff,<br><br>   v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Defendant. | Case No 2:14-cv-01699 LRH CWH<br><br>**STIPULATION AND [PROPOSED] ODER ENTERING A REVISED CASE SCHEDULE**<br><br>**(FOURTH REQUEST)** |
| ORACLE AMERICA, INC., a Delaware corporation, *et al.*,<br><br>            Counterclaimants,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>            Counterdefendants. | |

1    Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin
2    (together, "Rimini") and Counterclaimant Oracle America, Inc. and Defendant and
3    Counterclaimant Oracle International Corp. (together, "Oracle"; all parties collectively,
4    "Parties") jointly submit this Stipulation and [Proposed] Order (Fourth Request).
5    WHEREAS, the Court entered an order revising the case schedule on June 2, 2016 (the
6    "Current Case Schedule").  ECF No. 227.
7    WHEREAS, the Parties have submitted a Joint Status Report in advance of the status
8    conference scheduled for December 16, 2016.  *See* ECF No. 353.
9    WHEREAS, in the Joint Status Report, Rimini proposes an extension to the Current Case
10   Schedule (the "Proposed Revised Case Schedule").  *See* ECF No. 353.
11   WHEREAS, Oracle does not oppose the Proposed Revised Case Schedule, provided that
12   the number of party depositions each side may conduct be increased to 25 depositions per side,
13   and that the number of document custodians each side may name be set at 50 custodians per side.
14   WHEREAS, contingent on the Court granting the Proposed Revised Case Schedule,
15   Rimini agrees to increase the number of party depositions and to set the number of document
16   custodians as set forth above.
17   WHEREAS, under the current meet and confer schedule previously ordered by the Court,
18   the Parties are required to exchange issue letters by 3:00 p.m. PT every Monday and to exchange
19   response letters by 3:00 p.m. PT every Wednesday, *see* ECF No. 167 at 5:11-17, after which the
20   Parties have chosen to regularly participate in telephonic meet and confers on Thursday.
21   WHEREAS, the Parties seek to change the frequency of this meet and confer process
22   from every week to a frequency of every two weeks, and thus propose that beginning the week of
23   December 19, 2016, and every two weeks thereafter, the Parties will continue to comply with the
24   process that is currently in place (*i.e.*, an exchange of letters on Monday and Wednesday, and a
25   telephonic meet and confer on Thursday), subject to change by mutual agreement of the parties.
26   THEREFORE, the Parties respectfully request that the Court order that the case schedule
27   be revised in accordance with the Proposed Revised Case Schedule outlined below:
28

| Event | Current Deadline | Parties' proposal |
|---|---|---|
| Last date to file interim status report | December 19, 2016 | November 28, 2017 |
| Close of fact discovery | April 13, 2017 | February 28, 2018 |
| Last date to file motions to compel related to fact discovery | May 15, 2017 | March 28, 2018 |
| Last date for affirmative expert disclosures | June 2, 2017 | April 18, 2018 |
| Last date to disclose rebuttal experts | July 21, 2017 | June 6, 2018 |
| Close of expert discovery | August 28, 2017 | July 18, 2018 |
| Last date to file dispositive motions | October 6, 2017 | August 15, 2018 |
| Last date to file joint pretrial order | November 13, 2017 | September 19, 2018 |

The Parties also respectfully request that the Court order that beginning the week of December 19, 2016, and every two weeks thereafter, the Parties will exchange issue letters by 3:00 p.m. PT on Monday and to exchange response letters by 3:00 p.m. PT on Wednesday, subject to change by mutual agreement of the parties.

DATED:  December 13, 2016

GIBSON, DUNN & CRUTCHER LLP                MORGAN, LEWIS & BOCKIUS LLP


By:      /s/ Eric D. Vandevelde                         By:         /s/ Thomas S. Hixson
         Eric D. Vandevelde                                         Thomas S. Hixson
Attorneys for Plaintiff and Counterdefendant    Attorneys for Counterclaimant Oracle
Rimini Street, Inc. and Counterdefendant Seth   America, Inc. and Defendant and
                 Ravin                          Counterclaimant Oracle International
                                                              Corporation

STIPULATION AND [PROPOSED] ORDER ENTERING A REVISED CASE SCHEDULE

1
2                                          **IT IS SO ORDERED:**
3
4                                          _____
                                           Hon. Carl W. Hoffman
5                                          United States Magistrate Judge
6
7                                          Dated: _____, 2016
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND [PROPOSED] ORDER ENTERING A REVISED CASE SCHEDULE

**ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained Mr. Vandevelde's concurrence to file this document on his behalf.

DATED: December 13, 2016     MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation