UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>   Plaintiff,<br><br>  v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Defendant. | Case No 2:14-cv-01699 LRH CWH<br><br>**STIPULATION AND ORDER GRANTING RIMINI'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND EXTENDING TIME FOR RESPONSIVE PLEADINGS**<br><br>**(FIRST REQUEST)** |
| ORACLE AMERICA, INC., a Delaware corporation, *et al.*,<br><br>   Counterclaimants,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>   Counterdefendants. | |

**STIPULATION**

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin (together, "Rimini") and Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corp. (together, "Oracle"; all parties collectively, "Parties") jointly submit this Stipulation and [Proposed] Order Granting Rimini's Motion for Leave to File a Second Amended Complaint and Extending Time for Responsive Pleadings (First Request).

WHEREAS, Rimini filed its Motion for Leave to File a Second Amended Complaint ("Motion") and Proposed Second Amended Complaint ("SAC") on December 5, 2016. ECF Nos. 346, 346-1.

WHEREAS, pursuant to D. Nev. LR 7-2(b), Oracle's Opposition to Rimini's Motion is due on December 19, 2016.

WHEREAS, should the Court grant Rimini's Motion, pursuant to Fed. R. Civ. P. 15(a)(3), Oracle's answer, amended counterclaims, and/or motion to dismiss Rimini's SAC would be due 14 days after Rimini files its SAC.

1  WHEREAS, while Oracle contends that Rimini's claims in its proposed SAC are
2  meritless and Oracle reserves all rights and defenses as to the SAC, Oracle agrees not to oppose
3  Rimini's Motion on the condition that Rimini stipulate to extend the deadline for Oracle's
4  responsive pleadings by fourteen (14) days.

5  WHEREAS, Rimini agrees to stipulate to extend the deadline for Oracle's responsive
6  pleadings by fourteen (14) days, which, should the Court grant Rimini's Motion, would make
7  Oracle's responsive pleadings due twenty-eight (28) days after Rimini files its SAC.

8  WHEREAS, while Rimini contends that Oracle's counterclaims are meritless and Rimini
9  reserves all rights and defenses as to the counterclaims, Rimini stipulates that Oracle may file
10 amended counterclaims on the condition that Oracle stipulate to extend the deadline for Rimini's
11 responsive pleadings by fourteen (14) days, and on the additional condition that Oracle agrees to
12 stipulate to extend the deadline for Rimini's opposition to any motion Oracle files in response to
13 Rimini's SAC by fourteen (14) days.

14 THEREFORE, the Parties stipulate and agree that Oracle does not oppose Rimini's
15 Motion and the Parties stipulate and request that the Court extend the deadline for Oracle's
16 answer, amended counterclaims, and/or motion to dismiss Rimini's SAC by fourteen (14) days.
17 The Parties also stipulate and request that the Court extend Rimini's deadline to file an
18 opposition to any motion Oracle files in response to Rimini's SAC by fourteen (14) days, and
19 extend Rimini's deadline to file a responsive pleading to Oracle's amended counterclaims by
20 fourteen (14) days.

21 DATED:  December 19, 2016

22 GIBSON, DUNN & CRUTCHER LLP            MORGAN, LEWIS & BOCKIUS LLP

By:_____*/s/ Joseph A. Gorman*_____      By:_____*/s/ Thomas S. Hixson*_____
            Joseph A. Gorman                              Thomas S. Hixson
Attorneys for Plaintiff and Counterdefendant   Attorneys for Counterclaimant Oracle
Rimini Street, Inc. and Counterdefendant Seth  America, Inc. and Defendant and
Ravin                                          Counterclaimant Oracle International
                                               Corporation

**ORDER**

Pending before this Court is the Parties' stipulation and agreement that Oracle does not oppose Rimini's Motion for Leave to File a Second Amended Complaint and the Parties' stipulation and request that the Court extend the deadline for Oracle's answer, amended counterclaims, and/or motion to dismiss Rimini's Second Amended Complaint by fourteen (14) days.

IT IS HEREBY ORDERED THAT:  Rimini's Motion for Leave to File a Second Amended Complaint (ECF. No. 346) is granted, and Oracle's answer, amended counterclaims, and/or motion to dismiss are due twenty-eight (28) days after Rimini files its Second Amended Complaint, subject to Fed. R. Civ. P. 6(a)(1)(C).  Rimini's deadline to file an opposition to any motion Oracle files in response to Rimini's SAC is extended by fourteen (14) days, and Rimini's deadline to file a responsive pleading to Oracle's amended counterclaims is extended by fourteen (14) days.

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 21st day of December, 2016