UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-cv-01699-LRH-CWH<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS SECOND AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiff Rimini Street, Inc.'s ("Rimini") Motion for Leave to File Under Seal Portions of Its Second Amended Complaint.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Rimini's Motion and good cause existing:

IT IS HEREBY ORDERED THAT:  Rimini's Motion for Leave to File Under Seal is GRANTED.  The Clerk of the Court shall file under seal portions of Rimini's Second Amended Complaint.

DATED: 1/13/17

By: _____
　　Magistrate Judge Carl W. Hoffman