GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas (*pro hac vice*)
Michele L. Maryott (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
jtthomas@gibsondunn.com
mmaryott@gibsondunn.com
jgorman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge (*pro hac vice*)
Eric D. Vandevelde (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

HOWARD & HOWARD ATTORNEYS
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

DEBEVOISE & PLIMPTON LLP
James J. Pastore (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
jjpastore@debevoise.com

DEBEVOISE & PLIMPTON LLP
Jeffrey P. Cunard (*pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 383-8000
jpcunard@debevoise.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 402-4068
jreilly@riministreet.com

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**PLAINTIFF AND COUNTERDEFENDANT RIMINI STREET, INC., AND COUNTERDEFENDANT SETH RAVIN'S NOTICE OF REMOVAL OF ATTORNEYS FROM CASE AND CM/ECF SYSTEM SERVICE LIST** |

1

Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin (collectively "Rimini") by and through their undersigned counsel of record, hereby file this Notice of Removal of Attorneys from Case and CM/ECF System Service List in the above-entitled action.

The following attorneys should be removed as counsel for from further service lists, court dockets from the above-entitled case:

B. Trent Webb     bwebb@shb.com, jglidewell@shb.com
Ryan D Dykal     rdykal@shb.com
Thomas J. Dammrich     tdammrich@shb.com, docket@shb.com
John D. Garretson     jgarretson@shb.com
John S. Kiernan     jskiernan@debevoise.com, mao-ecf@debevoise.com
Lynn C Herndon     lherndon@shb.com
Daniel Staren     dstaren@shb.com

The undersigned hereby consent and approve to the above.

SHOOK, HARDY & BACON LLP

By: _/s/_____B. Trent Webb_
    B. Trent Webb

By: _/s/_____Ryan D. Dykal_
    Ryan D. Dykal

By: _/s/ Thomas H. Dammrich_
    Thomas J. Dammrich

By: _/s/_____John D. Garretson_
    John D. Garretson

By: _/s/_____Lynn C. Herndon_
    Lynn C. Herndon

By: _/s/_____Daniel Staren_
    Daniel Staren

DEBEVOISE & PLIMPTON LLP

By: _/s/_____John S. Kiernan_
    John S. Kiernan

Respectfully submitted this 20TH day of June, 2017.

HOWARD & HOWARD ATTORNEYS

By: _/s/ W. West Allen_
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

IT IS SO ORDERED.

DATED: June 22, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

/s/ *Judy Estrada*
An Employee of Howard & Howard PLLC