| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 2 | Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | 3161 Michelson Drive<br>Irvine, CA  92612-4412 |
| 4 | rpocker@bsfllp.com | Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*) | mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com |
| 6 | Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor | GIBSON, DUNN & CRUTCHER LLP |
| 7 | Washington, DC 20005<br>Telephone: (202) 237-2727 | Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*) |
| 8 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | 333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 9 | kdunn@bsfllp.com | Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com |
| 10 | BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*) | evandevelde@gibsondunn.com |
| 11 | Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566) |
| 12 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | 3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169 |
| 13 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | Telephone: (702) 667-4843<br>wwa@h2law.com |
| 14 | brichardson@bsfllp.com | |
| 15 | MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson (*pro hac vice*) | DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*) |
| 16 | John A. Polito (*pro hac vice*)<br>Nitin Jindal (*pro hac vice*) | 919 Third Avenue<br>New York, NY 10022 |
| 17 | One Market, Spear Street Tower<br>San Francisco, CA  94105 | Telephone: (212) 909-6000<br>jjpastore@debevoise.com |
| 18 | Telephone:  415.442.1000<br>Facsimile:  415.442.1001 | DEBEVOISE & PLIMPTON LLP |
| 19 | thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com | Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W. |
| 20 | nitin.jindal@morganlewis.com | Washington, DC 20004<br>Telephone: (202) 383-8000 |
| 21 | ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*) | jpcunard@debevoise.com |
| 22 | Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*) | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*) |
| 23 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 | John P. Reilly (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300 |
| 24 | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 | Pleasanton, CA  94566<br>Telephone: (925) 264-7736 |
| 25 | dorian.daley@oracle.com<br>deborah.miller@oracle.com | dwinslow@riministreet.com<br>jreilly@riministreet.com |
| 26 | jim.maroulis@oracle.com | |
| 27 | *Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* | *Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin* |
| 28 | | |

JOINT STIPULATION OF CORRECTED DOCUMENT AND [PROPOSED] ORDER TO CORRECT THE RECORD, *NUNC PRO TUNC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation<br><br>Defendants.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Counterdefendants. | Case No  2:14-cv-01699 LRH CWH<br><br>**JOINT STIPULATION OF CORRECTED DOCUMENT AND [PROPOSED] ORDER TO CORRECT THE RECORD,** *NUNC PRO TUNC* |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin (collectively, "Rimini") and Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle"; all parties collectively, "Parties," and any party, "Party") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on January 17, 2017 Oracle filed its Third Amended Counterclaims as ECF Nos. 397 (redacted) and 399 (under seal).

WHEREAS, due to a scrivener's error, some of the copyright registration numbers listed on pages 36 and 37 of Oracle's Third Amended Counterclaims are incorrect.

WHEREAS, on May 2, 2017, Rimini filed its Third Amended Complaint as ECF Nos. 487 (redacted) and 489 (under seal).

WHEREAS, the same erroneous copyright registration numbers are listed in Rimini's Third Amended Complaint at pages 39 and 40.

WHEREAS, the documents attached hereto correct these typographical errors by making the following changes:

1

1. The registration number for Oracle E-Business Suite 11.5.1 is TX 8-060-246.
2. The registration number for Oracle E-Business Suite 11.5.10 is TX 8-060-225.
3. The registration number for Oracle E-Business Suite 12.0.0 is TX 8-060-232.
4. The registration for Oracle E-Business Suite 12.1.1 is TX 8-060-249.
5. The registration for Oracle E-Business Suite 12.2.2 is TX 8-060-253.
6. The registration for Oracle E-Business Suite Financial 11.5.1 is TX 8-060-264.
7. The registration number for Oracle E-Business Suite Financial 11.5.10 is TX 8-060-259.
8. The registration number for Oracle E-Business Suite Financial 12.0.0 is TX 8-060-258.
9. The registration for Oracle E-Business Suite Financial 12.1.1 is TX 8-060-255.
10. The registration number for Oracle E-Business Suite Financial 12.2.2 is TX 8-060-269.
11. The registration number for Oracle E-Business Suite Human Capital Management 11.5.1 is TX 8-108-902.
12. The registration number for Oracle E-Business Suite Human Capital Management 11.5.10 is TX 8-108-914.
13. The registration number for Oracle E-Business Suite Human Capital Management 12.0.0 is TX 8-108-944.
14. The registration number for Oracle E-Business Suite Human Capital Management 12.1.1 is TX 8-108-891.
15. The registration number for Oracle E-Business Suite Human Capital Management 12.2.2 is TX 8-108-877.

WHEREAS, the Parties agree that the corrected version of Oracle's redacted Third Amended Counterclaims, attached hereto as Exhibit A, should replace, *nunc pro tunc*, the redacted version originally filed on January 17, 2017 as ECF No. 397, and that the corrected version of Oracle's sealed Third Amended Counterclaims, attached hereto and filed under seal as

Exhibit B, should replace, *nunc pro tunc*, the version originally filed under seal on January 17, 2017 as ECF No. 399.

WHEREAS, the Parties agree that the corrected version of Rimini's redacted Third Amended Complaint, attached hereto as Exhibit C, should replace, *nunc pro tunc*, the redacted version originally filed on May 2, 2017 as ECF No. 487, and that the corrected version of Rimini's sealed Third Amended Complaint, attached hereto and filed under seal as Exhibit D, should replace, *nunc pro tunc*, the version originally filed under seal on May 2, 2017 as ECF No. 489.

WHEREAS, the Parties elect to treat all applicable denials, responses, and affirmative defenses raised in Rimini's Motion to Dismiss Oracle's Third Amended Counterclaims, filed on February 14, 2017 as ECF No. 409, and in Rimini's Answer to Oracle's Third Amended Counterclaims, filed on February 14, 2017 as ECF No. 410, as responsive to the Corrected Third Amended Counterclaims.

WHEREAS, the Parties elect to treat Oracle's Motion to Dismiss Rimini's Third Amended Complaint, filed on May 30, 2017 as ECF No. 505, as responsive to the Corrected Third Amended Complaint.

THEREFORE, the Parties stipulate and request that the Court instruct the Clerk to replace Oracle's redacted Third Amended Counterclaims as filed on January 17, 2017 as ECF No. 397 with the corrected redacted Third Amended Counterclaims attached hereto as Exhibit A, *nunc pro tunc*; to replace Oracle's Third Amended Counterclaims as filed under seal on January 17, 2017 as ECF No. 399 with the corrected sealed Third Amended Counterclaims attached hereto and filed under seal as Exhibit B, *nunc pro tunc*; to replace Rimini's redacted Third Amended Complaint as filed on May 2, 2017 as ECF No. 487 with the corrected redacted Third Amended Complaint attached hereto as Exhibit C, *nunc pro tunc*; and to replace Rimini's sealed Third Amended Complaint as filed on May 2, 2017 as ECF No. 489 with the corrected sealed Third Amended Complaint attached hereto as Exhibit D, *nunc pro tunc*.

1  DATED: September 20, 2017

2  GIBSON, DUNN & CRUTCHER LLP                MORGAN, LEWIS & BOCKIUS LLP

3

4

5  By:_____              By:_____
       Jeffrey T. Thomas                          Thomas S. Hixson
6  Attorneys for Plaintiff and Counterdefendant   Attorney for Defendants and
   Rimini Street, Inc. and Counterdefendant Seth  Counterclaimants Oracle America, Inc.
7  Ravin                                          and Oracle International Corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation; Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation<br><br>Defendants.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>Counterdefendants. | Case No 2:14-cv-01699 LRH CWH<br><br>**[PROPOSED] ORDER CORRECTING THE RECORD,** *NUNC PRO TUNC* |

**[PROPOSED] ORDER**

**IT IS ORDERED** that Oracle's Corrected Redacted Third Amended Counterclaims, attached as Exhibit A to the Parties' Joint Stipulation of Corrected Document, **shall replace** *nunc pro tunc* the redacted document titled Oracle's Third Amended Counterclaims filed on January 17, 2017, ECF No. 397.

**IT IS FURTHER ORDERED** that Oracle's Corrected Third Amended Counterclaims, attached and filed under seal as Exhibit B to the Parties' Joint Stipulation of Corrected Document, **shall replace** *nunc pro tunc* the document titled Oracle's Third Amended Counterclaims filed under seal on January 17, 2017, ECF No. 399.

**IT IS FURTHER ORDERED** that Rimini's Corrected Redacted Third Amended Complaint, attached as Exhibit C to the Parties' Joint Stipulation of Corrected Document, **shall replace** *nunc pro tunc* the redacted document titled Rimini's Third Amended Complaint filed on May 2, 2017 as ECF No. 487.

**IT IS FURTHER ORDERED** that Rimini's Corrected Third Amended Complaint, attached and filed under seal as Exhibit D to the Parties' Joint Stipulation of Corrected

Document, **shall replace** *nunc pro tunc* the document titled Rimini's Third Amended Complaint filed under seal on May 2, 2017 as ECF No. 489.

**IT IS SO ORDERED:**

_____
Hon. Larry J. Hicks
United States District Judge

Dated: _____, 2017

---

ATTESTATION OF FILER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF FILER**

The signatories to this document are Jeffrey T. Thomas and me, and I have obtained his concurrence to file this document on his behalf.

DATED:  September 20, 2017          MORGAN, LEWIS & BOCKIUS LLP


By: _____
Thomas S. Hixson
Attorney for Defendants and
Counterclaimants Oracle America, Inc.
and Oracle International Corporation

## CERTIFICATE OF SERVICE

I certify that on September 20, 2017, I electronically transmitted the foregoing:

**JOINT STIPULATION OF CORRECTED DOCUMENT AND [PROPOSED]** *NUNC PRO TUNC* **ORDER TO CORRECT THE RECORD**

**[PROPOSED] ORDER CORRECTING THE RECORD,** *NUNC PRO TUNC*

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

DATED:  September 20, 2017        MORGAN, LEWIS & BOCKIUS LLP

By:_____
Thomas S. Hixson
Attorney for Defendants and
Counterclaimants Oracle America, Inc.
and Oracle International Corporation