# EXHIBIT D
# Corrected Rimini Third Amended Complaint
# FILED UNDER SEAL