**BOIES SCHILLER FLEXNER LLP**
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
William Isaacson (*pro hac vice*)
Karen Dunn (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
Steven C. Holtzman (*pro hac vice*)
Beko O. Reblitz-Richardson (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

**MORGAN, LEWIS & BOCKIUS LLP**
Thomas S. Hixson (*pro hac vice*)
John A. Polito (*pro hac vice*)
Nitin Jindal (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

**ORACLE CORPORATION**
Dorian Daley (*pro hac vice*)
Deborah K. Miller (*pro hac vice*)
James C. Maroulis (*pro hac vice*)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Defendants and
Counterclaimants Oracle America, Inc. and
Oracle International Corp.*

**GIBSON, DUNN & CRUTCHER LLP**
Jeffrey T. Thomas (*pro hac vice*)
Michele L. Maryott (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: (949) 451-3800
jtthomas@gibsondunn.com
mmaryott@gibsondunn.com
jgorman@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
Samuel G. Liversidge (*pro hac vice*)
Eric D. Vandevelde (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

**HOWARD & HOWARD ATTORNEYS**
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone: (702) 667-4843
wwa@h2law.com

**DEBEVOISE & PLIMPTON LLP**
James J. Pastore (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone:  (212) 909-6000
jjpastore@debevoise.com

**DEBEVOISE & PLIMPTON LLP**
Jeffrey P. Cunard (*pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone:  (202) 383-8000
jpcunard@debevoise.com

**RIMINI STREET, INC.**
Daniel B. Winslow (*pro hac vice*)
John P. Reilly (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA  94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com
jreilly@riministreet.com

*Attorneys for Plaintiff and Counterdefendant
Rimini Street, Inc., and Counterdefendant
Seth Ravin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br>        Plaintiff,<br><br>    v.<br>ORACLE INTERNATIONAL CORPORATION,<br>a California corporation, and ORACLE<br>AMERICA, INC., a Delaware<br>corporation<br><br>        Defendants.<br><br>ORACLE AMERICA, INC., a Delaware<br>corporation; and ORACLE<br>INTERNATIONAL CORPORATION, a<br>California corporation,<br><br>        Counterclaimants,<br><br>    v.<br>RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual,<br><br>        Counterdefendants. | Case No  2:14-cv-01699 LRH CWH<br><br>**JOINT STIPULATION OF<br>CORRECTED DOCUMENT AND<br>[PROPOSED] ORDER TO CORRECT<br>THE RECORD, *NUNC PRO TUNC*** |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin (collectively, "Rimini") and Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle"; all parties collectively, "Parties," and any party, "Party") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on January 17, 2017 Oracle filed its Third Amended Counterclaims as ECF Nos. 397 (redacted) and 399 (under seal).

WHEREAS, due to a scrivener's error, some of the copyright registration numbers listed on pages 36 and 37 of Oracle's Third Amended Counterclaims are incorrect.

WHEREAS, on May 2, 2017, Rimini filed its Third Amended Complaint as ECF Nos. 487 (redacted) and 489 (under seal).

WHEREAS, the same erroneous copyright registration numbers are listed in Rimini's Third Amended Complaint at pages 39 and 40.

WHEREAS, the documents attached hereto correct these typographical errors by making the following changes:

1. The registration number for Oracle E-Business Suite 11.5.1 is TX 8-060-246.

2. The registration number for Oracle E-Business Suite 11.5.10 is TX 8-060-225.

3. The registration number for Oracle E-Business Suite 12.0.0 is TX 8-060-232.

4. The registration for Oracle E-Business Suite 12.1.1 is TX 8-060-249.

5. The registration for Oracle E-Business Suite 12.2.2 is TX 8-060-253.

6. The registration for Oracle E-Business Suite Financial 11.5.1 is TX 8-060-264.

7. The registration number for Oracle E-Business Suite Financial 11.5.10 is TX 8-060-259.

8. The registration number for Oracle E-Business Suite Financial 12.0.0 is TX 8-060-258.

9. The registration for Oracle E-Business Suite Financial 12.1.1 is TX 8-060-255.

10. The registration number for Oracle E-Business Suite Financial 12.2.2 is TX 8-060-269.

11. The registration number for Oracle E-Business Suite Human Capital Management 11.5.1 is TX 8-108-902.

12. The registration number for Oracle E-Business Suite Human Capital Management 11.5.10 is TX 8-108-914.

13. The registration number for Oracle E-Business Suite Human Capital Management 12.0.0 is TX 8-108-944.

14. The registration number for Oracle E-Business Suite Human Capital Management 12.1.1 is TX 8-108-891.

15. The registration number for Oracle E-Business Suite Human Capital Management 12.2.2 is TX 8-108-877.

WHEREAS, the Parties agree that the corrected version of Oracle's redacted Third Amended Counterclaims, attached hereto as Exhibit A, should replace, *nunc pro tunc*, the redacted version originally filed on January 17, 2017 as ECF No. 397, and that the corrected version of Oracle's sealed Third Amended Counterclaims, attached hereto and filed under seal as

2

Exhibit B, should replace, *nunc pro tunc*, the version originally filed under seal on January 17, 2017 as ECF No. 399.

WHEREAS, the Parties agree that the corrected version of Rimini's redacted Third Amended Complaint, attached hereto as Exhibit C, should replace, *nunc pro tunc*, the redacted version originally filed on May 2, 2017 as ECF No. 487, and that the corrected version of Rimini's sealed Third Amended Complaint, attached hereto and filed under seal as Exhibit D, should replace, *nunc pro tunc*, the version originally filed under seal on May 2, 2017 as ECF No. 489.

WHEREAS, the Parties elect to treat all applicable denials, responses, and affirmative defenses raised in Rimini's Motion to Dismiss Oracle's Third Amended Counterclaims, filed on February 14, 2017 as ECF No. 409, and in Rimini's Answer to Oracle's Third Amended Counterclaims, filed on February 14, 2017 as ECF No. 410, as responsive to the Corrected Third Amended Counterclaims.

WHEREAS, the Parties elect to treat Oracle's Motion to Dismiss Rimini's Third Amended Complaint, filed on May 30, 2017 as ECF No. 505, as responsive to the Corrected Third Amended Complaint.

THEREFORE, the Parties stipulate and request that the Court instruct the Clerk to replace Oracle's redacted Third Amended Counterclaims as filed on January 17, 2017 as ECF No. 397 with the corrected redacted Third Amended Counterclaims attached hereto as Exhibit A, *nunc pro tunc*; to replace Oracle's Third Amended Counterclaims as filed under seal on January 17, 2017 as ECF No. 399 with the corrected sealed Third Amended Counterclaims attached hereto and filed under seal as Exhibit B, *nunc pro tunc*; to replace Rimini's redacted Third Amended Complaint as filed on May 2, 2017 as ECF No. 487 with the corrected redacted Third Amended Complaint attached hereto as Exhibit C, *nunc pro tunc*; and to replace Rimini's sealed Third Amended Complaint as filed on May 2, 2017 as ECF No. 489 with the corrected sealed Third Amended Complaint attached hereto as Exhibit D, *nunc pro tunc*.

1

DATED:  September 20, 2017

2

GIBSON, DUNN & CRUTCHER LLP          MORGAN, LEWIS & BOCKIUS LLP

3

4

5

By:_____          By:_____
            Jeffrey T. Thomas                          Thomas S. Hixson

6

Attorneys for Plaintiff and Counterdefendant          Attorney for Defendants and
Rimini Street, Inc. and Counterdefendant Seth          Counterclaimants Oracle America, Inc.
Ravin                                                                          and Oracle International Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF CORRECTED DOCUMENT AND [PROPOSED] ORDER TO CORRECT
THE RECORD, *NUNC PRO TUNC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br>    Plaintiff,<br><br>    v.<br>ORACLE INTERNATIONAL CORPORATION,<br>a California corporation, and ORACLE<br>AMERICA, INC., a Delaware<br>corporation<br><br>    Defendants. | Case No  2:14-cv-01699 LRH CWH<br><br>**[PROPOSED] ORDER CORRECTING THE RECORD,** *NUNC PRO TUNC* |
| ORACLE AMERICA, INC., a Delaware<br>corporation; and ORACLE<br>INTERNATIONAL CORPORATION, a<br>California corporation,<br><br>    Counterclaimants,<br><br>    v.<br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br><br>    Counterdefendants. | |

### [PROPOSED] ORDER

**IT IS ORDERED** that Oracle's Corrected Redacted Third Amended Counterclaims, attached as Exhibit A to the Parties' Joint Stipulation of Corrected Document, **shall replace** ***nunc pro tunc*** the redacted document titled Oracle's Third Amended Counterclaims filed on January 17, 2017, ECF No. 397.

**IT IS FURTHER ORDERED** that Oracle's Corrected Third Amended Counterclaims, attached and filed under seal as Exhibit B to the Parties' Joint Stipulation of Corrected Document, **shall replace** ***nunc pro tunc*** the document titled Oracle's Third Amended Counterclaims filed under seal on January 17, 2017, ECF No. 399.

**IT IS FURTHER ORDERED** that Rimini's Corrected Redacted Third Amended Complaint, attached as Exhibit C to the Parties' Joint Stipulation of Corrected Document, **shall replace** ***nunc pro tunc*** the redacted document titled Rimini's Third Amended Complaint filed on May 2, 2017 as ECF No. 487.

**IT IS FURTHER ORDERED** that Rimini's Corrected Third Amended Complaint, attached and filed under seal as Exhibit D to the Parties' Joint Stipulation of Corrected

1  Document, **shall replace *nunc pro tunc*** the document titled Rimini's Third Amended Complaint

2  filed under seal on May 2, 2017 as ECF No. 489.

3

4

5                    IT IS SO ORDERED.

6                    DATED:  9/22/17

7

8                    _____

9                    C.W. HOFFMAN, JR.
                     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION OF FILER

2

The signatories to this document are Jeffrey T. Thomas and me, and I have obtained his

3

concurrence to file this document on his behalf.

4

5

DATED:  September 20, 2017                    MORGAN, LEWIS & BOCKIUS LLP

6

7

8                                                    By:_____

9                                                            Thomas S. Hixson
                                                     Attorney for Defendants and
10                                                   Counterclaimants Oracle America, Inc.
                                                     and Oracle International Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on September 20, 2017, I electronically transmitted the foregoing:

**JOINT STIPULATION OF CORRECTED DOCUMENT AND [PROPOSED]** *NUNC PRO TUNC* **ORDER TO CORRECT THE RECORD**

**[PROPOSED] ORDER CORRECTING THE RECORD,** *NUNC PRO TUNC*

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

DATED:  September 20, 2017            MORGAN, LEWIS & BOCKIUS LLP


By:_____
            Thomas S. Hixson
Attorney for Defendants and
Counterclaimants Oracle America, Inc.
and Oracle International Corporation