# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RIMINI STREET, INC., | ) | Case No. 2:14-cv-01699-LRH-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| ORACLE INTERNATIONAL CORPORATION, | ) | **ORDER** |
| Defendant. | ) | |

Presently before the Court are the parties' motions to seal (ECF Nos. 558, 563, 579, and 583) filed between August 15 and September 20, 2017. The motions are all unopposed. Upon review, the Court finds good cause to seal these records.

IT IS THEREFORE ORDERED that the parties' motions to seal (ECF Nos. 558, 563, 579, and 583) are GRANTED.

DATED: October 6, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1