## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**[PROPOSED] PROTECTIVE ORDER** |

On August 11, 2017, the Court GRANTED Plaintiff and Counterdefendant Rimini Street Inc.'s ("Rimini's") Motion for Protective Order regarding Interrogatory Nos. 3 and 10, 5 and 11, and 13 and 14, served by Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation (collectively, "Oracle"). *See* ECF Nos. 499, 502 (Rimini's Motion for Protective Order); ECF No. 555 (Minutes of Proceedings); ECF No. 566 (Aug. 11, 2017 Hrg. Tr.) at 5:4–9:13, 24:25–25:8, 42:19–43:1.

IT IS HEREBY ORDERED that, for purposes of responding to Oracle's Interrogatory Nos. 3 and 10, 5 and 11, and 13 and 14, Rimini does not have control over (nor possession or custody of) its clients' software environments and archives located on its clients' computer

1  systems, because Rimini does not have "'the legal right to obtain [such information] upon
2  demand.'" *In re Citric Acid Litig.*, 191 F.3d 1090, 1107 (9th Cir. 1999) (quoting *United States*
3  *v. Int'l Union of Petroleum & Indus. Workers*, 870 F.2d 1450, 1452 (9th Cir. 1989)); s*ee*
4  Aug. 11, 2017 Hrg. Tr. at 6:1–22; 39:12–40:1.

  The Parties shall continue to comply with their obligations under the KDP Order (ECF No. 390).

  IT IS SO ORDERED.

  Dated:  10-12-17

  _____
  Magistrate Judge Cam W. Hoffman

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: August 25, 2017

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jeffrey T. Thomas
       Jeffrey T. Thomas

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*