|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |

| | | |
|---|---|---|
| RIMINI STREET, INC., | ) | Case No. 2:14-cv-01699-LRH-CWH |
|     Plaintiff, | ) | |
| v. | ) | |
| ORACLE INTERNATIONAL CORP., | ) | **ORDER** |
|     Defendant. | ) | |

Presently before the Court is the parties' memorandum (ECF No. 631), filed on October 31, 2017. Also before the Court is the parties' joint brief (ECF No. 642), filed on November 22, 2017. Also before the Court is the parties' joint brief (ECF No. 664), filed on December 15, 2017.

On December 16, 2016, the Court ordered (ECF No. 372) that before filing any further discovery motions in this case, that the parties must submit a brief memo outlining the nature of the disputes and whether the parties believe those disputes can be resolved via a telephonic status conference rather than formal briefing.

In their joint memorandum (ECF No. 631), the parties request a telephonic status conference regarding disputed RFP's. The memo indicates that the parties have not met and conferred on each disputed aspect of the RFP's. The Court will therefore require the parties to make further attempts to meet and confer before taking any action on this memorandum.

In their joint brief dated November 22, 2017 (ECF No. 642), the parties request a telephonic status conference regarding Rimini's intent to move to compel Oracle's response to Interrogatories 5, 7-11, and 22. The Court has reviewed the brief and does not believe a status conference is necessary at this time. Rimini may proceed with its motion to compel.

In their joint brief dated December 15, 2017 (ECF No. 664), the parties request a telephonic status conference regarding Oracle's intention to file a motion to compel supplemental responses to their Interrogatory Nos. 3 and 10. The Court has reviewed the brief and does not believe a status conference is necessary at this time. Oracle may proceed with its motion to compel.

1 | IT IS SO ORDERED.
2 | DATED: January 19, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge