| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:   702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone:    510.874.1000<br>Facsimile:    510.874.1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>FRANK KENNAMER (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>frank.kennamer@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and*<br>*Counterclaimants Oracle America, Inc. and*<br>*Oracle International Corporation* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Defendants.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Counterclaimants,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>   Counterdefendants. | Case No.  2:14-cv-01699-LRH CWH<br><br>**DEFENDANTS AND COUNTERCLAIMANTS ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for defendants and counterclaimants Oracle America, Inc. and Oracle International Corp. ("Oracle"), Nitin Jindal has left Morgan, Lewis & Bockius LLP, and Oracle hereby withdraws Mr. Jindal as its counsel of record. Mr. Jindal should be removed from all further notices.

In addition, counsel of record for defendants and counterclaimants Oracle America, Inc. and Oracle International Corp. ("Oracle"), Nargues Motamed Eder has left Morgan, Lewis & Bockius LLP, and Oracle hereby withdraws Mr. Eder as its counsel of record. Ms. Eder should be removed from all further notices.

The law firm of Morgan, Lewis & Bockius LLP continues to represent Oracle in this matter.

DATED: February 15, 2018                MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Thomas S. Hixson
     Thomas S. Hixson

Attorneys for Defendants and Counterclaimants
Oracle America, Inc. Oracle International Corporation

IT IS SO ORDERED.

DATED: February 16, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2018, I electronically transmitted the foregoing **DEFENDANTS AND COUNTERCLAIMANTS ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED: February 15, 2018

By: */s/ Thomas S. Hixson*
Thomas S. Hixson

Attorneys for Defendants and Counterclaimants
Oracle America, Inc. Oracle International Corporation