| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com | DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br><br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 402-4068<br>jreilly@riministreet.com |

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>           Plaintiff,<br><br>  v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**RIMINI STREET, INC. AND SETH RAVIN'S NOTICE OF WITHDRAWAL OF RYAN N. DUBOSE AS COUNSEL OF RECORD** |

Gibson, Dunn & Crutcher LLP

RIMINI STREET, INC. AND SETH RAVIN'S NOTICE OF WITHDRAWAL
OF RYAN N. DUBOSE AS COUNSEL OF RECORD
CASE NO. 2:14-CV-01699-LRH-CWH

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin (collectively, "Rimini"), Ryan N. DuBose, has left the law firm of Gibson, Dunn & Crutcher LLP, and Rimini hereby withdraws Mr. DuBose as its counsel of record. Mr. DuBose should be removed from all further notices. The law firm of Gibson Dunn & Crutcher LLP continues to represent Rimini in this matter.

Dated: March 9, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey T. Thomas*
Jeffrey T. Thomas

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

IT IS SO ORDERED.

DATED: March 12, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: March 9, 2018

            GIBSON, DUNN & CRUTCHER LLP

            By: */s/ Jeffrey T. Thomas*
               Jeffrey T. Thomas

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

102461707.1

3
RIMINI STREET, INC. AND SETH RAVIN'S NOTICE OF WITHDRAWAL
OF RYAN N. DUBOSE AS COUNSEL OF RECORD
CASE NO. 2:14-CV-01699-LRH-CWH

Gibson, Dunn & Crutcher LLP