**LEWIS BRISBOIS BISGAARD & SMITH** LLP
DAVID B. AVAKIAN
Nevada Bar No. 009502
    E-Mail: David.Avakian@lewisbrisbois.com
BRANDON D. WRIGHT
Nevada Bar No. 13286
    E-Mail: Brandon.Wright@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Non-Party
Nancy Lyskawa

**SCHEPER KIM & HARRIS LLP**
David C. Scheper
California Bar No. 120174
    E-Mail:  dscheper@scheperkin.com
601 W. Fifth St., 12th Floor
Los Angeles, CA 90071
Telephone:  213-613-4655
Facsimile:  213-613-4656
Attorney for Non-Party Nancy Lyskawa
Admission Pro Hac Vice Pending

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>            Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No.: 2:14-cv-01699-LRH-CWH<br><br>NON-PARTY NANCY LYSKAWA'S JOINDER TO RIMINI STREET, INC.'S JOINT EMERGENCY MOTION PURSUANT TO L.R. 7-4, 26-4, AND 26-7 FOR PROTECTIVE ORDER CONTINUING DEPOSITION OF NANCY LYSKAWA |

    COMES NOW, Non-Party Nancy Lyskawa, by and through her counsel of record, David B. Avakian, Esq. and Brandon D. Wright of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and David C. Scheper of SCHEPER KIM & HARRIS LLP (Pro Hac Vice pending) and hereby files **NON-PARTY NANCY LYSKAWA'S JOINDER TO RIMINI**

4842-6243-9263.1

STREET, INC.'S JOINT EMERGENCY MOTION PURSUANT TO L.R. 7-4, 26-4, AND 26-7 FOR PROTECTIVE ORDER CONTINUING DEPOSITION OF NANCY LYSKAWA and adopts the arguments and grounds as stated in the Points and Authorities filed in support of said Motion.

This Joinder is made and based upon the pleadings and papers on file in this matter and any oral argument that this Honorable Court may entertain from counsel at the hearing on this Motion.

DATED this 15th day of March, 2018

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By      /s/ David B. Avakian
DAVID B. AVAKIAN
Nevada Bar No. 009502
BRANDON D. WRIGHT
Nevada Bar No. 13286
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Non-Party Nancy Lyskawa

SCHEPER KIM & HARRIS LLP
David C. Scheper
California Bar No. 120174
601 W. Fifth St., 12th Floor
Los Angeles, CA 90071
Attorney for Non-Party Nancy Lyskawa
Admission Pro Hac Vice Pending

## CERTIFICATE OF SERVICE

Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED this 15th day of March, 2018

/s/ Susan Kingsbury<br>
An employee or agent of<br>
LEWIS BRISBOIS BISGAARD & SMITH LLP