| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com | DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br><br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 402-4068<br>jreilly@riministreet.com |

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL THE DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF JOINT EMERGENCY MOTION FOR PROTECTIVE ORDER** |

Pending before this Court is Plaintiff and Counterdefendant Rimini Street, Inc.'s ("Rimini") Motion for Leave to File Under Seal the Declaration of Eric D. Vandevelde in Support of Joint Emergency Motion for Protective Order. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion, and good cause existing:

IT IS HEREBY ORDERED THAT:

Rimini's Motion for Leave to File Under Seal is GRANTED. The Clerk of the Court shall file under seal the Declaration of Eric D. Vandevelde in Support of Joint Emergency Motion for Protective Order.

IT IS SO ORDERED.

Dated: April 9, 2018

_____
Carl W. Hoffman
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: March 14, 2018

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By: */s/ Jeffrey T. Thomas*
                                                        Jeffrey T. Thomas

                                      *Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*