BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:     702.382.7300
Facsimile:      702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
(*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:     510.874.1000
Facsimile:      510.874.1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
FRANK KENNAMER (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Defendants and Counterclaimants*
*Oracle America, Inc. and Oracle International Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br><br>       Plaintiff,<br><br>   v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>       Defendants. | Case No. 2:14-cv-01699 LRH CWH |
| ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>       Counterclaimants,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>       Counterdefendants. | **[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO JOINT EMERGENCY MOTION FOR PROTECTIVE ORDER CONTINUING DEPOSITION OF NANCY LYSKAWA** |

Pending before this Court is Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation's (collectively "Oracle") Motion for Leave to File Under Seal Portions of Oracle's Opposition to the Joint Emergency Motion for a Protective Order Continuing the Deposition Of Nancy Lyskawa. ECF No. 712. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion for Leave to File Under Seal and for good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion for Leave to File Under Seal is GRANTED. The Clerk of the Court shall file under seal portions of Oracle's Opposition to the Joint Emergency Motion for a Protective Order Continuing the Deposition Of Nancy Lyskawa.

Dated: April 9 , 2018                              By:_____
                                                              Hon. Carl W. Hoffman
                                                              United States Magistrate Judge