1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  RIMINI STREET, INC., a Nevada                CASE NO. 2:14-CV-01699-LRH-CWH
    corporation,
11                                               **[PROPOSED] ORDER GRANTING**
                    Plaintiff,                   **LEAVE TO FILE UNDER SEAL**
12                                               **PORTIONS OF RIMINI STREET, INC.**
        v.                                       **AND SETH RAVIN'S MOTION TO**
13                                               **COMPEL FURTHER DEPOSITION**
    ORACLE INTERNATIONAL                         **REGARDING TOPIC 2 OF RIMINI'S**
14  CORPORATION, a California corporation,       **AMENDED THIRD NOTICE OF**
    and ORACLE AMERICA, INC., a Delaware         **DEPOSITION**
15  corporation,

16                  Defendants.

17  ─────────────────────────────────

18  AND RELATED COUNTERCLAIMS.

19
20
21                        **[PROPOSED] ORDER**

22          Pending before this Court is Plaintiff and Counterdefendant Rimini Street, Inc.'s and

23  Counterdefendant Seth Ravin's (collectively, "Rimini") Motion for Leave to File Under Seal

24  Portions of Rimini's Motion to Compel Further Deposition Regarding Topic 2 of Rimini's

25  Amended Third Notice of Deposition ("Motion to Compel").  Federal Rule of Civil

26  Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents

27  for, *inter alia*, the protection of "a trade secret or other confidential research, development, or

28

commercial information." Fed. R. Civ. P. 26(c). Having considered the motion and good cause existing:

IT IS HEREBY ORDERED THAT: Rimini's Motion is GRANTED. The Clerk of the Court shall file under seal portions of Rimini's Motion to Compel and Exhibits B and D– U to the Declaration of Joseph A. Gorman in Support of the Motion to Compel.

Dated: April 9, 2018

_____
Magistrate Judge Carl W. Hoffman
United States Magistrate Judge