BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:     702.382.7300
Facsimile:     702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
(*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:     510.874.1000
Facsimile:     510.874.1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
FRANK KENNAMER (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:     415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Counterclaimant Oracle America, Inc. and
Defendant and Counterclaimant Oracle International Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation; <br><br> Plaintiff, <br><br> v. <br><br> ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation, <br><br> Defendants. | Case No. 2:14-cv-01699 LRH CWH |
| ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Counterclaimants, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Counterdefendants. | **DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF OPPOSITION TO RIMINI STREET INC. AND SETH RAVIN'S MOTION TO COMPEL REGARDING INTERROGATORY NO. 35** |

I, Beko Reblitz-Richardson, declare as follows:

1.     I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*.  I am a partner with Boies Schiller Flexner LLP, counsel to Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation (collectively "Oracle") in this action.  I make this declaration in support of Oracle's Opposition to Rimini Street Inc. and Seth Ravin's Motion to Compel Regarding Interrogatory No. 35 (the "Motion").  I have firsthand knowledge of the contents of this declaration and I could testify thereto.

2.     During a meet and confer call on March 22, 2018, I understand that counsel for Rimini stated that Rimini was unsatisfied with Oracle's February 28, 2018 Amended Response to Interrogatory No. 35.  I further understand that Oracle's counsel offered to further examine Rimini's concerns but that Rimini considered the parties to be at an impasse if Oracle did not immediately supplement its response.

3.     Attached as Exhibit A is a true and correct excerpted copy of the transcript of the February 15, 2018 deposition of Seth Ravin. [Filed Under Seal]

4.     Attached as Exhibit B is a true and correct excerpted copy of the transcript of the May 17, 2016 deposition of Steven Salaets pursuant to Federal Rule of Civil Procedure 30(b)(6). [Filed Under Seal]

5.     Attached as Exhibit C is a true and correct excerpted copy of the trial transcript from *Rimini I* for September 23, 2015.

6.     Attached as Exhibit D is a true and correct copy of a document titled "Seth A. Ravin Employment Agreement", hosted on the website of the U.S. Securities and Exchange Commission at the URL https://www.sec.gov/Archives/edgar/data/1415610/ 000095012313008372/filename6.htm, and last accessed on April 2, 2018.

7.     Attached as Exhibit E is a true and correct copy of an email from Seth Ravin to Emily Terry, dated February 5, 2015, and bearing the Bates number RSI2_012777267. [Filed Under Seal]

8.      Attached as Exhibit F is a true and correct copy of a letter from Seth Ravin addressed to "Rimini Street Client", dated August 14, 2014, produced in its native format and bearing the Bates number RSI2_SF_000031172. [Filed Under Seal]

9.      Attached as Exhibit G is a true and correct copy of an email from Ray Grigsby to Seth Ravin, dated June 22, 2012, and bearing the Bates number RSI2_012752184. [Filed Under Seal]

10.     Attached as Exhibit H is a true and correct copy of an email from David Rowe to Seth Ravin, dated November 28, 2012, and bearing the Bates number RSI2_017249642. This document was identified as Deposition Exhibit 1851 in the February 15, 2018 deposition of Seth Ravin. [Filed Under Seal]

11.     Attached as Exhibit I is a true and correct copy of an email from Chris Limburg to John Royse, dated March 9, 2010, and bearing the Bates number RSI04026526. This document was identified as Plaintiffs' Exhibit 65 in the *Rimini I* trial.

12.     Attached as Exhibit J is a true and correct copy of an email from Seth Ravin to Beth Schnitger, dated July 27, 2015, and bearing the Bates number RSI2_013411087. [Filed Under Seal]

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 11th day of April, 2018 at Oakland, California.


BOIES SCHILLER FLEXNER LLP

By: */s/ Beko O. Reblitz-Richardson*
     BEKO O. REBLITZ-RICHARDSON

Attorneys for Defendants and
Counterclaimants Oracle America, Inc. and
Oracle International Corporation

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 11, 2018, I electronically transmitted the foregoing

**DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF OPPOSITION**

**TO RIMINI STREET INC. AND SETH RAVIN'S MOTION TO COMPEL REGARDING**

**INTERROGATORY NO. 35** to the Clerk's Office using the Electronic Filing System pursuant

to Local Rules Section 1C.

Dated:  April 11, 2018

BOIES SCHILLER FLEXNER LLP


By:  _/s/ Ashleigh Jensen_
Ashleigh Jensen