| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br><br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin* | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson (*pro hac vice*)<br>John A. Polito (*pro hac vice*)<br>Frank Kennamer (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>frank.kennamer@morganlewis.com<br><br>ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**JOINT STIPULATION TO EXTEND CASE SCHEDULE** |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin and Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp. (collectively, "Parties,") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on March 20, 2018, the deadline for the exchange of opening expert reports was extended from April 18, 2018, to May 4, 2018 (ECF No. 719);

WHEREAS, the Parties agree that in light of the new date for the exchange of opening expert reports, related deadlines in the case should also be extended for an equivalent period— namely, the deadlines for rebuttal expert disclosure, expert discovery, and summary judgment;

WHEREAS, the current rebuttal expert disclosure deadline is June 6, 2018;

WHEREAS, the Parties agree to move the rebuttal expert disclosure deadline to June 22, 2018, pending approval by the Court;

WHEREAS, the current close of expert discovery is July 18, 2018;

WHEREAS, the Parties agree to move the close of expert discovery to August 3, 2018, pending approval by the Court;

WHEREAS, the current deadline to file summary judgment motions is August 15, 2018;

WHEREAS, the Parties agree to move the deadline for summary judgment motions to August 31, 2018, pending approval by the Court;

WHEREAS, the Parties agree that the deadline for oppositions to summary judgment motions should be set for October 5, 2018, pending approval by the Court;

WHEREAS, the Parties agree that the deadline for replies in support of summary judgment motions should be set for October 26, 2018, pending approval by the Court.

THEREFORE, the Parties stipulate, and request that the Court order, that (i) the rebuttal expert disclosures deadline be moved from June 6, 2018, to June 22, 2018; (ii) the close of expert discovery be moved from July 18, 2018, to August 3, 2018; (iii) the deadline for summary judgment motions be moved from August 15, 2018 to August 31, 2018; (iv) the deadline for oppositions to summary judgment motions be set for October 5, 2018; (v) the deadline for replies in support of summary judgment motions be set for October 26, 2018.

Dated: April 12, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
     Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

Dated: April 12, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas S. Hixson
     Thomas S. Hixson

*Attorney for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation*

# ATTESTATION OF FILER

The signatories to this document are Thomas S. Hixson and me, and I have obtained his concurrence to file this document on his behalf.

Dated: April 12, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: April 12, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
  Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

102494446.1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**[PROPOSED]** **ORDER RE JOINT STIPULATION TO EXTEND CASE SCHEDULE** |

**IT IS ORDERED** that, pursuant to the parties' stipulation, the rebuttal report deadline is extended to June 22, 2018, the close of expert discovery is extended to August 3, 2018; the deadline to file summary judgment motions is extended to August 31, 2018; the deadline for oppositions to summary judgment motions is set for October 5, 2018; and the deadline for replies in support of summary judgment motions is set for October 26, 2018.

Dated: ____April 13____, 2018

_____
Carl W. Hoffman
United States Magistrate Judge