| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br><br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin* | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson (*pro hac vice*)<br>John A. Polito (*pro hac vice*)<br>Frank Kennamer (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>frank.kennamer@morganlewis.com<br><br>ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY, SUMMARY JUDGMENT, AND RELATED DEADLINES** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin and Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp. (collectively, the "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on May 4, 2018, the parties exchanged opening expert reports, consisting of reports by 13 different experts;

WHEREAS, the current deadline for rebuttal expert reports is June 22, 2018, and the close of expert discovery is August 3, 2018 (ECF No. 805);

WHEREAS, the current deadline to file summary judgment motions is August 31, 2018 (*id.*);

WHEREAS, given the number of experts who will be deposed, the Parties agree that additional time will be necessary to schedule and adequately prepare for such depositions and thus that the close of expert discovery should be extended by four weeks, and that the briefing schedule for summary judgment motions and the date to file a joint pretrial order should be continued accordingly;

WHEREAS, the Parties agree to move the close of expert discovery from August 3, 2018, to August 31, 2018, pending approval by the Court;

WHEREAS, the Parties agree to move the deadline to file summary judgment motions from August 31, 2018, to September 28, 2018, pending approval by the Court;

WHEREAS, the Parties agree to move the deadline to file oppositions to summary judgment motions from October 5, 2018, to November 2, 2018, pending approval by the Court;

WHEREAS, the Parties agree to move the deadline to file replies in support of summary judgment motions from October 26, 2018, to November 30, 2018, pending approval by the Court;

WHEREAS, the Parties agree, pending approval by the Court, to move the deadline to file a joint pretrial order from September 19, 2018, to January 7, 2019, but that if summary judgment motions are filed, the date for filing the joint pretrial order shall be suspended until 90 days after a decision on all summary judgment motions.

THEREFORE, the Parties stipulate, and request that the Court order, that (i) the close of expert discovery be moved from August 3, 2018, to August 31, 2018; (ii) the deadline to file summary judgment motions be moved from August 31, 2018, to September 28, 2018; (iii) the deadline to file oppositions to summary judgment motions be moved from October 5, 2018, to November 2, 2018; (iv) the deadline to file replies in support of summary judgment motions be moved from October 26, 2018, to November 30, 2018; and (v) the deadline to file a joint pretrial order be moved from September 19, 2018, to January 7, 2019, but if summary judgment motions are filed, the date for filing the joint pretrial order shall be suspended until 90 days after a decision on all summary judgment motions.

| | |
|---|---|
| Dated: June 7, 2018 | Dated: June 7, 2018 |
| GIBSON, DUNN & CRUTCHER LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: *Eric D. Vandevelde*<br>　　　Eric D. Vandevelde | By: *Thomas S. Hixson*<br>　　　Thomas S. Hixson |
| *Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin* | *Attorney for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation* |

# ATTESTATION OF FILER

The signatories to this document are Thomas S. Hixson and me, and I have obtained his concurrence to file this document on his behalf.

Dated: June 7, 2018

GIBSON, DUNN & CRUTCHER LLP

By: *Eric D. Vandevelde*
  Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br>Plaintiff,<br>v.<br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation<br>Defendants. | Case No 2:14-cv-01699 LRH CWH<br><br>**ORDER RE: JOINT STIPULATION TO EXTEND EXPERT DISCOVERY AND SUMMARY JUDGMENT MOTION DEADLINES** |
| ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>Counterclaimants,<br>v.<br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br>Counterdefendants. | |

## ORDER

**IT IS ORDERED** that the close of expert discovery is extended to August 31, 2018; the deadline to file summary judgment motions is extended to September 28, 2018; the deadline for oppositions to summary judgment motions is set for November 2, 2018; the deadline for replies in support of summary judgment motions is set for November 30, 2018; and the deadline to file a joint pretrial order is set for January 7, 2019, but if summary judgment motions are filed, the date for filing the joint pretrial order shall be suspended until 90 days after a decision on all summary judgment motions.

**IT IS SO ORDERED:**

_____
Hon. Carl W. Hoffman
United States Magistrate Judge

Dated: June 11, 2018

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: June 7, 2018

GIBSON, DUNN & CRUTCHER LLP

By: *Eric D. Vandevelde*
Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

102494446.1