| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br><br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin* | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson (*pro hac vice*)<br>Benjamin P. Smith (*pro hac vice*)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**JOINT STIPULATION TO EXTEND CASE SCHEDULE** |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin and Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp. (collectively, the "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, the current close of expert discovery is set for August 31, 2018;

WHEREAS, the current deadline to file summary judgment motions is September 28, 2018;

WHEREAS, the Parties agree that due to the need to schedule certain expert deposition(s) into September due to an expert's trial schedule, the expert discovery deadline be extended until September 19, 2018, and that the summary judgment motion deadline should be extended by two weeks;

WHEREAS, the Parties agree to move the close of expert discovery to September 19, 2018 to accommodate the expert deposition(s), pending approval by the Court;

WHEREAS, the Parties agree to move the deadline for summary judgment motions to October 12, 2018, pending approval by the Court;

WHEREAS, the Parties agree to move the deadline for oppositions to summary judgment motions to November 16, 2018, pending approval by the Court;

Gibson, Dunn & Crutcher LLP

1   WHEREAS, the Parties agree to move the deadline for replies in support of summary

2   judgment motions to December 14, 2018, pending approval by the Court.

3   THEREFORE, the Parties stipulate, and request that the Court order, that (i) the close

4   of expert discovery be moved from August 31, 2018, to September 19, 2018; (ii) the deadline

5   for summary judgment motions be set for October 12, 2018; (iv) the deadline for oppositions

6   to summary judgment motions be set for November 16, 2018; (v) the deadline for replies in

7   support of summary judgment motions be set for December 14, 2018.

Dated: July 20, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
      Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

Dated: July 20, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Thomas S. Hixson*
      Thomas S. Hixson

*Attorney for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation*

# ATTESTATION OF FILER

The signatories to this document are Thomas S. Hixson and me, and I have obtained his concurrence to file this document on his behalf.

Dated: July 20, 2018

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:  */s/ Eric D. Vandevelde*
                                                            Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: July 20, 2018

               GIBSON, DUNN & CRUTCHER LLP

               By: */s/ Eric D. Vandevelde*
                    Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

102494446.1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**ORDER RE JOINT STIPULATION TO EXTEND EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

**IT IS ORDERED** that, pursuant to the parties' stipulation, the close of expert discovery is extended to September 19, 2018 to accommodate expert deposition(s); the deadline to file summary judgment motions is extended to October 12, 2018; the deadline to file oppositions to summary judgment motions is extended to November 16, 2018; and the deadline to file replies in support of summary judgment motions is extended to December 14, 2018.

Dated: July 25, 2018

_____
Carl W. Hoffman
United States Magistrate Judge