| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br>DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin* | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (*pro hac vice*)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:14-CV-01699-LRH-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin and Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp. (collectively, the "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, the current close of expert discovery is set for September 19, 2018;

WHEREAS, the Parties agree that due to the need to schedule a certain expert's deposition later into September due to the expert's schedule, the expert discovery deadline be extended until September 27, 2018;

WHEREAS, the Parties agree to move the close of expert discovery to September 27, 2018 to accommodate the expert deposition, pending approval by the Court;

WHEREAS, no other case deadlines will be affected by this change in schedule;

///
///
///
///
///
///

Gibson, Dunn & Crutcher LLP

THEREFORE, the Parties stipulate, and request that the Court order, that the close of expert discovery be moved from September 19, 2018, to September 27, 2018.

Dated: August 21, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
      Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

Dated: August 21, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Zachary Hill
      Zachary Hill

*Attorney for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation*

IT IS SO ORDERED:

_____
Carl W. Hoffman
United States Magistrate Judge

DATED: August 23, 2018

## ATTESTATION OF FILER

The signatories to this document are Zachary Hill and me, and I have obtained his concurrence to file this document on his behalf.

Dated: August 21, 2018

                                           GIBSON, DUNN & CRUTCHER LLP

                                           By: /s/ Eric D. Vandevelde
                                                        Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: August 21, 2018

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: */s/ Eric D. Vandevelde*
                                                          Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

102921347.2