| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:   702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:   202.237.2727<br>Facsimile:    202.237.6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KATHLEEN R. HARTNETT (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>(*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone:   510.874.1000<br>Facsimile:    510.874.1460<br>sholtzman@bsfllp.com<br>khartnett@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>FRANK KENNAMER (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:   415.442.1000<br>Facsimile:    415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br>frank.kennamer@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:   650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br>                    Plaintiff,<br><br>       v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>                    Defendants. | Case No. 2:14-cv-01699 LRH CWH<br><br>**DECLARATION OF CHRISTIAN B. HICKS**<br><br>**SUPPORTING ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING CROSS-USE AND DERIVATIVE WORKS** |
| ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>                    Counterclaimants,<br><br>       v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br>                    Counterdefendants. | Judge:     Hon. Larry R. Hicks<br><br><br>**<u>REDACTED</u>** |

I, Christian B. Hicks, declare as follows.

1. I have been retained as an expert witness in this matter by Defendant and Counterclaimant Oracle International Corp. ("Oracle"). I submit this Declaration to support Oracle's Motion for Partial Summary Judgment Regarding Cross-Use and Derivative Works. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if asked to do so.

2. From 1997 to 2015, I was a Co-Founder and President of Elysium Digital, a technical litigation consulting company located in Boston, Massachusetts that specialized in providing computer science and electrical engineering expertise in legal disputes involving intellectual property, computer forensics, and other high-tech subject matter. In 2015, Elysium Digital was acquired by Stroz Friedberg, where I served as a Managing Director until 2017. As of September 2017, I am a contract expert with Stroz Friedberg.

3. Since co-founding Elysium in 1997, I have worked on more than 200 technical matters, including more than 40 forensic matters. I have been qualified as an expert in federal court. I have submitted numerous expert reports and affidavits in other matters and have also been deposed on multiple occasions. I have worked on matters related to telecommunications, to computer networking, and to computer security.

4. In this matter, with support from my colleagues at Stroz Friedberg, I have reviewed computer-based evidence, including Rimini's Automation Framework ("AFW") system, how it works, how it has been used by Rimini, and how it is used in conjunction with other Rimini development tools.

5. On May 4, 2018, I signed my "Expert Report of Christian B. Hicks," which I understand was submitted to Rimini Street, Inc. ("Rimini") as part of discovery in this action. On June 8, 2018, I signed my "Supplemental Expert Report of Christian B. Hicks," which I also understand was submitted to Rimini as part of discovery in this action.

6. In paragraph 6.1.1 of both my May 4th and June 8th reports, I provided the following opinion: [REDACTED]

1

DECLARATION OF CHRISTIAN B. HICKS

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3        7.     In paragraph 6.1.2 of both my May 4th and June 8th reports, I provided the

4  following opinion: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7        8.     In paragraph 6.1.3 of both my May 4th and June 8th reports, I provided the

8  following opinion: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮▮▮

11       9.     In paragraph 7.7.1 of both my May 4th and June 8th reports, I provided the

12 following opinion: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14     10.    For purposes of this Declaration, I hereby adopt and swear to these opinions set

15 forth in my March 4th and June 8th reports.

16     11.    Attached as Exhibit 41 to the Appendix of Exhibits Supporting Oracle's Motion

17 for Partial Summary Judgment Regarding Cross-Use and Derivative Works ("Appendix") is a

18 true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, an exhibit to my May 4th and June 8th reports,

19 which shows ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20     12.    Attached as Exhibit 42 to the Appendix is a true and correct copy of ▮▮▮▮

21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ an exhibit to my May 4th and June 8th reports, which ▮▮▮▮▮

22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28     I declare under penalty of perjury under the laws of the United States of America that the

DECLARATION OF CHRISTIAN B. HICKS

1  foregoing is true and correct. Executed on October 11, 2018 at
2  Hattingen, Germany.

_____
Christian B. Hicks

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2018, I electronically transmitted the foregoing DECLARATION OF CHRISTIAN B. HICKS SUPPORTING ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING CROSS-USE AND DERIVATIVE WORKS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: October 12, 2018

Morgan, Lewis & Bockius LLP

By: /s/ John A. Polito
John A. Polito

Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.