GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas (*pro hac vice*)
Michele L. Maryott (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: (949) 451-3800
jtthomas@gibsondunn.com
mmaryott@gibsondunn.com
jgorman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge (*pro hac vice*)
Eric D. Vandevelde (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

HOWARD & HOWARD ATTORNEYS
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone: (702) 667-4843
wwa@h2law.com

DEBEVOISE & PLIMPTON LLP
James J. Pastore (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
jjpastore@debevoise.com

DEBEVOISE & PLIMPTON LLP
Jeffrey P. Cunard (*pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 383-8000
jpcunard@debevoise.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA  94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Plaintiff and Counterdefendant
Rimini Street, Inc., and Counterdefendant Seth
Ravin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-cv-01699-LRH-CWH<br><br>**NOTICE OF MANUAL FILING** |

1  TO COUNTERCLAIMANTS AND DEFENDANTS ORACLE AMERICA AND ORACLE

2  INTERNATIONAL CORP., AND TO THEIR ATTORNEYS OF RECORD:

3          PLEASE TAKE NOTICE that, in connection with its Motion for Partial Summary

4  Judgment Re: Preclusion of Oracle's Already Adjudicated Claims and its accompanying

5  Declaration of Thomas D. Vander Veen, Plaintiff and Counterdefendant Rimini Street, Inc. and

6  Counterdefendant Seth Ravin (together, "Rimini") will lodge with the Clerk of this Court a CD

7  containing 4,621 pages of Oracle's damages expert Elizabeth Dean's reports and schedules

8  submitted in *Rimini I* and *Rimini II*.

9  Dated:  October 12, 2018

10                                           GIBSON, DUNN & CRUTCHER LLP

11

12                                     By:   */s/ Jeffrey T. Thomas*
                                                  Jeffrey T. Thomas

13                                     *Attorneys for Plaintiff and Counterdefendant*
                                       *Rimini Street, Inc., and Counterdefendant Seth*
14                                     *Ravin*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  October 12, 2018

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Jeffrey T. Thomas
                Jeffrey T. Thomas

*Attorneys for Plaintiff and Counterclaimant Rimini Street, Inc. and Counterdefendant Seth Ravin*

Gibson, Dunn & Crutcher LLP