| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br><br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>*jreilly@riministreet.com*<br><br>*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin* | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (*pro hac vice*)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW RIMINI'S MOTION TO COMPEL RE CONTENTION INTERROGATORIES
CASE NO. 2:14-CV-01699-LRH-CWH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-cv-01699-LRH-CWH<br><br>**JOINT STIPULATION AND ORDER TO WITHDRAW RIMINI'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORY NOS. 5, 7-12, 22, AND 24-27 REGARDING ORACLE'S INFRINGEMENT CONTENTIONS (ECF NO. 732)** |

Plaintiff and Counterdefendant Rimini Street, Inc. and Counterdefendant Seth Ravin ("Rimini") and Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp. ("Oracle") (collectively, the "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on March 28, 2018, Rimini filed a Motion to Compel Further Responses to Interrogatory Nos. 5, 7-12, 22, and 24-27 Regarding Oracle's Infringement Contentions (ECF No. 732) (hereinafter, the "Motion");

WHEREAS, on October 10, 2018, Oracle served supplemental and amended objections and responses to Interrogatory Nos. 5, 7-12, 22, and 24-27;

WHEREAS, the Parties agree that the Motion—which was directed at previous versions of Oracle's interrogatory responses—is now moot and should be withdrawn;

///

///

///

Gibson, Dunn & Crutcher LLP

THEREFORE, the Parties stipulate and request that the Court consider the Motion withdrawn.

Dated: October 15, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
      Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

Dated: October 15, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Benjamin P. Smith*
      Benjamin P. Smith

*Attorney for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation*

IT IS SO ORDERED:

_____
Carl W. Hoffman
United States Magistrate Judge

DATED: October 19, 2018, 2018

3
JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW RIMINI'S MOTION TO COMPEL RE CONTENTION INTERROGATORIES
CASE NO. 2:14-CV-01699-LRH-CWH

## ATTESTATION OF FILER

The signatories to this document are Benjamin Smith and me, and I have obtained his concurrence to file this document on his behalf.

Dated: October 15, 2018

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: */s/ Eric D. Vandevelde*
                                                    Eric D. Vandevelde

                                    Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin

4
JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW RIMINI'S MOTION TO COMPEL RE CONTENTION INTERROGATORIES
CASE NO. 2:14-CV-01699-LRH-CWH

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: October 15, 2018

          GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
          Eric D. Vandevelde

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*