| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>mmaryott@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com | DEBEVOISE & PLIMPTON LLP<br>James J. Pastore (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>jjpastore@debevoise.com<br><br>DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*)<br>801 Pennsylvania Avenue N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>jpcunard@debevoise.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>     Plaintiff,<br><br> v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-cv-01699-LRH-CWH<br><br>**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE OCTOBER 23, 2018 PROCEEDINGS IN THIS ACTION** |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE OCTOBER 23, 2018 PROCEEDINGS IN THIS ACTION

Rimini Street, Inc. ("Rimini") hereby requests permission for John P. Reilly, Global Vice President and Associate General Counsel at Rimini, to appear telephonically at the October 23, 2018 hearing in this action. The proceedings are set to begin at 9 a.m. ECF No. 865.

Mr. Reilly has been admitted to practice in this action *pro hac vice* (ECF No. 92) and has been actively involved in this case, including by personally appearing at many prior hearings. Mr. Reilly anticipates that he will be unable to travel to the October 23, 2018 hearing. Rimini thus respectfully requests that the Court allow Mr. Reilly to appear telephonically. The Court has previously permitted Oracle's in-house counsel to appear telephonically. *See* ECF Nos. 350, 351, 721. Outside counsel for Rimini will appear and argue in person, and therefore Mr. Reilly's telephonic presence should cause no prejudice or disruption.

Dated: October 18, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey T. Thomas*
Jeffrey T. Thomas

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-cv-01699-LRH-CWH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** |

## [PROPOSED] ORDER

Pending before this Court is Rimini Street, Inc.'s ("Rimini") Motion for Leave to Appear Telephonically at the October 23, 2018 Proceedings in this Action. Having considered the Motion, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED. Attorney John P. Reilly may appear telephonically at the proceedings set for October 23, 2018 at 9 a.m. in this action.

DATED: October 22, 2018          By: _____
                                         Hon. Carl W. Hoffman
                                         United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: October 18, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey T. Thomas*
Jeffrey T. Thomas

*Attorneys for Plaintiff and Counterclaimant Rimini Street, Inc. and Counterdefendant Seth Ravin*

103042555