BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:   702.382.7300
Facsimile:   702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KATHLEEN R. HARTNETT (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
(*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:   510.874.1000
Facsimile:   510.874.1460
sholtzman@bsfllp.com
khartnett@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
FRANK KENNAMER (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   415.442.1000
Facsimile:   415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com
frank.kennamer@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:   650.506.4846
Facsimile:   650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>　　　　　　　　　　Defendants.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>　　　　　　　　　　Counterclaimants,<br><br>　　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br>　　　　　　　　　　Counterdefendants. | Case No. 2:14-cv-01699 LRH CWH<br><br>**DECLARATION OF CHRISTIAN B. HICKS IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PRECLUSION OF ORACLE'S ALREADY ADJUDICATED CLAIMS**<br><br>―――――――――――<br><br>Judge:　　Hon. Larry R. Hicks<br><br>**REDACTED** |

I, Christian B. Hicks, declare as follows:

1. I have been retained as an expert witness in this matter by counsel for defendants and counterclaimants Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if required.

2. I performed work and testified as an expert at trial in the previous Oracle lawsuit against Rimini. I graduated summa cum laude with an A.B. in Computer Science from Princeton University in 1997. I received training in data forensics from NTI in 2003 and from GIAC in 2015. From 1997 to 2015, I was a Co-Founder and President of Elysium Digital, a technical litigation consulting company located in Boston, Massachusetts that specialized in providing computer science and electrical engineering expertise in legal disputes involving intellectual property, computer forensics, and other high-tech subject matter. In 2015, Elysium Digital was acquired by Stroz Friedberg, where I served as a Managing Director until 2017. Since September 2017, I have continued to work with Stroz Friedberg as an independent contractor.

3. In this action, Oracle's counsel asked me in part to evaluate Rimini Street, Inc.'s ("Rimini") development and use of certain software tools built to automate Rimini's support processes, including Rimini's Automated Framework tool ("AFW").

4. I have reviewed data produced by Rimini during discovery in this action showing each instance in which Rimini used AFW to provide PeopleSoft support to its customers.

5. I understand that Rimini has defined "gap customers" as customers Rimini gained between December 5, 2011, and February 13, 2014.

6. My analysis of Rimini's AFW data shows that Rimini used AFW to [REDACTED]

1

DECL OF CHRISTIAN B. HICKS ISO ORACLE'S OPP TO RIMINI'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PRECLUSION OF ORACLE'S ALREADY ADJUDICATED CLAIMS

1  [REDACTED]
2
3      I declare under penalty of perjury under the laws of the United States that the foregoing
4  facts are true and correct, and that this declaration was executed on November 15, 2018, in
5  Boston, MA.

By: /s/ Christian B. Hicks
Christian B. Hicks

2
DECL OF CHRISTIAN B. HICKS ISO ORACLE'S OPP TO RIMINI'S MOTION FOR PARTIAL
SUMMARY JUDGMENT RE: PRECLUSION OF ORACLE'S ALREADY ADJUDICATED CLAIMS

# CERTIFICATE OF SERVICE

I certify that on November 16, 2018, I electronically transmitted the foregoing **DECLARATION OF CHRISTIAN B. HICKS IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PRECLUSION OF ORACLE'S ALREADY ADJUDICATED CLAIMS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: November 16, 2018                              BOIES SCHILLER FLEXNER LLP

                                                By:    /s/ *Ashleigh Jensen*
                                                       Ashleigh Jensen