| | | |
|---|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP | DEBEVOISE & PLIMPTON LLP |
| 2 | Jeffrey T. Thomas (*pro hac vice*)<br>Michele L. Maryott (*pro hac vice*) | James J. Pastore (*pro hac vice*)<br>919 Third Avenue |
| 3 | Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive | New York, NY 10022<br>Telephone: (212) 909-6000 |
| 4 | Irvine, CA 92612-4412<br>Telephone: (949) 451-3800 | jjpastore@debevoise.com |
| 5 | jtthomas@gibsondunn.com<br>cmccracken@gibsondunn.com | DEBEVOISE & PLIMPTON LLP<br>Jeffrey P. Cunard (*pro hac vice*) |
| 6 | jgorman@gibsondunn.com | 801 Pennsylvania Avenue N.W.<br>Washington, DC 20004 |
| 7 | GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*) | Telephone: (202) 383-8000<br>jpcunard@debevoise.com |
| 8 | Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue | RIMINI STREET, INC. |
| 9 | Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000 | Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300 |
| 10 | sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | Pleasanton, CA 94566<br>Telephone: (925) 264-7736 |
| 11 | HOWARD & HOWARD ATTORNEYS | dwinslow@riministreet.com |
| 12 | W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000 | RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*) |
| 13 | Las Vegas, NV 89169<br>Telephone: (702) 667-4843 | 3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169 |
| 14 | wwa@h2law.com | Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Plaintiff and Counterdefendant Rimini Street, Inc., and Counterdefendant Seth Ravin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:14-cv-01699-LRH-CWH<br><br>**DECLARATION OF JONATHAN ORSZAG IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 1004]** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JONATHAN ORSZAG IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:14-CV-01699-LRH-CWH

I, Jonathan Orszag, declare as follows:

1. I am a Senior Managing Director and member of the Executive Committee of Compass Lexecon, LLC, an economic consulting firm. I have been retained by counsel representing Rimini Street, Inc. ("Rimini") to estimate damages to Rimini due to the alleged unlawful conduct of Oracle International Corporation and Oracle America, Inc. (collectively, "Oracle") in this matter, including tortious interference and/or violations of the Nevada Deceptive Trade Practices Act.

2. On May 4, 2018, I submitted the Expert Report of Jonathan Orszag ("Expert Report"), which contains some of my expert opinions in this case. The information in that report is a true and correct statement of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

3. A copy of my Expert Report has been filed as Ex. 524 to Appendix of Evidence in Support of Rimini's Opposition to Oracle's Motion for Partial Summary Judgment Regarding Rimini's Fourth, Sixth, and Eighth Causes of Action, as well as Rimini's Improper Claim for Damages, Vol. 50 of 58 (ECF No. 1081-5).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on December 7, 2018, at Los Angeles, CA.

_____
Jonathan Orszag

2
DECLARATION OF JONATHAN ORSZAG IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:14-CV-01699-LRH-CWH

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  December 12, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey T. Thomas*
        Jeffrey T. Thomas

*Attorneys for Plaintiff and Counterclaimant Rimini Street, Inc. and Counterdefendant Seth Ravin*

3

DECLARATION OF JONATHAN ORSZAG IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:14-CV-01699-LRH-CWH

Gibson, Dunn & Crutcher LLP