| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br>　Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>　Defendants. | Case No. 2:14-cv-01699 LRH CWH<br><br>[PROPOSED ORDER] GRANTING ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO MODIFY PROTECTIVE ORDER TO PERMIT USE OF DISCOVERY IN THE *Rimini I* ACTION |
| ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>　Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br>　Counterdefendants. | Judge: Hon. Carl W. Hoffman |

# [PROPOSED] ORDER

Pending before this Court is Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation's (collectively "Oracle") Motion for Leave to File Under Seal Portions of Oracle's Motion to Modify Protective Order to Permit Use of Discovery in the *Rimini I* Action. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion for Leave to File Under Seal and for good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion for Leave to File Under Seal is GRANTED. The Clerk of the Court shall file under seal portions of Oracle's Motion to Modify Protective Order to Permit Use of Discovery in the *Rimini I* Action, and Exhibits A-H to the Declaration of Beko O. Reblitz-Richardson filed with the Motion.

IT IS SO ORDERED.

DATED: May 30, 2019          By: _____
                             Hon. Carl W. Hoffman
                             United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that on February 27, 2019, I electronically transmitted the foregoing **ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO MODIFY PROTECTIVE ORDER TO PERMIT USE OF DISCOVERY IN THE RIMINI I ACTION** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: February 27, 2019

BOIES SCHILLER FLEXNER LLP

By: _/s/ Ashleigh Jensen_

Ashleigh Jensen