| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:     702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:    202.237.2727<br>Facsimile:     202.237.6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KATHLEEN R. HARTNETT (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>(*pro hac vice*)<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone:    415.293.6800<br>Facsimile:     415.293.6899<br>sholtzman@bsfllp.com<br>khartnett@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>FRANK KENNAMER (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br>frank.kennamer@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:     650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br>                              Plaintiff,<br><br>       v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>                              Defendants. | Case No. 2:14-cv-01699 LRH CWH<br><br>**ORACLE'S NOTICE OF CHANGE OF ADDRESS** |
| ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>                              Counterclaimants,<br><br>       v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br>                              Counterdefendants. | |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

The below attorneys for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation (together, "Oracle") file this Notice of Change of Address and request that the Court's docket in the above-captioned case be updated accordingly.

PLEASE TAKE NOTICE effective July 8, 2019 the address for Oracle's counsel Steven C. Holtzman, Kathleen R. Hartnett, Sean Phillips Rodriguez and Beko O. Reblitz-Richardson at Boies Schiller Flexner LLP is changed to:

> BOIES SCHILLER FLEXNER LLP
> 44 Montgomery St.
> 41st Floor
> San Francisco, CA 94104
> Main: 415-293-6800
> Fax: 415-293-6899

DATED: July 11, 2019                BOIES SCHILLER FLEXNER LLP

By: */s/ Kathleen R. Hartnett*
    Kathleen R. Hartnett
    Attorneys for Defendants and Counterclaimants
    Oracle America, Inc. and Oracle International Corp.

# CERTIFICATE OF SERVICE

I certify that on July 11, 2019, I electronically transmitted the foregoing **ORACLE'S NOTICE OF CHANGE OF ADDRESS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: July 11, 2019                                    BOIES SCHILLER FLEXNER LLP

                                          By:    */s/ Ashleigh Jensen*
                                                        Ashleigh Jensen