UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>Defendants.<br><br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>Counterclaimants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br>Counterdefendants. | Case No. 2:14-cv-01699-LRH-DJA<br><br>**DEFENDANTS AND COUNTERCLAIMANTS ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**AND ORDER THEREON** |

1

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation (together, "Oracle"), Steven C. Holtzman has withdrawn as a partner in Boies Schiller Flexner LLP and is no longer affiliated with the law firm of Boies Schiller Flexner LLP. Consequently, Oracle hereby withdraws Steven C. Holtzman as its counsel of record. Steven C. Holtzman should be removed from all further notices.

The law firm of Boies Schiller Flexner LLP continues to represent Oracle in this matter.

DATED: July 6, 2020                         BOIES SCHILLER FLEXNER LLP

By: */s/ Richard J. Pocker*
Richard J. Pocker
Attorneys for Defendants and Counterclaimants
Oracle America, Inc. and Oracle International Corp.

**O R D E R**

IT IS SO ORDERED.

DATED this 15th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2