| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  702.382.7300<br>Facsimile:  702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:  202.223.7300<br>Facsimile:  202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corporation* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br>     Plaintiff,<br>     v.<br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation<br>     Defendants.<br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>     Counterclaimants,<br>     v.<br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br>     Counterdefendants. | Case No.  2:14-cv-01699-LRH-DJA<br><br>**DEFENDANTS AND COUNTERCLAIMANTS ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Defendants and Counterclaimants Oracle America, Inc. and Oracle International Corp., (together "Oracle"), Frank B. Kennamer has left and is no longer affiliated with the law firm of Morgan, Lewis & Bockius LLP, and Oracle hereby withdraws Mr. Kennamer as its counsel of record. Mr. Kennamer should be removed from all further notices.

The law firm of Morgan, Lewis & Bockius LLP continues to represent Oracle in this matter.

DATED: October 8, 2020                    MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ John A. Polito*
            John A. Polito

Attorneys for Defendants and Counterclaimants
Oracle America, Inc. and Oracle International Corporation

IT IS SO ORDERED.

DATED:  October 9, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October 2020, I electronically transmitted the foregoing **DEFENDANTS AND COUNTERCLAIMANTS ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED: October 8, 2020

By: _/s/ John A. Polito_
John A. Polito

Attorneys for Defendants and Counterclaimants
Oracle America, Inc. and Oracle International
Corporation