UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation, | Case No. 2:14-cv-01699-LRH-DJA |
| Plaintiff, | ORDER EXTENDING TIME TO FILE PROPOSED PRETRIAL ORDER |
| v. | |
| ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

IT IS ORDERED that, pursuant to the Parties' stipulation (ECF No. 1254), the deadline for filing a proposed joint pretrial order compliant with Local Rules 16-3 and 16-4 is extended to December 18, 2020.

IT IS SO ORDERED.

DATED this 9 day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE