# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation,<br><br>                         Plaintiff,<br><br>        v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>                         Defendants.<br>_____<br><br>AND RELATED COUNTER-CLAIMS. | CASE NO. 2:14-cv-01699-LRH-DJA<br><br>**ORDER TO EXTEND TIME TO FILE RIMINI'S OPPOSITION TO ORACLE'S MOTION TO REALIGN THE PARTIES AND BIFURCATE TRIAL**<br><br>Judge:  Hon. Larry R. Hicks |

        IT IS ORDERED that, pursuant to the parties' stipulation, the deadline for Rimini to file its opposition to Oracle's Motion to Realign the Parties and Bifurcate Trial [ECF No. 1269] is extended by one (1) week to January 12, 2021.


DATED:  this 30th day of December, 2020.


_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE