1

2

3

4                          UNITED STATES DISTRICT COURT

5                                 DISTRICT OF NEVADA

6                                        * * *

7    ORACLE INTERNATIONAL CORP., a           Case No. 2:14-cv-01699-LRH-DJA
     California corporation, and ORACLE
8    AMERICA, INC., a Delaware corporation,  ORDER

9                Plaintiffs/Counterdefendants,

10        v.

11   RIMINI STREET, INC., a Nevada
     corporation, and SETH RAVIN, an individual,
12
                 Defendants/Counterclaimants.
13

14        Before the Court is a joint report regarding the date, duration, and location of the upcoming

15   trial (ECF No. 1317) in this case, commonly referred to as *Rimini II*. The parties agreed to a trial

16   date which has yet to be approved by the Court but dispute the proper location for the trial in either

17   Las Vegas or Reno. This judge estimates that the jury trial in this case in either Las Vegas or Reno

18   will require approximately one month and will be followed by a bench trial which will require

19   upward of a full week or more. After reviewing the parties' arguments and considering the extent

20   of litigation that remains to resolve this case, this judge has decided to refer the case to Chief Judge

21   Miranda Du for reassignment.

22        This litigation began in 2010 in a separate but related action, *Oracle USA, Inc. v. Rimini*

23   *Street, Inc.*, No. 2:10-cv-00106-LRH-VCF (*Rimini I*). Today, twelve years later, *Rimini I* continues

24   to be actively litigated. It required a month-long jury trial in Las Vegas in 2015, has been before

25   the Ninth Circuit on three occasions, and was before the United States Supreme Court in 2019.

26   Most recently, *Rimini I* required a seven-day show cause hearing in Reno in September 2021. To

27   date, over ninety attorneys have been admitted to represent the two common sides of these two

28   lawsuits.

                                              1

1    When *Rimini I* was assigned to this judge in 2010, this judge served in fully active status

2    and presided over cases in the unofficial Southern Division of Nevada (Las Vegas). This judge

3    took senior status in 2013 but continued to receive case assignments that originated in Las Vegas,

4    which resulted in this judge being assigned *Rimini II*. However, this judge has since limited his

5    case assignments to matters originating in only the unofficial Northern Division of Nevada (Reno).

6    This judge occasionally travels to Las Vegas to hold hearings in cases that were assigned while

7    presiding there, but travel is limited to a day or two in light of senior judge status, Covid-19

8    limitations, and the unreliability of flight schedules and travel accommodations.

9    Upon considering the extent of litigation remaining in *Rimini II*, and that the parties dispute

10   the proper location of the two remaining trials, this judge has decided that he should no longer

11   preside over this case.[1] If *Rimini I*'s history indicates anything, it is that *Rimini II* is unlikely to be

12   resolved any time soon and will require the effort of an active judge and his or her staff in either

13   Las Vegas or Reno.

14   Accordingly, Judge Hicks refers this case to Chief Judge Miranda Du for reassignment.

15   IT IS SO ORDERED.

16   DATED this 14th day of April, 2022.

18   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

---

[1] This judge will, however, retain jurisdiction over *Rimini I*, which is currently stayed due to an appeal to the Ninth Circuit Court of Appeals. The parties previously agreed to hearings in Reno for that case, and the remaining issues will likely be decided without oral arguments.