| | |
|---|---|
| BOIES, SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:   702.382.7300<br>Facsimile:   702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:   202.223.7300<br>Facsimile:   202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:   415.442.1000<br>Facsimile:   415.442.1001<br>benjamin.smith@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:   650.506.4846<br>Facsimile:   650.506.7114<br>dorian.daley@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　Plaintiffs/ Counterdefendants,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>　　　　Defendants/ Counterclaimants. | Case No.  2:14-cv-01699-MMD-DJA<br><br>**ORACLE'S NOTICE CONCERNING BENCH TRIAL** |

Plaintiffs/Counterdefendants Oracle International Corporation, and Oracle America, Inc. (together "Oracle"), submit the following notice concerning bench trial.

We write to notify the Court that, after careful consideration, Oracle is willing at the Pretrial Conference to agree to proceed with a bench trial of its claims for equitable relief (including, but not limited to, injunctive relief). If and only if the case proceeds with a bench trial, Oracle will agree to withdraw its damages claims. However, if the case proceeds with a jury trial for any reason, Oracle will not withdraw its damages claims and will continue to pursue damages in the jury trial.

Oracle's goal for this trial is to demonstrate that Rimini Street, and its CEO Seth Ravin, are engaged in continuing violations of Oracle's copyrights and other violations of law and to obtain relief that will permanently put an end to this illegal conduct. Oracle also recognizes the burden that a lengthy jury trial will impose on the Court. Eliminating issues surrounding the quantification of financial harm would shorten the bench trial and eliminate the need for or right to a jury. In a bench trial, moreover, there may be additional streamlining, including because there would no longer be any issue of how to present the extensive prior rulings of the Court to a jury, the Court would not need to resolve disputes over jury instructions, and there presumably would be fewer objections and conferences at trial without the need to protect the jury from prejudice.

We will be prepared to discuss this at the Pretrial Conference on Friday.

DATED: October 10, 2022

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Benjamin P. Smith*
　　　　　　Benjamin P. Smith

Attorneys for Plaintiffs and
Counterdefendants Oracle International
Corporation and Oracle America, Inc.

1
ORACLE'S NOTICE CONCERNING BENCH TRIAL

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2022, I electronically transmitted the foregoing **ORACLE'S NOTICE CONCERNING BENCH TRIAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: October 10, 2022               MORGAN, LEWIS & BOCKIUS LLP

By: ___/s/ Benjamin P. Smith___
                    Benjamin P. Smith

Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.