| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:   702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:   202.223.7300<br>Facsimile:    202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:   415.442.1000<br>Facsimile:    415.442.1001<br>benjamin.smith@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:   650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:   949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>Ilissa S. Samplin *(pro hac vice)*<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:   213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (pro hac vice)<br>2001 M Street, N.W., Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7511<br>mark.perry@weil.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone:   336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone:   702.667.4843<br>wwa@h2law.com<br><br>*Attorneys for Defendants and Counterclaimants Rimini Street, Inc., and Seth Ravin* |

STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>      Plaintiffs/ Counterdefendants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>      Defendants/ Counterclaimants. | Case No.  2:14-cv-01699-MMD-DJA<br><br>**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS AND REMEDIES WITH PREJUDICE** |

    Plaintiffs Oracle International Corp. and Oracle America, Inc. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin (together, "Defendants"; together with Oracle, "the Parties") submit this Stipulation of Dismissal of Certain Claims with Prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The Parties, by and through their counsel of record, hereby agree and stipulate as follows:

    1.    Oracle's Fourth Claim for Relief for Inducing Breach of Contract (brought by Oracle America, Inc. against all Defendants) is dismissed with prejudice.

    2.    Oracle's Sixth Claim for Relief for Breach of Contract (brought by Oracle America, Inc. against Defendant Rimini Street, Inc.) is dismissed with prejudice.

    3.    Oracle's Ninth Claim for Relief for an Accounting (brought by Oracle America, Inc. and Oracle International Corp. against all Defendants) is dismissed with prejudice.

    4.    Oracle's claims in this case for monetary relief of any kind under any legal theory (including but not limited to claims for damages, restitution, unjust enrichment, and disgorgement, and including all monetary relief asserted in the Third Supplemental Expert Report of Elizabeth A. Dean) for all remaining causes of action pending in this case are dismissed with prejudice; provided, however, that the Parties each reserve the right to seek attorneys' fees and/or

costs to the extent permitted by law, and each Party reserves the right to oppose any such motion for attorneys' fees and/or costs.

5. Given that no jury triable issues remain, the Parties shall proceed with a bench trial on all non-monetary equitable claims on all causes of action except those dismissed in Paragraphs 1-3 above.

6. Oracle contends that its dismissal of the above-described claims is not an admission or concession by Oracle that Oracle's dismissed claims lacked merit. Rimini disagrees and reserves the right to argue otherwise.

7. Nothing in this stipulation shall be construed as an admission or concession by Defendants that Oracle's remaining claims have any merit, that equitable relief is available, or that Oracle is entitled to any equitable relief.

8. Nothing in this stipulation shall be construed as an admission or concession by Plaintiffs that Rimini's remaining claims have any merit, that equitable relief is available, or that Rimini is entitled to any equitable relief.

DATED: October 21, 2022

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ Benjamin P. Smith_____
Benjamin P. Smith

*Attorneys for Plaintiffs and Counterdefendants Oracle America, Inc. and Oracle International Corporation*

DATED: October 21, 2022

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Eric D. Vandevelde_____
Eric D. Vandevelde

*Attorneys for Defendants and Counterclaimants Rimini Street, Inc. and Seth Ravin*

2
STIPULATION OF DISMISSAL OF CERTAIN CLAIMS AND REMEDIES WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: October 24, 2022

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained Mr. Vandevelde's concurrence to file this document on his behalf.

DATED: October 21, 2022

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Benjamin P. Smith*
Benjamin P. Smith

*Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21stday of October, 2022, I electronically transmitted the foregoing **STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: October 21, 2022

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Benjamin P. Smith_
Benjamin P. Smith

*Attorneys for Plaintiffs/ Counterdefendants
Oracle International Corporation and Oracle America, Inc.*