1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., and ORACLE AMERICA, INC., <br><br> Plaintiffs/ Counterdefendants, <br><br> v. <br><br> RIMINI STREET, INC., and SETH RAVIN, <br><br> Defendants/ Counterclaimants. | CASE NO. 2:14-cv-01699-MMD-DJA <br><br> **ORDER GRANTING RIMINI'S MOTION TO SEAL PORTIONS OF TRANSCRIPT OF OCTOBER 14, 2022 STATUS CONFERENCE** <br><br> Judge:   Hon. Miranda M. Du |

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal portions of Rimini's Response to Oracle's Notice Concerning Bench Trial.

Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). Having considered the motion and good cause existing:

IT IS HEREBY ORDERED that Rimini's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the following portions of the Transcript of Proceedings of the Status Conference held on October 14, 2022: pages/lines 6:25-7:2, 7:6-8, 7:13-14, 9:15-16, and 10:5-6.

Dated:   October 31, 2022

_____
Miranda M. Du
United States District Judge