BOIES, SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone: 202.223.7300
Facsimile: 202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
benjamin.smith@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs/ Counterdefendants*
*Oracle International Corporation and Oracle*
*America, Inc.*

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:   949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
ILISSA S. SAMPLIN (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com
isamplin@gibsondunn.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:   702.667.4843
wwa@h2law.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
Telephone:    336.908.6961
jreilly@riministreet.com

WEIL, GOTSHAL & MANGES LLP
MARK A. PERRY (*pro hac vice*)
2001 M Street, N.W., Suite 600
Washington, DC  20036
Telephone:    202.682.7511
mark.perry@weil.com

*Attorneys for Defendants/ Counterclaimants*
*Rimini Street, Inc., and Seth Ravin*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

ORACLE INTERNATIONAL CORP., and
ORACLE AMERICA, INC.,

        Plaintiffs/ Counterdefendants,

v.

RIMINI STREET, INC., and SETH RAVIN,

        Defendants/ Counterclaimants.

CASE NO. 2:14-cv-01699-MMD-DJA

**STIPULATION REGARDING CUSTOMERS**

**PUBLIC REDACTED VERSION**

Plaintiffs Oracle International Corporation and Oracle America, Inc. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin (together, "Rimini") (collectively, "the Parties"), for purposes of this action only, stipulate and agree as follows:

1.      489[1] customers (1) decided not to renew Oracle support for the PeopleSoft, JD Edwards, Siebel, E-Business Suite, and/or Database software, (2) contracted with Rimini Street for support of the same software from the "start date" to the "termination date" (as of February 28, 2018) listed in **Appendix A**; and (3) had not returned to Oracle support as of February 28, 2018.

2.      These 489 customers are listed in **Appendix A**. 216 of those customers are PeopleSoft support customers, 69 are JD Edwards support customers, 151 are EBS support customers, 45 are Siebel support customers, and 168 are Oracle Database support customers.

**SO STIPULATED AND AGREED.**

**Dated:** November 28, 2022

---

[1] Because certain clients have multiple software products, there are 649 customer-product combinations.

1    Dated:  November 28, 2022          Dated:  November 28, 2022

2    GIBSON, DUNN & CRUTCHER LLP        MORGAN, LEWIS & BOCKIUS LLP

3

4    By:    */s/ Eric D. Vandevelde*        By:    */s/ Benjamin P. Smith*
              Eric D. Vandevelde                        Benjamin P. Smith

5    *Attorneys for Defendants/ Counterclaimants*   *Attorneys for Plaintiffs/ Counterdefendants*
     *Rimini Street, Inc., and Seth Ravin*           *Oracle International Corporation and Oracle*
6                                                    *America, Inc.*

7

8

9

10   **IT IS SO ORDERED.**

11   DATED:

12

13

14   _____
     MIRANDA M. DU
15   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTESTATION OF FILER

The signatories to this document are Benjamin P. Smith and me, and I have obtained Mr. Smith's concurrence to file this document on his behalf.

DATED: November 28, 2022

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Eric D. Vandevelde
            Eric D. Vandevelde

*Attorneys for Defendants/ Counterclaimants Rimini Street, Inc., and Seth Ravin*

**APPENDIX A**

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

[2] "P" refers to PeopleSoft. "JDE-EO" refers to JDE-EnterpriseOne. "JDE-W" refers to JDE-World. "EBS" refers to Oracle E-Business Suite. "S" refers to Siebel." "ODB" refers to Oracle Database.
[3] As of February 28, 2018.

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| ███████████ | ███ | ████ | |
| ███████ | ██ | | ████ |
| ████████████ | | | |
| ████████████ | ███ | | ████ |
| █████████████ | ███ | | |
| ███████████████ | ██ | | |
| ██████████ | | | ████ |
| █████████ | | | |
| ████████ | | | |
| ██████ | | | |
| █████████ | █ | | |
| ████████████ | | | |
| █████████ | ███ | | ████ |
| ████████ | ███ | | |
| ██████████ | ███ | | |
| ██████████ | | | ████ |
| ████ | | | ████ |
| ████████████ | █ | | |
| ██████████████ | █ | | |
| ███████████ | █ | | |
| █████████████ | | | |
| ████████ | | | ████ |
| ████████████ | ███ | | |
| ████████ | ███ | | ████ |
| ███████████████ | | | |
| ███████████ | █ | | ████ |
| ████████████ | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| ██████████████ | █ | ████ | █ |
| █████████ | | | |
| ████████ | ██ | ██████ | █████ |
| █████████ | | | |
| ███████ | █ | █████ | ████ |
| ██████████ | | | |
| ██████████ | █ | | |
| █████████ | █ | | ███ |
| ████████ | ██ | | |
| ████████████ | █ | | ███ |
| █████████ | █ | | ██ |
| ██████████ | █ | | |
| ████████████ | █ | | ███ |
| ████████ | ██ | | ███ |
| ███████ | █ | | ███ |
| ██████████ | █ | | |
| ██████ | | | |
| ███████ | | | |
| █████████ | | | ██ |
| ████████████ | | ███ | |
| ██████████ | █ | ████ | |
| █████████ | ██ | | |
| ███████ | █ | | ███ |
| ████████ | █ | | |
| ███████████ | ██ | | ████ |
| █████████ | ███ | | ███ |
| ██████ | ██ | ██ | |

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

10

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|----------|------------|-------------------|----------------------------|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|----------|------------|-------------------|----------------------------|
| | | | |

15

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|----------|-----------|-------------------|----------------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| | | | |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| ██████████ | ██ | ██ |  |
| █████████ | ██ | ██ |  |
| ██████████ | ██ | ███ |  |
| ███████ | ██ | ███ |  |
| ███████ | ██ | ███ |  |
| ████████ | ██ | ███ |  |
| ███████ | ██ | ███ |  |
| ████████ | ██ | ███ |  |
| ██████ | ██ | ███ |  |
| █████ | ██ | ███ |  |
| ████████ | ██ | ███ |  |
| █████████ | ██ | ███ |  |
| ██████████ | ██ | ███ |  |
| ███████████ | ██ | ███ |  |
| ████████ | ██ | ███ | ███ |
| █████████ | ██ | ███ |  |
| ██████████ | ██ | ███ |  |
| ███████ | ██ | ███ |  |
| █████████ | ██ | ███ |  |
| ██████████ | ██ | ███ |  |
| █████████ | ██ | ███ |  |
| █████████ | ██ | ██ |  |
| █████ | ██ | ██ |  |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

| Customer | Product[2] | Rimini Start Date | Rimini Termination Date[3] |
|---|---|---|---|
| ███████████ | █ | ███ | █ |
| ██████████████ | █ | ███ | █ |
| ████████████ | █ | ███ | █ |
| ██████████ | █ | ███ | █ |
| ████████████ | █ | ███ | █ |
| ██████████████ | █ | ███ | █ |
| ██████████████ | █ | ███ | █ |
| ████████████ | █ | ███ | █ |

STIPULATION REGARDING CUSTOMERS
Case No. 2:14-cv-01699-MMD-DJA

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2022, I electronically transmitted the foregoing **STIPULATION REGARDING CUSTOMERS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.


DATED: November 28, 2022            GIBSON, DUNN & CRUTCHER LLP


                                    By:    */s/ Eric D. Vandevelde*
                                                Eric D. Vandevelde

                                    *Attorneys for Defendants/ Counterclaimants Rimini Street, Inc., and Seth Ravin*