| | |
|---|---|
| BOIES, SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  702.382.7300<br>Facsimile:  702.382.2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>benjamin.smith@morganlewis.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:  202.223.7300<br>Facsimile:  202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>  Plaintiffs/ Counterdefendants,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>  Defendants/ Counterclaimants. | Case No.  2:14-cv-01699-MMD-DJA<br><br>**ORACLE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND [PROPOSED] ORDER**<br><br>(First Request) |

Plaintiffs Oracle International Corp. and Oracle America, Inc. (together, "Oracle") hereby requests an order extending the deadline to file Post-Trial Proposed Findings of Fact and Conclusions of Law from February 16, 2023, to February 23, 2023. Defendants Rimini Street, Inc. and Seth Ravin (together, "Defendants") do not oppose the motion.

The Court and the parties conducted an eleven-day bench trial beginning on November 29, 2022 and ending on December 15, 2022. At the close of trial, the Court directed the parties to file Post-Trial Proposed Findings of Fact and Conclusions of Law four weeks from the date that the last trial transcript was filed on the docket. ECF No. 1494. The last trial transcript was filed on the docket on January 19, 2023. ECF No. 1516. Accordingly, the Post-Trial Proposed Findings of Fact and Conclusions of Law are currently due on February 16, 2023.

Oracle is working diligently to prepare its Post-Trial Proposed Findings of Fact and Conclusions of Law for the Court. Due to the length of trial and the complexity of the issues in the case, Oracle requests a short, mutual one-week extension for both parties to file their Post-Trial Proposed Findings of Fact and Conclusions of Law on February 23, 2023. Oracle does not seek this extension for purposes of undue delay, and there is no prejudice to Defendants as the extension would apply to them as well.  Oracle respectfully requests the Court grant the brief extension for good cause shown.

| | | |
|---|---|---|
| 1 | DATED: February 7, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By:  */s/ Benjamin P. Smith* |
| 4 | | Benjamin P. Smith |
| 5 | | *Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.* |

**IT IS SO ORDERED:**

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2023, I electronically transmitted the foregoing **ORACLE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND [PROPOSED] ORDER** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: February 7, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Benjamin P. Smith_
Benjamin P. Smith

*Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.*