| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>ILISSA S. SAMPLIN (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com<br><br>RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (*pro hac vice*)<br>2001 M Street, N.W., Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7511<br>mark.perry@weil.com |

*Attorneys for Defendants/ Counterclaimants*
*Rimini Street, Inc., and Seth Ravin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., and ORACLE AMERICA, INC.,<br><br>Plaintiffs/ Counterdefendants,<br><br>v.<br><br>RIMINI STREET, INC., and SETH RAVIN,<br><br>Defendants/ Counterclaimants. | CASE NO. 2:14-cv-01699-MMD-DJA<br><br>**RIMINI'S NOTICE OF TRIAL TRANSCRIPT ERRATA**<br><br>Judge: Hon. Miranda M. Du |

# NOTICE OF TRIAL TRANSCRIPT ERRATA

## TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. Pro. 60(a), Defendants/Counterclaimants Rimini Street, Inc. and Seth Ravin (collectively "Rimini") give notice of the following list of errata to the final daily trial transcripts filed in the above-captioned matter (ECF Nos. 1503–1508 and 1512–1516).

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 1 ECF No. 1503 | 5:7 | Rimimi | Rimini | |
| Day 1 ECF No. 1503 | 11:24-25 | suite, functionality | suite of functionality | Screven |
| Day 1 ECF No. 1503 | 14:18 | who are support | who are on support | Screven |
| Day 1 ECF No. 1503 | 22:19 | add | and | Screven |
| Day 1 ECF No. 1503 | 23:1 | a software | the software | Screven |
| Day 1 ECF No. 1503 | 29:25 | Maximize | Maximizes | Screven |
| Day 1 ECF No. 1503 | 35:11 | Rimimi | Rimini | Screven |
| Day 1 ECF No. 1503 | 40:24 | Rimimi | Rimini | Screven |
| Day 1 ECF No. 1503 | 72:11 | fixed | fix | Screven |
| Day 1 ECF No. 1503 | 76:3 | Sustained | Sustaining | Screven |
| Day 1 ECF No. 1503 | 89:20 | DDX-12 | DDX-1.12 | Ravin |
| Day 1 ECF No. 1503 | 92:20 | stated 2012 | started in 2012 | Ravin |
| Day 1 ECF No. 1503 | 103:9 | depositioned | deposition | Ravin |
| Day 1 ECF No. 1503 | 104:20 | delivers | delivered | Ravin |
| Day 1 ECF No. 1503 | 108:18 | that are | that's our | Ravin |
| Day 1 ECF No. 1503 | 111:8-9 | "The question, today," | the question, "Today," | Ravin |
| Day 1 ECF No. 1503 | 123:7 | compete. At | compete and at | Ravin |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 1 ECF No. 1503 | 123:19 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 124:13 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 129:24 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 131:7 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 131:10 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 136:22 | court | code | Ravin |
| Day 1 ECF No. 1503 | 141:12 | distribute | distributed | Ravin |
| Day 1 ECF No. 1503 | 144:4 | state | stayed | Ravin |
| Day 1 ECF No. 1503 | 149:4 | resources are in the would | resources in the world | Ravin |
| Day 1 ECF No. 1503 | 155:24 | Fortunately | Unfortunately | Ravin |
| Day 1 ECF No. 1503 | 158:7 | Sava | Saba | Ravin |
| Day 1 ECF No. 1503 | 158:11 | Sava | Saba | Ravin |
| Day 1 ECF No. 1503 | 158:15 | Sava | Saba | Ravin |
| Day 1 ECF No. 1503 | 160:22 | received | receive | Ravin |
| Day 1 ECF No. 1503 | 161:8 | Spark | SPARC | Ravin |
| Day 1 ECF No. 1503 | 164:12 | Isaccson's | Isaacson's | Ravin |
| Day 1 ECF No. 1503 | 165:22 | are also | are you also | Ravin |
| Day 1 ECF No. 1503 | 169:19 | clients | client | Ravin |
| Day 1 ECF No. 1503 | 186:6 | it's an innovative | it's innovative | Ravin |
| Day 1 ECF No. 1503 | 197:2 | this | these | Ravin |
| Day 1 ECF No. 1503 | 201:2 | having | have a | Ravin |
| Day 1 ECF No. 1503 | 201:18 | this are | these are | Ravin |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 1 ECF No. 1503 | 207:18 | twice | price | Ravin |
| Day 1 ECF No. 1503 | 209:19 | first, Bill, please | first build, please | Ravin |
| Day 1 ECF No. 1503 | 212:14 | Isaccson's | Isaacson's | Ravin |
| Day 1 ECF No. 1503 | 223:5 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 223:7 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 223:11 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 223:19 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 224:1 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 224:8 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 224:15 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 226:8 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 233:20 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 233:21 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 241:18 | notice. Attached an eco-signed | notice attached to an EchoSign | Ravin |
| Day 1 ECF No. 1503 | 245:2 | AWF | AFW | Ravin |
| Day 1 ECF No. 1503 | 247:12 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 250:11 | COE | CEO | Ravin |
| Day 1 ECF No. 1503 | 260:22 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 263:23 | Rimimi | Rimini | Ravin |
| Day 1 ECF No. 1503 | 265:21 | Rimimi | Rimini | Ravin |
| Day 2 ECF No. 1504 | 291:10 | Rimini 1.0 | Rimini I | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 293:3 | in written | written in | Frederiksen-Cross |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 2 ECF No. 1504 | 295:20 | licensed | layered | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 352:15 | its | it | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 353:8 | replies | relies | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 356:17 | instance | instances | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 411:16 | Fredericksen-Cross's | Frederiksen-Cross's | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 412:15 | there expert going to | their expert is going to | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 412:25 | Fredericksen-Cross's | Frederiksen-Cross's | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 425:6 | believe was | believe there were | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 427:18 | here's are | here are | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 488:5-6 | something is derivative | something is a derivative | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 488:14 | I have | I was | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 489:22 | oral | Oracle | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 490:24 | we have of MD5 | we have MD5 | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 493:6 | customary | customer | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 494:16 | not independent | not an independent | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 506:10 | Fredericksen-Cross's | Frederiksen-Cross's | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 520:16 | Client Atmos Energy Environment's | Client Atmos Energy's environment | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 528:12 | roles | rolls | Frederiksen-Cross |
| Day 2 ECF No. 1504 | 531:22 | cross-use | cross-used | Frederiksen-Cross |
| Day 3 ECF No. 1505 | 569:8 | need be compiled | need to be compiled | Frederiksen-Cross |
| Day 3 ECF No. 1505 | 574:9-10 | actually Oracle | actually Rimini | Frederiksen-Cross |
| Day 3 ECF No. 1505 | 631:23 | reply to | say | Jacob |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 3 ECF No. 1505 | 634:8 | from | with | Jacob |
| Day 3 ECF No. 1505 | 634:21-22 | might be 20 characters. | might be to make it 20 characters. | Jacob |
| Day 3 ECF No. 1505 | 644:14 | Gira | Jira | Jacob |
| Day 3 ECF No. 1505 | 646:16 | as was the | as it was a new | Jacob |
| Day 3 ECF No. 1505 | 650:18 | Due | Do | Jacob |
| Day 3 ECF No. 1505 | 652:20 | the system 58 | the system code 58A | Jacob |
| Day 3 ECF No. 1505 | 666:7 | development tested multiple | development, test, multiple | Benge |
| Day 3 ECF No. 1505 | 666:17 | working do | working to do | Benge |
| Day 4 ECF No. 1506 | 796:15 | AWUS | AWS | Benge |
| Day 4 ECF No. 1506 | 800:17 | contained | contain | Benge |
| Day 4 ECF No. 1506 | 936:23 | it | you | Allison |
| Day 4 ECF No. 1506 | 943:8 | license | licenses | Allison |
| Day 4 ECF No. 1506 | 953:16 | supports | support | Allison |
| Day 4 ECF No. 1506 | 956:10 | that ply | that apply to | Allison |
| Day 5 ECF No. 1507 | 967:22 | gives | give | Allison |
| Day 5 ECF No. 1507 | 972:21 | software | suffer | Allison |
| Day 5 ECF No. 1507 | 987:18 | 5 | 55 | Allison |
| Day 5 ECF No. 1507 | 999:8 | we he could | we could | Allison |
| Day 5 ECF No. 1507 | 1086:18 | Larry Ellis | Larry Ellison | Catz |
| Day 5 ECF No. 1507 | 1102:23 | they're | there's | Tahtaras |
| Day 5 ECF No. 1507 | 1116:1 | HC101507 | HCM101507 | Tahtaras |
| Day 5 ECF No. 1507 | 1124:11 | HCM103943 | HCM103493 | Tahtaras |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
| --- | --- | --- | --- | --- |
| Day 5 ECF No. 1507 | 1127:10-11 | copied outright -- and a copy to | copied to | Tahtaras |
| Day 5 ECF No. 1507 | 1148:6 | true | used | Tahtaras |
| Day 5 ECF No. 1507 | 1148:21-22 | prepare all the getting that's | compare all that they're getting and it's | Tahtaras |
| Day 5 ECF No. 1507 | 1149:7 | your | you're | Tahtaras |
| Day 5 ECF No. 1507 | 1149:18 | you | you're | Tahtaras |
| Day 5 ECF No. 1507 | 1155:20 | You have ever | Have you ever | Cauthen |
| Day 5 ECF No. 1507 | 1160:9 | client's Oracle | clients' Oracle | Cauthen |
| Day 5 ECF No. 1507 | 1167:1 | particular DAT file | particular DAT files | Cauthen |
| Day 5 ECF No. 1507 | 1169:7 | accept | except | Cauthen |
| Day 5 ECF No. 1507 | 1189:21 | processed 2.0 | Process 2.0 | Cauthen |
| Day 5 ECF No. 1507 | 1189:23 | use | uses | Cauthen |
| Day 5 ECF No. 1507 | 1198:9 | functioning | function of | Cauthen |
| Day 5 ECF No. 1507 | 1205:17 | have | had | Cauthen |
| Day 5 ECF No. 1507 | 1207:2-3 | analysis, did you not do | analysis, you did not do | Cauthen |
| Day 5 ECF No. 1507 | 1207:18 | Fredericksen-Cross's | Frederiksen-Cross's | Cauthen |
| Day 5 ECF No. 1507 | 1214:11 | if Rimini engineer | if a Rimini engineer | Cauthen |
| Day 5 ECF No. 1507 | 1225:15 | I understand did you an experiment | I understand you did an experiment | Cauthen |
| Day 5 ECF No. 1507 | 1232:19 | you that didn't | that you didn't | Conley |
| Day 6 ECF No. 1508 | 1331:1 | sold them | saw them | Conley |
| Day 6 ECF No. 1508 | 1335:25 | even any | even with any | Conley |
| Day 6 ECF No. 1508 | 1359:11 | that the was database has been produced | that was the database produced | Conley |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 6 ECF No. 1508 | 1365:19 | CopyRSIFileFromClientsToClient | CopyRSIFileFromClientToClient | Hicks |
| Day 6 ECF No. 1508 | 1369:4 | entire file copied | entire file is copied | Hicks |
| Day 6 ECF No. 1508 | 1372:13 | it's not have | it's not in | Hicks |
| Day 6 ECF No. 1508 | 1386:5 | folder order | folder in order | Hicks |
| Day 6 ECF No. 1508 | 1403:25 | wasn't attempted to be | wasn't intended to be | Hicks |
| Day 6 ECF No. 1508 | 1410:5 | same exact same modifications | exact same modifications | Hicks |
| Day 6 ECF No. 1508 | 1410:10 | had worry about | had to worry about | Hicks |
| Day 6 ECF No. 1508 | 1411:14 | and let's a walk | and let's walk | Hicks |
| Day 6 ECF No. 1508 | 1423:25 | modified | modify | Mackereth |
| Day 6 ECF No. 1508 | 1424:6 | JD software | JDE software | Mackereth |
| Day 6 ECF No. 1508 | 1425:10 | update | updates | Mackereth |
| Day 6 ECF No. 1508 | 1429:3 | JDE Edwards | JD Edwards | Mackereth |
| Day 6 ECF No. 1508 | 1429:12 | JD Edward | JD Edwards | Mackereth |
| Day 6 ECF No. 1508 | 1430:1 | support code | source code | Mackereth |
| Day 6 ECF No. 1508 | 1430:24 | customer | customers | Mackereth |
| Day 6 ECF No. 1508 | 1442:16 | has | have | Mackereth |
| Day 6 ECF No. 1508 | 1443:5 | EBT | EBS | Mackereth |
| Day 6 ECF No. 1508 | 1456:7 | the client's own that software | the clients own that software | Mackereth |
| Day 6 ECF No. 1508 | 1469:24 | Siebel's | Siebel | Mackereth |
| Day 6 ECF No. 1508 | 1479:9 | techs | tax | Mackereth |
| Day 6 ECF No. 1508 | 1490:25 | this | they | Mackereth |
| Day 6 ECF No. 1508 | 1499:5 | violation, discipline | violation, if discipline | Mackereth |

RIMINI'S NOTICE OF TRIAL TRANSCRIPT ERRATA
CASE NO. 2:14-CV-01699-MMD-DJA

Gibson, Dunn & Crutcher LLP

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 6 ECF No. 1508 | 1533:6-7 | patches, updates, whatnot, for | patches, updates, and fixes for | Adler |
| Day 6 ECF No. 1508 | 1538:3 | hours an hours | hours and hours | Rowe |
| Day 6 ECF No. 1508 | 1540:9 | understanding it | understanding is that it | Rowe |
| Day 6 ECF No. 1508 | 1541:6 | I think at that level unless | I think, at that level, unless | Rowe |
| Day 6 ECF No. 1508 | 1550:10 | whether | when | Rowe |
| Day 6 ECF No. 1508 | 1551:11 | a better comparison | a better option by comparison | Rowe |
| Day 7 ECF No. 1512 | 1572:25 | general ledger AP, | general ledger, AR, | Jackson |
| Day 7 ECF No. 1512 | 1573:23 | birch factors | brix factors | Jackson |
| Day 7 ECF No. 1512 | 1579:17 | upgrades we needed | updates we needed | Jackson |
| Day 7 ECF No. 1512 | 1579:25 | upgrades for 2016 | updates for 2016 | Jackson |
| Day 7 ECF No. 1512 | 1586:2-3 | of Oracle around | Oracle had around | Jackson |
| Day 7 ECF No. 1512 | 1592:7 | models | modules | Jackson |
| Day 7 ECF No. 1512 | 1602:5 | figure | figured | Jackson |
| Day 7 ECF No. 1512 | 1612:8 | Agil, and Agil | Agile, and Agile | Slepko |
| Day 7 ECF No. 1512 | 1612:11 | Agil | Agile | Slepko |
| Day 7 ECF No. 1512 | 1633:25 | you're attention | your attention | Slepko |
| Day 7 ECF No. 1512 | 1646:24 | emergency | urgency | Slepko |
| Day 7 ECF No. 1512 | 1652:2 | being | be | Slepko |
| Day 7 ECF No. 1512 | 1652:23 | believe our | believe all our | Slepko |
| Day 7 ECF No. 1512 | 1654:16 | Mr. Gray | Mr. Grady | Slepko |
| Day 7 ECF No. 1512 | 1656:4 | what implications | what the implications | Slepko |
| Day 7 ECF No. 1512 | 1656:11 | 27 AUP | 2017 AUP | Slepko |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 7 ECF No. 1512 | 1657:23 | your | our | Slepko |
| Day 7 ECF No. 1512 | 1660:21 | as I was | I was | McDaniel |
| Day 7 ECF No. 1512 | 1662:20 | management cybersecurity | management, cybersecurity | McDaniel |
| Day 7 ECF No. 1512 | 1667:20 | to used | to be used | McDaniel |
| Day 7 ECF No. 1512 | 1688:14 | I was wasn't | I wasn't | McDaniel |
| Day 7 ECF No. 1512 | 1699:21 | to could | that could | McDaniel |
| Day 7 ECF No. 1512 | 1708:23 | a details | the details | Pinto |
| Day 7 ECF No. 1512 | 1711:1 | integrator, and test there | integrate, and test their | Pinto |
| Day 7 ECF No. 1512 | 1715:6 | Fredericksen-Cross's | Frederiksen-Cross's | Pinto |
| Day 7 ECF No. 1512 | 1716:25 | functionally | functionality | Pinto |
| Day 7 ECF No. 1512 | 1719:7 | appreciate | appreciation | Pinto |
| Day 7 ECF No. 1512 | 1737:13-14 | with Mr. Jackson of Welch's Foods talk | when Mr. Jackson of Welch's Foods talked | Pinto |
| Day 7 ECF No. 1512 | 1739:9 | review the | review of the | Pinto |
| Day 8 ECF No. 1513 | 1784:1 | Legally | Legality | Pinto |
| Day 8 ECF No. 1513 | 1792:1 | go row | go to row | Pinto |
| Day 8 ECF No. 1513 | 1814:9 | receive | received | Orszag |
| Day 8 ECF No. 1513 | 1818:14 | how do they this interact | how do they interact | Orszag |
| Day 8 ECF No. 1513 | 1824:23 | there is | there are | Orszag |
| Day 8 ECF No. 1513 | 1832:16 | heard that that from | heard that from | Orszag |
| Day 8 ECF No. 1513 | 1835:21 | I know you're not expert | I know you're not an expert | Orszag |
| Day 8 ECF No. 1513 | 1856:4 | 892 of 655 is | 892 of 955 leaves | Orszag |
| Day 8 ECF No. 1513 | 1856:23-24 | to determining | to determine | Orszag |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 8 ECF No. 1513 | 1859:1 | they not consider | they did not consider | Orszag |
| Day 8 ECF No. 1513 | 1868:21 | consist | consistent | Orszag |
| Day 8 ECF No. 1513 | 1872:6 | Suites | Suite | Orszag |
| Day 8 ECF No. 1513 | 1873:2 | Suites | Suite | Orszag |
| Day 8 ECF No. 1513 | 1888:16 | Suites | Suite | Orszag |
| Day 8 ECF No. 1513 | 1889:1 | Suites | Suite | Orszag |
| Day 8 ECF No. 1513 | 1918:16-17 | their are own | their own | Rubin |
| Day 8 ECF No. 1513 | 1921:14 | are whole lot | are a whole lot | Rubin |
| Day 9 ECF No. 1514 | 1936:22 | statement | statements | Rubin |
| Day 9 ECF No. 1514 | 1939:8-9 | business mission owners and security technology | business/mission owners and security/technology | Rubin |
| Day 9 ECF No. 1514 | 1969:20-21 | one or two times each time | one or two hours each time | Rubin |
| Day 9 ECF No. 1514 | 1990:15-16 | "Most" customers "avoid patching | "Most organizations avoid patching | Rubin |
| Day 9 ECF No. 1514 | 1998:6 | to go AT&T Labs | to go to AT&T Labs | Rubin |
| Day 9 ECF No. 1514 | 1998:19 | article's | articles | Rubin |
| Day 9 ECF No. 1514 | 2002:22 | organization | organizations | Rubin |
| Day 9 ECF No. 1514 | 2003:18 | that is other ways | that are other ways | Rubin |
| Day 9 ECF No. 1514 | 2011:10 | leaking of database | leaking of data | Rubin |
| Day 9 ECF No. 1514 | 2018:3 | new security | cybersecurity | Rubin |
| Day 9 ECF No. 1514 | 2022:17 | can users | users can | Rubin |
| Day 9 ECF No. 1514 | 2026:16 | Mr. Herd | Mr. Hurd | Rubin |
| Day 9 ECF No. 1514 | 2026:18-19 | behind us in | behind in | Rubin |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 9 ECF No. 1514 | 2041:1 | zero | zero-day | Rubin |
| Day 9 ECF No. 1514 | 2055:25 | Cisos | Cisco | Rubin |
| Day 9 ECF No. 1514 | 2058:25 | recommend | recommended | Rubin |
| Day 9 ECF No. 1514 | 2060:2 | prepare | compare | Rubin |
| Day 9 ECF No. 1514 | 2078:11 | D-1277 | D-2077 | Lyskawa |
| Day 9 ECF No. 1514 | 2093:21 | development | developments | Davenport |
| Day 9 ECF No. 1514 | 2095:13 | this is the development team and the BA and Q | the development team and the BA and QA | Davenport |
| Day 9 ECF No. 1514 | 2096:23 | In what (indecipherable) do you do that? | In what situations do you do that? | Davenport |
| Day 9 ECF No. 1514 | 2097:24 | the short | a short | Davenport |
| Day 9 ECF No. 1514 | 2101:22 | test, so not | test, so no, not | Davenport |
| Day 9 ECF No. 1514 | 2103:24-25 | a DMS -- maybe something that, you know, overwrote | a DMS ran, it may be that something overwrote | Davenport |
| Day 9 ECF No. 1514 | 2119:12 | aspect | process | Davenport |
| Day 9 ECF No. 1514 | 2125:9 | management in technology | management and technology | Lanchak |
| Day 9 ECF No. 1514 | 2128:4 | brought in | brought in to | Lanchak |
| Day 9 ECF No. 1514 | 2130:3 | Fredericksen-Cross | Frederiksen-Cross | Lanchak |
| Day 9 ECF No. 1514 | 2136:3 | in the JD Edwards world | in JD Edwards World | Lanchak |
| Day 9 ECF No. 1514 | 2136:4 | nineties, and the | nineties.  The | Lanchak |
| Day 9 ECF No. 1514 | 2138:18 | developer had | developer that had | Lanchak |
| Day 9 ECF No. 1514 | 2139:12-13 | very easy to the use | very easy for the user | Lanchak |
| Day 9 ECF No. 1514 | 2140:16 | Cat | Cap | Lanchak |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 9 ECF No. 1514 | 2141:23 | a somewhat forensic review | a forensic review | Lanchak |
| Day 9 ECF No. 1514 | 2142:14 | are | of | Lanchak |
| Day 9 ECF No. 1514 | 2146:9 | there is | there, is | Lanchak |
| Day 9 ECF No. 1514 | 2148:11 | reaves | reuse | Lanchak |
| Day 9 ECF No. 1514 | 2148:17 | and anything | in anything | Lanchak |
| Day 9 ECF No. 1514 | 2148:24 | MAS | MAST | Lanchak |
| Day 9 ECF No. 1514 | 2149:22-23 | training, here's how you do software implementation, and | training—"here's how you do software implementation"—and | Lanchak |
| Day 9 ECF No. 1514 | 2150:25 | I mean -- and pseudocode | And pseudocode | Lanchak |
| Day 9 ECF No. 1514 | 2162:11 | MAS sweep | MAST suite | Lanchak |
| Day 9 ECF No. 1514 | 2167:7 | a whole nuther | a whole other | Lanchak |
| Day 9 ECF No. 1514 | 2168:14 | or their | for their | Lanchak |
| Day 9 ECF No. 1514 | 2170:5 | upgrade, it's | upgrade because it's | Lanchak |
| Day 9 ECF No. 1514 | 2170:10 | regulatory | regulatory updates | Lanchak |
| Day 9 ECF No. 1514 | 2173:3 | licensed | license | Lanchak |
| Day 9 ECF No. 1514 | 2173:6 | licensing | licenses | Lanchak |
| Day 10 ECF No. 1515 | 2195:2 | I Series | iSeries | Loftus |
| Day 10 ECF No. 1515 | 2195:11 | Key Series | zSeries | Loftus |
| Day 10 ECF No. 1515 | 2202:6 | customized, and we | customized—and we | Loftus |
| Day 10 ECF No. 1515 | 2202:7 | as well, that | as well—that | Loftus |
| Day 10 ECF No. 1515 | 2202:15 | off on-premise | off of on-premise | Loftus |
| Day 10 ECF No. 1515 | 2206:7 | this, correct | this case, correct | Loftus |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 10 ECF No. 1515 | 2218:4 | a policy | the policy | Loftus |
| Day 10 ECF No. 1515 | 2226:13-14 | Program Manager of Premium from the sales leader | product champion to a senior director in sales | Loftus |
| Day 10 ECF No. 1515 | 2227:14 | Schreiber | Schebe | Loftus |
| Day 10 ECF No. 1515 | 2278:5 | Our estimate at the time was by three | Our estimate, at the time, was three | Martin |
| Day 10 ECF No. 1515 | 2283:11 | technology gained | knowledge gained | Martin |
| Day 10 ECF No. 1515 | 2283:15 | worked to PBS&J | worked at PBS&J | Martin |
| Day 10 ECF No. 1515 | 2293:3 | alumnus | alumni | Astrachan |
| Day 10 ECF No. 1515 | 2294:5 | time | times | Astrachan |
| Day 10 ECF No. 1515 | 2297:6 | avoid | avoided | Astrachan |
| Day 10 ECF No. 1515 | 2297:18 | that that | that | Astrachan |
| Day 10 ECF No. 1515 | 2299:2 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2303:22-23 | Oracle product | Oracle work product | Astrachan |
| Day 10 ECF No. 1515 | 2306:11 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2306:15 | P-523 | P-2523 | Astrachan |
| Day 10 ECF No. 1515 | 2306:17 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2306:23 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2307:16 | none | not | Astrachan |
| Day 10 ECF No. 1515 | 2316:4 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2319:5-6 | on the Rimini's | on Rimini's | Astrachan |
| Day 10 ECF No. 1515 | 2322:17 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2323:13 | Workpad | WordPad | Astrachan |

RIMINI'S NOTICE OF TRIAL TRANSCRIPT ERRATA
CASE NO. 2:14-CV-01699-MMD-DJA

Gibson, Dunn & Crutcher LLP

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 10 ECF No. 1515 | 2325:25 | that tech spec | the tech spec | Astrachan |
| Day 10 ECF No. 1515 | 2326:3 | receives | received | Astrachan |
| Day 10 ECF No. 1515 | 2328:6 | P-6349.7327 | P-6349.17327 | Astrachan |
| Day 10 ECF No. 1515 | 2328:20 | boxes were a change | boxes is a change | Astrachan |
| Day 10 ECF No. 1515 | 2329:7 | derivative | a derivative | Astrachan |
| Day 10 ECF No. 1515 | 2331:23 | modifying | modify | Astrachan |
| Day 10 ECF No. 1515 | 2334:5 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2344:9 | its run | is run | Astrachan |
| Day 10 ECF No. 1515 | 2352:13 | W119 | W as 119 | Astrachan |
| Day 10 ECF No. 1515 | 2352:23 | ApplyDif | ApplyDiff | Astrachan |
| Day 10 ECF No. 1515 | 2359:15 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2362:24 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2363:1 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2363:15 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2364:5 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2364:16 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2364:21 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2367:16 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2369:21 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2369:25 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2370:24 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2371:15 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 10 ECF No. 1515 | 2371:17 | example, might | example, and might | Astrachan |
| Day 10 ECF No. 1515 | 2371:23 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2372:3 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2372:13 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2375:21 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2380:17 | updating its software | updating software | Astrachan |
| Day 10 ECF No. 1515 | 2383:11 | sequent | subsequent | Astrachan |
| Day 10 ECF No. 1515 | 2385:9 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2385:11 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2387:2 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2387:5 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2391:2 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2391:20 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2391:24 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2397:2 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2399:9 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2400:2 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2403:5 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2403:13 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2403:25 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2405:20 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2424:1 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |

RIMINI'S NOTICE OF TRIAL TRANSCRIPT ERRATA
CASE NO. 2:14-CV-01699-MMD-DJA

Gibson, Dunn & Crutcher LLP

| Transcript Day / ECF No. | Page / Line | Original | Correction | Witness |
|---|---|---|---|---|
| Day 10 ECF No. 1515 | 2432:6 | much | such | Astrachan |
| Day 10 ECF No. 1515 | 2451:18-19 | all of the | all have the | Astrachan |
| Day 10 ECF No. 1515 | 2452:21 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2454:3 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2454:4 | Fredericksen-Cross's | Frederiksen-Cross's | Astrachan |
| Day 10 ECF No. 1515 | 2455:20 | Fredericksen-Cross | Frederiksen-Cross | Astrachan |
| Day 10 ECF No. 1515 | 2467:9 | they | you | Astrachan |
| Day 10 ECF No. 1515 | 2470:18 | is something | is that something | Astrachan |
| Day 10 ECF No. 1515 | 2484:8 | policies | policy | Campbell |
| Day 10 ECF No. 1515 | 2499:24 | Fredericksen-Cross | Frederiksen-Cross | Campbell |
| Day 11 ECF No. 1516 | 2523:24 | Customers | For customers | Campbell |
| Day 11 ECF No. 1516 | 2546:5 | Text back | Tech spec | Frederiksen-Cross |
| Day 11 ECF No. 1516 | 2558:3-4 | that it's been | that it's within | Frederiksen-Cross |
| Day 11 ECF No. 1516 | 2562:17 | a specification attaching code | a specification attaches code | Frederiksen-Cross |
| Day 11 ECF No. 1516 | 2568:5-6 | Oracle code that's not, and they have never | Oracle code – it's not – and they have never | Frederiksen-Cross |

Dated: February 22, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Eric D. Vandevelde*
              Eric D. Vandevelde

*Attorneys for Defendants/ Counterclaimants Rimini Street, Inc., and Seth Ravin*