1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)

2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101

3  Telephone:     702.382.7300
   Facsimile:      702.382.2755

4  rpocker@bsfllp.com

5

6  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

7  WILLIAM A. ISAACSON (pro hac vice)
   KAREN DUNN (pro hac vice)

8  2001 K Street, NW
   Washington, DC 20006

9  Telephone:     202.223.7300
   Facsimile:      202.223.7420

10 wisaacson@paulweiss.com
   kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
benjamin.smith@morganlewis.com

JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
jim.maroulis@oracle.com

*Attorneys for Plaintiffs and
Counterdefendants Oracle International
Corporation and Oracle America, Inc.*

11

12

13

14                      UNITED STATES DISTRICT COURT

15                            DISTRICT OF NEVADA

16  ORACLE INTERNATIONAL CORP., a
   California corporation, and ORACLE

17  AMERICA, INC., a Delaware corporation,

18                 Plaintiffs/Counterdefendants,
       v.

19
   RIMINI STREET, INC., a Nevada corporation,

20  and SETH RAVIN, an individual,

21                 Defendants/Counterclaimants.

**Case No.  2:14-cv-01699-MMD-DJA**

**ORACLE INTERNATIONAL
CORPORATION AND ORACLE
AMERICA, INC.'S NOTICE OF
WITHDRAWAL OF COUNSEL**

22

23

24

25

26

27

28

DB3/ 204553458.1

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc., (collectively "Oracle"), Jacob J.O. Minne has left and is no longer associated with the law firm of Morgan, Lewis & Bockius LLP. Consequently, Oracle hereby withdraws Mr. Minne as its counsel of record, and respectfully requests that the Court and the parties remove Mr. Minne from all further notices.

The law firm of Morgan, Lewis & Bockius LLP continues to represent Oracle in this matter.

DATED: July 14, 2023                    MORGAN, LEWIS & BOCKIUS LLP


By:    _/s/ Benjamin P. Smith_____
                    Benjamin P. Smith

Attorneys for Plaintiffs and Counterdefendants
Oracle International Corporation and Oracle
America, Inc.


IT IS SO ORDERED:

DATED: _7/18/2023_____

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on the 14th day of July 2023, I electronically transmitted the

3

foregoing **ORACLE INTERNATIONAL CORPORATION AND ORACLE AMERICA,**

4

**INC.'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the

5

CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this

6

matter; all counsel being registered to receive Electronic Filing.

7

8

DATED:  July 14, 2023                                    MORGAN, LEWIS & BOCKIUS LLP

9

10

By:  _____ */s/ Benjamin P. Smith* _____
                                                    Benjamin P. Smith

11

12                                                     Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                                    America, Inc. and Oracle International
13                                                     Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1