AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Oracle International Corporation, Oracle America, Inc.

                Plaintiffs,

    v.

Rimini Street, Inc., Seth Ravin

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:14-cv-01699-MMD-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Plaintiffs, Oracle America, Inc., Oracle International Corporation, and against Defendants, Rimini Street, Inc., Seth Ravin,  as specified in the concurrently issued Bench Order ECF. No. [1536].

07/24/2023
Date

    DEBRA K. KEMPI
Clerk

   /s/ A. Zamora
Deputy Clerk