# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>        Plaintiffs/Counterdefendants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>        Defendants/Counterclaimants. | Case No.  2:14-cv-01699-MMD-DJA<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE AND EXHIBIT PAGE LIMITS FOR MOTION FOR ATTORNEYS' FEES AND COSTS** |

1

ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE AND
EXHIBIT PAGE LIMIT FOR MOTION FOR ATTORNEYS' FEES AND COSTS

1    Plaintiffs Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and
2    Defendants Rimini Street, Inc. ("Rimini") and Seth Ravin (together, "Defendants") (collectively,
3    "Parties") jointly submit this Stipulation and [Proposed] Order.
4    WHEREAS, on July 24, 2023, the Court issued a Bench Order ruling on the Parties' claims
5    (ECF No. 1536);
6    WHEREAS, the Parties have met and conferred and mutually agree to extend the deadline
7    for any motion for attorneys' fees and bill of costs and responses thereto;
8    WHEREAS, the current deadline for any motion for attorneys' fees and bill of costs is
9    August 7, 2023 (Fed. R. Civ. P. 54(d)(2)(B)(i), Local Rule 54-1(a));
10   WHEREAS, the current deadline for the opposition to any motion for attorneys' fees and
11   objections to any bill of costs is August 21, 2023 (Local Rule 7-2(b), Local Rule 54-1(c));
12   WHEREAS, to give the Parties sufficient time to prepare their motion(s) and opposition(s)
13   and the voluminous supporting evidence, the Parties agree to extend the deadline for any motion
14   for attorneys' fees and bill of costs to November 6, 2023, and the deadline for the opposition to
15   any motion for attorneys' fees and objections to any bill of costs to February 20, 2024;
16   WHEREAS, the Parties further agree that good cause supports an expansion of the current
17   100-page limit for exhibits accompanying motions (ECF No. 1240 (Order) at 6) to allow for up to
18   10,000 pages of evidentiary exhibits (most of which relate to counsel's billing records and the
19   entries therein) in conjunction with any motion for attorneys' fees and bill of costs, pending
20   approval by the Court;
21   WHEREAS, consistent with the Court's prior order, the Parties agree that they will
22   "thoroughly review the evidentiary exhibits, [] organize them in an easily understood and accurate
23   manner, and [] limit the documents submitted to only those that are necessary for the Court to
24   analyze" in assessing any motion for attorneys' fees and bill of costs (*Rimini I*, ECF No. 1552
25   (Order re Add'l Pages) at 1);
26   WHEREAS, consistent with the Court's *Rimini I* order regarding the production of
27   documents relating to Oracle's prior motion for attorneys' fees and costs (*Rimini I*, ECF No. 988
28   at 3), the Parties agree that, on or before any Party files a motion for attorneys' fees and bill of

costs, that Party will produce (1) the engagement letter and fee agreements between the Party and its outside counsel (including all firms for which the filing Party is seeking fees in this litigation), covering the entire time period the filing Party is seeking fees, and (2) any guidelines the filing Party provided counsel regarding billing and representation, covering the entire time period the filing Party is seeking fees;

THEREFORE, the Parties stipulate, and request that the Court order, that: (i) the deadline to file any motion for attorneys' fees and bill of costs be moved from August 7, 2023, to November 6, 2023; (ii) the deadline for an opposition to any motion for attorneys' fees and objections to any bill of costs be set for February 20, 2024; and (iii) the page limit for exhibits is expanded to 10,000 pages of evidentiary exhibits for any motion for attorneys' fees and bill of costs.

| | |
|---|---|
| Dated: August 3, 2023 | Dated: August 3, 2023 |
| MORGAN, LEWIS & BOCKIUS LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Benjamin P. Smith<br>Benjamin P. Smith | By: /s/ Eric D. Vandevelde<br>Eric D. Vandevelde |
| *Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.* | *Attorneys for Defendants and Counterclaimants Rimini Street, Inc., and Seth Ravin* |

**IT IS SO ORDERED.**

DATED THIS 4th Day of August 2023.

_____

MIRANDA M. DU

CHIEF UNITED STATES DISTRICT JUDGE