| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:     702.382.2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>benjamin.smith@morganlewis.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (pro hac vice)<br>KAREN DUNN (pro hac vice)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:    202.223.7300<br>Facsimile:     202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:     650.506.7114<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>          Plaintiffs/Counterdefendants,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>          Defendants/Counterclaimants. | **Case No.  2:14-cv-01699-MMD-DJA**<br><br>**ORACLE INTERNATIONAL CORPORATION AND ORACLE AMERICA, INC.'S NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc., (collectively "Oracle"), David Richard Kocan has left and is no longer associated with the law firm of Morgan, Lewis & Bockius LLP.

Consequently, Oracle hereby withdraws Mr. Kocan as its counsel of record, and respectfully requests that the Court and the parties remove Mr. Kocan from all further notices.

The law firm of Morgan, Lewis & Bockius LLP continues to represent Oracle in this matter.

DATED: August 9, 2023           MORGAN, LEWIS & BOCKIUS LLP

                                By:    */s/ Benjamin P. Smith*
                                       Benjamin P. Smith

                                Attorneys for Plaintiffs and Counterdefendants
                                Oracle International Corporation and Oracle
                                America, Inc.

IT IS SO ORDERED:

DATED: 8/10/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1
ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 2:14-cv-01699-MMD-DJA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August 2023, I electronically transmitted the foregoing **ORACLE INTERNATIONAL CORPORATION AND ORACLE AMERICA, INC.'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  August 9, 2023         MORGAN, LEWIS & BOCKIUS LLP

By:      */s/ Benjamin P. Smith*
                Benjamin P. Smith

Attorneys for Plaintiffs and Counterdefendants
Oracle International Corporation and Oracle America, Inc.