| | |
|---|---|
| BOIES, SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:     702.382.2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>benjamin.smith@morganlewis.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:    202.223.7300<br>Facsimile:     202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:     650.506.7114<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs and Counterdefendants Oracle International Corporation and Oracle America, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>            Plaintiffs/ Counterdefendants,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>            Defendants/ Counterclaimants. | Case No.  2:14-cv-01699-MMD-DJA<br><br>**ORACLE INTERNATIONAL CORPORATION AND ORACLE AMERICA, INC.'S NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that counsel of record for Plaintiffs and Counterdefendants Oracle International Corporation, and Oracle America, Inc. (together "Oracle"), Dorian Daley has retired and is no longer associated with Oracle.

Consequently, Oracle hereby withdraws Ms. Daley as its counsel of record, and respectfully requests that the Court and the parties remove Ms. Daley from all further notices.

Oracle continues to be represented by in-house counsel James Maroulis, as well as the law firms of Boies Schiller Flexner LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; and Morgan, Lewis & Bockius LLP.

DATED: August 9, 2023            MORGAN, LEWIS & BOCKIUS LLP

                                 By:   /s/ Benjamin P. Smith
                                          Benjamin P. Smith

                                 Attorneys for Plaintiffs and Counterdefendants
                                 Oracle International Corporation and Oracle
                                 America, Inc.

IT IS SO ORDERED.

DATED: 8/10/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August 2023, I electronically transmitted the foregoing **ORACLE INTERNATIONAL CORPORATION'S AND ORACLE AMERICA, INC'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  August 9, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: _____*/s/ Benjamin P. Smith*_____
Benjamin P. Smith

Attorneys for Plaintiffs and Counterdefendants
Oracle International Corporation and Oracle America, Inc.