| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL G. LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>ILISSA S. SAMPLIN (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com | HOWARD & HOWARD ATTORNEYS<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com<br><br>RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>7251 West Lake Mead Blvd., Suite 300<br>Las Vegas, NV 89128<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (pro hac vice)<br>2001 M Street, N.W., Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7511<br>mark.perry@weil.com |

*Attorneys for Defendants and Counterclaimants Rimini Street, Inc., and Seth Ravin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., and ORACLE AMERICA, INC.,<br><br>    Plaintiffs/Counterdefendants,<br><br>  v.<br><br>RIMINI STREET, INC., and SETH RAVIN,<br><br>    Defendants/Counterclaimants. | Case No. 2:14-cv-01699-MMD-DJA<br><br>**RIMINI STREET, INC. AND SETH RAVIN'S NOTICE AND MOTION TO WITHDRAW COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the following counsels of record for Defendants and Counterclaimaints, Rimini Street, Inc. and Seth Ravin (together "Rimini") no longer represent Rimini in this matter: Megan Bannigan, James J. Pastore, and Jeffrey P. Cunard of DEBEVOISE & PLIMPTON (collectively "Debevoise") and David J. Niegowski, formerly of SHOOK HARDY & BACON.

Consequently, Rimini hereby withdraws Debevoise as its counsel of record, and respectfully requests that the Court and the parties remove Ms. Bannigan, Mr. Pastore, and Mr. Cunard of Debevoise from all further notices. Counsel for Shook Hardy & Bacon previously were withdrawn as counsel or record in this matter; and accordingly, Mr. Niegowski also should be removed from all further notices.

Rimini continues to be represented in this matter by its in-house counsel John P. Reilly; by counsel at GIBSON, DUNN & CRUTCHER LLP, including Jeffrey T. Thomas, Blaine H. Evanson, Joseph A. Gorman, Casey J. McCracken, Samuel G. Liversidge, Eric D. Vandevelde, and Ilissa S. Samplin; by Mark A. Perry of WEIL, GOTSHAL & MANGES LLP, and by Nevada counsel W. West Allen of HOWARD & HOWARD ATTORNEYS PLLC.

| DATED: September 29, 2023. | DATED: September 29, 2023. |
|---|---|
| **HOWARD AND HOWARD ATTORNEYS** | **DEBEVOISE & PLIMPTON** |
| /s/ W. West Allen | /s/ Megan K. Bannigan |
| W. West Allen | Megan K. Bannigan |

*Attorneys for Defendants and Counterclaimants Rimini Street, Inc., and Seth Ravin*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 10/2/2023

**CERTIFICATE OF ELECTRONIC FILING
AND CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on September 29, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

Executed on September 29, 2023    */s/ Victoria Agunos*
                                  Employee of Howard & Howard Attorneys PLLC

4872-5009-9322, v. 1