FILED

JAN 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION; ORACLE AMERICA, INC., <br><br>　　　Plaintiffs-counter-defendants-Appellees, <br><br>　v. <br><br> RIMINI STREET, INC.; SETH RAVIN, <br><br>　　　Defendants-counter-claimants-Appellants. | No.   23-16038 <br><br> D.C. No. 2:14-cv-01699-MMD-DJA <br> District of Nevada, Las Vegas <br><br> ORDER |

Before:  BYBEE and BUMATAY, Circuit Judges, and BENNETT,[*] District Judge.

The panel in No. 22-15188 has retained jurisdiction of this appeal.

The stay of appellate proceedings is lifted.  *See* Fed. R. App. P. 4(a)(4)(B)(i).

The court sua sponte expedites the briefing and hearing of this appeal.  *See* 9th Cir. General Order 3.3(f).  The opening brief and excerpts of record are due March 4, 2024.  The answering brief is due April 3, 2024.  The optional reply brief is due within 21 days after service of the answering brief.

No streamlined extensions of time will be approved.  *See* Ninth Circuit Rule 31-2.2(a)(1).  No written motions for extensions of time under Ninth Circuit Rule

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.

31-2.2(b) will be granted absent extraordinary and compelling circumstances.

The opposed motion for a stay of the district court's permanent injunction remains pending until further order of the court.

Oral argument will be set in a separate order.