# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ORACLE INTERNATIONAL CORPORATION, *et al.*,

    Plaintiffs,

v.

RIMINI STREET, INC., *et al.*,

    Defendants.

Case No. 2:14-cv-01699-MMD-DJA

ORDER

This was a software copyright and unfair competition dispute between Plaintiffs and Counter Defendants Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle") and Defendants and Counter Claimants Rimini Street, Inc., and Seth Ravin (collectively, "Rimini") generally regarding Rimini's unauthorized copying of Oracle's enterprise software into and from development environments created by Rimini for its clients, along with disputes regarding allegedly false statements in marketing and advertising and unfair competition. (ECF Nos. 1253 at 2, 1305 at 12-13.) Following a bench trial, the Court mostly—but not entirely—found in Oracle's favor and entered a permanent injunction against Rimini. (ECF Nos. 1536 ("Bench Order"), 1537 (the "Injunction"), 1538 ("Judgment").) The United States Court of Appeals for the Ninth Circuit vacated much of the Bench Order and the portions of the Injunction Rimini appealed in a published opinion in the end of 2024. (ECF No. 1617 (the "Opinion").) More recently, the Ninth Circuit issued its mandate on the Opinion, returning jurisdiction over the merits of this case to the Court. (ECF No. 1620.) The Court will accordingly order the parties to meet and confer on how to execute the Ninth Circuit's mandate and bring this case to a final resolution.

It is therefore ordered that the parties must meet and confer, and then file a joint status report with the Court by March 24, 2025, addressing the following topics: (1) how must the Court execute the Ninth Circuit's mandate, meaning what precise impacts does the Opinion have on the Bench Order, Injunction, and Judgment; (2) how should the Court proceed to expeditiously address the remaining issues in this case on remand; and (3) proposing a schedule to bring this case to final resolution.

DATED THIS 17th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE