**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants/Counterclaimants. | Case No. 2:14-cv-01699-MMD-DJA<br><br>**ORDER RE: JOINT STIPULATION REGARDING JOINT STATUS REPORT** |

**ORDER**

**IT IS ORDERED** that the deadline for the parties to submit a joint status report, previously set for March 31, 2025, is extended to April 1, 2025.

**IT IS SO ORDERED:**

_____
Hon. Miranda M. Du
United States District Judge

Dated: <u>April 1, 2025</u>