| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>William A. Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:     202.223.7300<br>Facsimile:      202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br><br>ORACLE CORPORATION<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs / Counterdefendants Oracle America, Inc. and Oracle International Corporation* | GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>Ilissa S. Samplin (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:  (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Blaine H. Evanson (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:  (949) 451-3800<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>1700 S. Pavilion Center Drive, Suite 330<br>Las Vegas, NV  89135<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (pro hac vice) 2001 M Street, N.W., Suite 600<br>Washington, D.C. 20036<br>Telephone:     202.682.7511<br>mark.perry@weil.com<br><br>*Attorneys for Defendants / Counterclaimants Rimini Street, Inc., and Seth Ravin* |

JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 2:14-CV-01699-MMD-DJA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., and ORACLE AMERICA, INC., <br><br> Plaintiffs/ Counterdefendants, <br><br> v. <br><br> RIMINI STREET, INC., and SETH RAVIN, <br><br> Defendants/ Counterclaimants. | CASE NO. 2:14-cv-01699-MMD-DJA <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING PROPOSED SCHEDULING ORDER; [PROPOSED] ORDER** <br><br> Judge:   Hon. Miranda M. Du |

Pursuant to the Court's April 21, 2025, order (Dkt. 1632), the parties submit the below proposed joint scheduling order.

| Date | Event |
|---|---|
| May 5, 2025 | Deadline for parties to submit proposed case schedule |
| May 21, 2025 (Wednesday) | Deadline for Parties to serve written discovery (limited to 12 RFPs, 15 RFAs, 10 ROGs) |
| June 20, 2025 (Friday) | Deadline for Parties to serve responses to written discovery |
| August 14, 2025 (Thursday) | Deadline for Parties to substantially complete production of documents in response to written discovery |
| August 15 – September 18, 2025 (Thursday) | Fact discovery (document review, resolution of discovery disputes, depositions limited to one 30(b)(6) deposition per side) |
| September 10, 2025 (Wednesday) | Rimini to identify expert witness(es) who will submit reports and a general description of their expected testimony |
| October 1, 2025 (Wednesday) | Oracle to identify expert witness(es) who will submit rebuttal reports and a general description of their expected testimony |
| October 9, 2025 (Thursday) | Deadline for Rimini to serve opening expert report on Section 117 |
| October 30, 2025 (Thursday) | Deadline for Oracle to serve rebuttal expert report on Section 117 |
| November 20, 2025 (Thursday) | Deadline for expert depositions |
| December 18, 2025 (Thursday) | Deadline to file hearing materials, including (i) deposition designations, (ii) witness and exhibit list, (iii) 20-page trial brief, and (iv) proposed FOF/COL (150-page limit) |
| Week of January 12-16, 2026 | One or two-day evidentiary hearing on Section 117 during this week |

| | |
|---|---|
| February 19, 2026 (Thursday) | Simultaneous motions (35-page limit) and proposed FOF/COL (150-page limit) |
| March 26, 2026 (Thursday) | Simultaneous oppositions (35-page limit) |
| April 16, 2026 (Thursday) | Simultaneous replies (25-page limit) |

Dated: May 5, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Benjamin P. Smith*
    Benjamin P. Smith

*Attorneys for Plaintiffs and Counterdefendants Oracle America, Inc. and Oracle International Corporation*

Dated: May 5, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
    Eric D. Vandevelde

*Attorneys for Defendants and Counterclaimants Rimini Street, Inc., and Seth Ravin*

# ORDER

Good cause appearing, the Court orders the following case schedule.

| Date | Event |
| --- | --- |
| May 5, 2025 | Deadline for parties to submit proposed case schedule |
| May 21, 2025 (Wednesday) | Deadline for Parties to serve written discovery (limited to 12 RFPs, 15 RFAs, 10 ROGs) |
| June 20, 2025 (Friday) | Deadline for Parties to serve responses to written discovery |
| August 14, 2025 (Thursday) | Deadline for Parties to substantially complete production of documents in response to written discovery |
| August 15 – September 18, 2025 (Thursday) | Fact discovery (document review, resolution of discovery disputes, depositions limited to one 30(b)(6) deposition per side) |
| September 10, 2025 (Wednesday) | Rimini to identify expert witness(es) who will submit reports and a general description of their expected testimony |
| October 1, 2025 (Wednesday) | Oracle to identify expert witness(es) who will submit rebuttal reports and a general description of their expected testimony |
| October 9, 2025 (Thursday) | Deadline for Rimini to serve opening expert report on Section 117 |
| October 30, 2025 (Thursday) | Deadline for Oracle to serve rebuttal expert report on Section 117 |
| November 20, 2025 (Thursday) | Deadline for expert depositions |
| December 18, 2025 (Thursday) | Deadline to file hearing materials, including (i) deposition designations, (ii) witness and exhibit list, (iii) 20-page trial brief, and (iv) proposed FOF/COL (150-page limit) |
| Week of January 12-16, 2026 | One or two-day evidentiary hearing on Section 117 during this week |
| February 19, 2026 (Thursday) | Simultaneous motions (35-page limit) and proposed FOF/COL (150-page limit) |
| March 26, 2026 (Thursday) | Simultaneous oppositions (35-page limit) |
| April 16, 2026 (Thursday) | Simultaneous replies (25-page limit) |

**IT IS ORDERED.**

_____
Hon. Miranda M. Du
United States District Judge

Dated:  May 6, 2025

**ATTESTATION OF FILER**

The signatories to this document are Benjamin P. Smith and me, and I have obtained his concurrence to file this document on his behalf.

Dated: May 5, 2025                           GIBSON, DUNN & CRUTCHER LLP

                                            By: /s/ Eric D. Vandevelde
                                                 Eric D. Vandevelde

                                            *Attorneys for Defendants/ Counterclaimants Rimini Street, Inc., and Seth Ravin*