| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>ILISSA S. SAMPLIN (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>BLAINE H. EVANSON (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>jgorman@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com<br><br>RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>1700 S. Pavilion Center Drive, Suite 330<br>Las Vegas, NV 89135<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (*pro hac vice*)<br>2001 M Street, N.W., Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7511<br>mark.perry@weil.com |

*Attorneys for Defendants/ Counterclaimants*
*Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., and ORACLE AMERICA, INC.,<br><br>　　　　Plaintiffs/ Counterdefendants,<br><br>　v.<br><br>RIMINI STREET, INC., and SETH RAVIN,<br><br>　　　　Defendants/ Counterclaimants. | Case No. 2:14-cv-01699-MMD-DJA<br><br>**RIMINI'S MOTION TO WITHDRAW JEREMY M. CHRISTIANSEN AS COUNSEL OF RECORD** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule IA 11-6(b), Defendants/ Counterclaimants Rimini Street, Inc., and Seth Ravin ("Rimini") hereby moves this Court for an order approving the withdrawal of Jeremy M. Christiansen as counsel of record for Rimini. Mr. Christiansen is leaving his position at Gibson, Dunn & Crutcher LLP, and Rimini therefore seeks to withdraw Mr. Christiansen from this matter. Mr. Christiansen should be removed from all further notices.

The law firms of Gibson Dunn & Crutcher LLP, Weil, Gotshal & Manges LLP, along with John P. Reilly of Rimini, and local counsel W. West Allen, continue to represent Rimini in this matter.

Dated: May 19, 2025

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
       Eric D. Vandevelde

*Attorneys for Defendants/ Counterclaimants Rimini Street, Inc., and Seth Ravin*

IT IS SO ORDERED:

DATED:  5/20/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that on May 19, 2025, the foregoing **MOTION TO WITHDRAW JEREMY M. CHRISTIANSEN AS COUNSEL OF RECORD** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

Dated:  May 19, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
        Eric D. Vandevelde