| | |
|---|---|
| BOIES, SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.223.7300<br>Facsimile: 202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle International Corporation and Oracle America, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>ILISSA S. SAMPLIN (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>BLAINE H. EVANSON (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone:   949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone:   702.667.4843<br>wwa@h2law.com<br><br>RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>1700 S. Pavilion Center Drive, Suite 330<br>Las Vegas, NV 89135<br>Telephone:   336.908.6961<br>jreilly@riministreet.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (*pro hac vice*)<br>2001 M Street, N.W., Suite 600<br>Washington, DC 20036<br>Telephone:   202.682.7511<br>mark.perry@weil.com<br><br>*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., and ORACLE AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., and SETH RAVIN,<br><br>Defendants. | CASE NO. 2:14-cv-01699-MMD-DJA<br><br>**ORDER GRANTING JOINT STIPULATION TO EXPEDITE BRIEFING SCHEDULE REGARDING ORACLE'S MOTION TO DEPOSIT ATTORNEYS' FEE AWARD WITH THE COURT AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Miranda M. Du |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs Oracle International Corp. and Oracle America, Inc. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin (together, "Rimini"), collectively, "the Parties," stipulate and agree to modify and expedite the briefing schedule for Oracle's Motion to Deposit Attorneys' Fee Award with the Court ("Motion to Deposit Fees"), as follows:

1. Whereas, on September 23, 2024, the Court awarded fees to Oracle in the amount of $58,512,498.70 plus interest (ECF No. 1611);

2. Whereas, on October 22, 2024, Rimini paid $58,512,498.70 to Oracle, and on November 13, 2024, Rimini paid $183,632.93 to Oracle in post judgment interest, to satisfy the fee award, and Rimini reserved its right for the return of those funds in the event the fee award was vacated;

3. Whereas, on June 2, 2025, the Court vacated the fee award (ECF No. 1642);

4. Whereas, on June 4, 2025, Rimini requested that Oracle repay fees, costs, and post-judgment interest to Rimini;

5. Whereas, on June 10, 2025, Oracle informed Rimini that it intended to deposit the amount owed with the Court, which Rimini noted it opposed;

6. Whereas on June 11, 2025, Oracle informed Rimini it would file a motion seeking to deposit the amount owed with the Court;

7. Whereas, on June 12, 2025, Oracle filed its Motion to Deposit Fees (ECF No. 1643);

8. Whereas, under the standard briefing schedule, Rimini's opposition to the Motion to Deposit Fees ("Opposition") would be due June 26, 2025, fourteen days after Oracle filed the Motion to Deposit Fees, and Oracle's reply in support of its Motion to Deposit Fees ("Reply") would be due July 3, 2025, seven days after Rimini filed its opposition;

9. Whereas, the Parties agree that whether Oracle should return the $58,512,498.70 in fees plus interest in controversy to Rimini or deposit it with the Court merits expedited consideration;

10. Whereas, pursuant to Local Rule 6-1(d), the Parties agree that good cause exists to shorten time in the briefing schedule on the Motion to Deposit Fees, *see* Declaration of Eric Vandevelde in Support of Joint Stipulation to Expedite Briefing Schedule Regarding Oracle's Motion to Deposit Attorneys' Fee Award with the Court;

11. Whereas, the Parties have agreed to an expedited briefing schedule providing Rimini with seven days for its Opposition, and Oracle with three days for its Reply;

12. The Parties respectfully request that the Court agree to expedite the briefing schedule on Oracle's Motion to Deposit Fees such that Rimini shall file its Opposition within seven days of the filing of this Stipulation, and Oracle shall file its Reply within three days of the filing of the Opposition.

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED:   June 16, 2025

1  Dated: June 13, 2025

2  MORGAN, LEWIS & BOCKIUS LLP

3
4  By: */s/ Benjamin P. Smith*
       Benjamin P. Smith

5  *Attorneys for Plaintiffs Oracle International Corporation and Oracle America, Inc.*

6

Dated: June 13, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
    Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**ATTESTATION OF FILER**

The signatories to this document are Benjamin P. Smith and me, and I have obtained his concurrence to file this document on his behalf.

Dated:  June 13, 2025

                                                GIBSON, DUNN & CRUTCHER LLP

                                                By:     */s/ Eric D. Vandevelde*
                                                                        Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>ILISSA S. SAMPLIN (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:    213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>BLAINE H. EVANSON (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:    949.451.3800<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>jgorman@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone:    702.667.4843<br>wwa@h2law.com<br><br>RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>1700 S. Pavilion Center Drive, Suite 330<br>Las Vegas, NV 89135<br>Telephone:    336.908.6961<br>jreilly@riministreet.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (*pro hac vice*)<br>2001 M Street, N.W., Suite 600<br>Washington, DC  20036<br>Telephone:    202.682.7511<br>mark.perry@weil.com |

*Attorneys for Defendants/ Counterclaimants*
*Rimini Street, Inc., and Seth Ravin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., and ORACLE AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., and SETH RAVIN,<br><br>Defendants. | CASE NO. 2:14-cv-01699-MMD-DJA<br><br>**DECLARATION OF ERIC VANDEVELDE IN SUPPORT OF JOINT STIPULATION TO EXPEDITE BRIEFING SCHEDULE REGARDING ORACLE'S MOTION TO DEPOSIT ATTORNEYS' FEE AWARD**<br><br>Judge:    Hon. Miranda M. Du |

I, Eric D. Vandevelde, declare as follows:

1. I am an attorney admitted *pro hac vice* before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Rimini Street, Inc. and Seth Ravin (together, "Rimini") in the above-captioned case. I submit this declaration in support of the parties Joint Stipulation to Expedite Briefing Schedule Regarding Oracle's Motion to Deposit Attorneys' Fee Award. The facts stated in this declaration are based upon my personal knowledge and, if called upon as a witness, I would and could testify competently to them.

2. On September 23, 2024, the Court in the above-captioned case ordered Rimini to pay $58,512,498.70 in attorneys' fees and costs to Oracle International Corp. and Oracle America, Inc. (collectively, "Oracle," and with Rimini, the "Parties"). ECF No. 1611.

3. On October 22, 2024, Rimini made a lump sum payment in the amount of $58,512,498.70 to Oracle, and on November 13, 2024, Rimini paid $183,632.93 to Oracle in post judgment interest, to satisfy the fee award, and Rimini reserved its right for the return of those funds in the vent the fee award was vacated.

4. On May 30, 2025, the Ninth Circuit remanded the fee issue to the District Court, and on June 2, 2025 the District Court vacated its fee award. ECF No. 1642.

5. On June 4, 2025, I sent, by email, a letter to outside counsel for Oracle requesting that Oracle repay the attorneys' fees, costs, and post-judgment interest.

6. On June 10, 2025, outside counsel for Oracle responded that "Oracle will seek to deposit the attorneys' fees and interest with the Court." June 10, 2025 Email from B. Smith.

7. On June 11, 2025, Oracle informed Rimini that it would file a motion seeking to deposit the amount at issue with the Court. Rimini indicated that it would oppose, and the Parties agreed to an expedited briefing schedule where Rimini would have seven days to oppose Oracle's motion and Oracle would have three days to reply.

8. On June 12, 2025, Oracle filed its Motion to Deposit Attorneys' Fee Award with the Court.

9. With each day that Oracle holds the attorneys' fees and interest, additional interest accrues that Oracle is obligated to pay, and Rimini is unable access those funds to which it believes

it is entitled. Expedited briefing and resolution of the issue regarding the return or deposit of attorneys' fees and interests is thereby necessary to mitigate the prejudice suffered by both parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of June 2025.

By: */s/ Eric D. Vandevelde*
Eric D. Vandevelde

*Attorneys for Defendants/ Counterclaimants Rimini Street, Inc., and Seth Ravin*